IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 6:08-cv-03760-GRA |
| | ) | |
| JOHN HOWARD ALEXANDER, a/k/a | ) | |
| HOWARD IRA SMALL, INDIVIDUALLY | ) | |
| and AS TRUSTEE OF THE ALEXANDER | ) | |
| FAMILY TRUST | ) | |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF JAMES C. STRONG**

1. I am a trial attorney with the Tax Division at the Department of Justice, representing the United States in this action. I was admitted *pro hac vice* to this Court on November 21, 2008. (Doc. # 6).

2. Attached to this Declaration is a true and correct copy of the deposition transcript of John Howard Alexander, taken on July 27, 2009.

3. Attached to this Declaration is a true and correct copy of the deposition transcript of Heather Ferguson, taken on July 27, 2009.

4. Attached to this Declaration as Exhibit 2 is a true and correct copy of a document entitled Mortgage of Real Estate, filed on October 16, 2003 in Greenville County, South Carolina.

5. Attached to this Declaration as Exhibit 3 is a true and correct copy of a document entitled Mortgage of Real Estate, filed on July 27, 2006 in Greenville County, South Carolina.

6. Attached to this Declaration as Exhibit 4 is a true and correct copy of a document entitled Title to Real Estate, filed on October 16, 2003 in Greenville County, South Carolina.

7. Attached to this Declaration as Exhibit 5 is a true and correct copy of a document entitled "Your Privacy and Asset Accumulation Guide – by FTG Version 10/00." The document was attached to the deposition of John Howard Alexander as Plaintiff's Deposition Exhibit 15.

8. Attached to this Declaration as Exhibit 6 is a true and correct copy of a separate document entitled "Your Privacy and Asset Accumulation Guide – by FTG Version 10/00." The document was attached to the deposition of John Howard Alexander as Plaintiff's Deposition Exhibit 16.

9. Attached to this Declaration as Exhibit 7 is a true and correct copy of a document entitled "Family Trust." The document was attached to the deposition of John Howard Alexander as Plaintiff's Deposition Exhibit 17.

10. Attached to this Declaration as Exhibit 8 is a true and correct copy of a document entitled "Management Trust." The document was attached to the deposition of John Howard Alexander as Plaintiff's Deposition Exhibit 18.

11. Attached to this Declaration as Exhibit 9 is a true and correct copy of a document entitled "Banking Trusts." The document was attached to the deposition of John Howard Alexander as Plaintiff's Deposition Exhibit 20.

12. Attached to this Declaration as Exhibit 10 is a true and correct copy of a document entitled "Holding Trusts." The document was attached to the deposition of John Howard Alexander as Plaintiff's Deposition Exhibit 19.

13. Attached to this Declaration as Exhibit 11 is a true and correct copy of a document that is a Table of Contents for "Aware Management Administrative Trusts." The document was attached to the deposition of John Howard Alexander as Plaintiff's Deposition Exhibit 22.

14. Attached to this Declaration as Exhibit 12 is a true and correct copy of a newsletter entitled "Aware American" and dated September 1996. The document was attached to the deposition of John Howard Alexander as Plaintiff's Deposition Exhibit 23.

15. Attached to this Declaration as Exhibit 13 is a true and correct copy of a document entitled "The Aware Group's Referral Program." The document was attached to the deposition of John Howard Alexander as Plaintiff's Deposition Exhibit 8.

16. Attached to this Declaration as Exhibit 14 is a true and correct copy of a document entitled "Getting Started." The document was attached to the deposition of John Howard Alexander as Plaintiff's Deposition Exhibit 13.

17. Attached to this Declaration as Exhibits A-F are true and correct copies of IRS Forms 4340, Certificate of Assessments reflecting the assessments made against John Howard Alexander for unpaid income taxes for Tax Years 1990-1995.

18. Attached to this Declaration as Exhibits G-K are true and correct copies of IRS Forms 4340, Certificate of Assessments reflecting the assessments made against John Howard Alexander for civil penalties under 26 U.S.C. § 6700 for Tax Years 2000-2004.

19. Attached to this Declaration as Exhibit L is a true and correct copy of a Notice of Deficiency issued to John Howard Alexander on May 20, 1998.

20. Attached to this Declaration as Exhibit M is a true and correct copy of a Notice of Federal Tax Lien filed in Greenville County, South Carolina on February 17, 2005.

21. Attached to this Declaration as Exhibit N is a true and correct copy of an Amended Notice of Federal Tax Lien filed in Greenville County, South Carolina on June 4, 2008.

22. Attached to this Declaration as Exhibit O is a true and correct copy of a Notice of Federal Tax Lien filed in Greenville County, South Carolina on October 1, 2007.

23. Attached to this Declaration as Exhibit P is a true and correct copy of a Notice of Federal Tax Lien filed in Greenville County, South Carolina on October 22, 2007.

24. Attached to this Declaration as Exhibit Q is a true and correct copy of a Notice of Federal Tax Lien filed in Greenville County, South Carolina on May 20, 2008.

25. Attached to this Declaration is a true and correct copy of the Court's unpublished opinion in *Noske v. United States*, 1993 WL 78311 (D. Minn. Jan. 14, 1993).

26. Attached to this Declaration is a true and correct copy of the Court's unpublished opinion in *United States v. Kahn*, 2004 WL 1089116 (M.D. Fla. Mar. 30, 2004).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 25, 2009.

JAMES C. STRONG

GOVERNMENT
EXHIBIT

13

# The AWARE Group's



## Referral Program

### Aware Group Members can now refer others to join AWARE
### And make up to $600 *every time!*

## *Here is how it works.*

Have the person you are referring complete the membership application below, entering your name and membership number where instructed (referring member) and send the completed application along with $395 *(Blank Money Order Only!)* to The AWARE Group. You keep up to $600 upfront (regular membership of $995-$600=$395).

We have included a letter at the end of this section which you can use to explain AWARE membership to others. Both the letter and application are interactive. Upon our receipt of the completed application and proper payment we will send all applicable membership items to the new member.

## Every AWARE member receives:

## The Freedom Files Software Program, which contains:

- **The Redemption Manual**    *(512 Pages)*

    - Glossary
    - Caveat
    - Legal Freedom
    - Background
    - Congressional Statements
    - The Debate
    - HJR-192
    - Origins of Commercial Law
    - The Bankruptcy
    - Introduction to The Process
    - Getting Started
    - The Process
    - Documents and Forms
    - Samples
    - War Powers
    - Hague Treaty
    - The Apostille
    - Resolution to Suspend Gold
    - Presidential Papers
    - Questions to Ask a Judge
    - Voir Dire of Judges
    - Bar Exam Study Guide



EXHIBIT 8
Deponent Alexander
Date 7-27-09 Rptr. JBE
WWW.DEPOBOOK.COM

- Court Cases

- **The Reliance Manual**    *(510 Pages)*

  - Letters to Senators
  - The Conklin Letter
  - Curtis & Curtis Letters on Liability to file
  - Thomas Price Letter
  - The Putnam Letter
  - Eduardo Rivera Letter
  - John Rizzo Letters on OMB and Tax Requirements
  - John Schlabach Letter on Individual Liabilities
  - Floyd Wright Letter
  - Liens and Levies and How to Verify and Release
  - Taxable Income
  - Criminal Fraud
  - Gross Income
  - 63 Million Non-Filers
  - Dept. of Treasury Letter
  - Winning Tax Case
  - The Biggest Heist in History
  - Things That Create a Tax Liability

- **The Land Patent Manual**    *(467 Pages)*

  - Who Owns Your Land
  - Property Ownership
  - The Theft of Private Property
  - Allodial Property Title
  - Public Lands
  - Muniments of Title
  - Freehold Estates
  - Land Grab
  - Court Cases
  - The Law
  - The Process
  - Steps to Secure a Land Patent
  - Declaration of Land Patent
  - Blank Forms
  - Challenging The State
  - Notices
  - Homestead Act and Rights

- **The Asset Protection Software**    *(562 Pages)*

  - Banking Trust, Sample, Instructions and Blank Trust
  - Family Trust, Sample, Instructions and Blank Trust
  - Holding Trust, Sample, Instructions and Blank Trust
  - Management Trust, Sample and Blank Trust
  - Going Offshore
  - Blank Trust Certificates
  - Promissory Notes
  - Privacy Guide

- **Reports**    *(821 Pages)*

  - What is Bonding?
  - Commissions/Oaths/Bonds
  - Immunities

- Revoking Fiduciary Relationships
- Marriage
- Administrative Notices
- The Money Issue
- Citizen's Rule Book
- Driver's License Brief
- The Asset Forfeiture
- Legalized Fraud
- Tacit Consent
- Titles of Nobility
- Divorcing The IRS
- IRS Misc.
- UCC Connection/Study Guide
- The Index of Leading Cultural Indicators
- Mail or FeeMail
- Wake Up America Brief
- Federal Jurisdiction
- Lawyer's Secret Oath
- Silent Weapons For Quiet Wars
- The Garcia Brief

- **Useful Forms**    *(383 Pages)*

  - Various Affidavits
  - Codicils
  - Various Refusals
  - Constructive Legal Notices
  - Writ of Habeas Corpus
  - Lawful Judicial Location
  - Complaint Samples
  - Certiorari Samples
  - Traffic
  - Expatriation and Independence
  - 32 Questions to stop an IRS audit
  - Bill of conveyance
  - Request for Admissions
  - Administrative Claims and Torts
  - Notary Notices
  - Proof of Mailings
  - Levies
  - Public Notices

- **Court Cases**    *(368 Pages)*

  - Miranda
  - Brown v. Texas
  - Argersinger v. Hamlin
  - People v. Horton
  - Railroad Trailmen v. Virginia
  - Ex Parte
  - Mackin v. U.S.
  - U.S. v. Johnson
  - Riverside v. McLaughlin
  - Flint v. Stone Tracy
  - Terry v. Ohio
  - Hooven v. Evatt
  - Hale v. Henkel
  - U.S. v. Place
  - Pennsylvania v. Mimms

- The 4th Amendment
- IRS Not Part of Government
- The Brunson Transcript

- **<u>Law Library</u>**     *(3581 Pages)*

  - Common Law
  - Criminal Law
  - Public Law
  - Property
  - Legal Relations
  - Common-Law Pleadings
  - The Law of Nations
  - Civil Disobedience
  - Maxims of Law
  - Seminar for new Judges
  - Judges Bench-book
  - Desk-book for U.S. Judges
  - Creating a Federal Judicial System
  - Criminal Jury Instructions
  - Crime Control and Fine Enforcement
  - Recurring Problems in Criminal Trials
  - Jurisdiction of The U.S. Court of Appeals
  - Appellate Review of Trial Court Discretion
  - Experimentation in The Law
  - Judicial Misconduct Rules
  - Judicial Discipline and Removal
  - Invisible Contracts

- **<u>Misc.</u>**     *(25 Pages)*

  - The Object of Power is Power
  - Order of Authority
  - IRS Shoots Citizen
  - Misc. Flyers
  - Risk
  - Relieve Stress
  - Flag Recognition
  - The Penalty for Ignorance
  - Samples of Certificate
  - Things That Create a Tax Liability
  - Attorneys are Officers of The Court
  - Social Security Number and Privacy

*PL US MUCH, MUCH MORE ....*
A value of well over $6000+ for FREE!
Be sure to tell a friend!

NOTE:

$600 referral bonus is applicable only to referral made by you, that is, you send in $395 and the completed membership application to AWARE. **This is not a multi-level marketing program**. Applies to direct referrals only. The referral bonus does not apply if the person you are referring calls AWARE to join or if we simply receive a membership from them. *The referral bonus is only applicable as listed.* No exceptions. Bonus is good for all direct referrals *(no limit)*. All Memberships are lifetime memberships with no dues. If this is not clear, send an e-mail inquiry to: members@theawaregroup.com

## How Often Do You Catch Yourself Thinking....
### *"I can't Be the Only One Who Sees That Something Is Wrong!"*

### You Are *Not* The Only One!
### We Can Introduce You To Thousands Who Feel The Same Way You Do!

### A Special Invitation For Those Not Satisfied With The Status Quo

Dear Fellow American,

You have been chosen to receive a special invitation to join one of this country's most remarkable private Membership alliances. You are reading this because I know that you are one of those special Americans who realize that something is fundamentally wrong in our great country and something must be done about it.

Let me be clear —I love America! It's my home. It has given me everything I have today. I have seen it through several wars, scandals, setbacks, and through it all, I've never stopped believing in it. I would gladly stand up and fight for her. But what would I be fighting for? What has America become? Sometimes I'm not so sure I know....

One thing I do know is that America has become a land of sue-happy people with an axe to grind. The government has become the enemy of the common-man and it seems everyone has their hand out. Have you been to court lately? Our Justice system is topsy-turvy.

### *Maybe I've become nostalgic, but from where I sit,*
### *"America the Beautiful" has become "America the Beaten-up."*

In our country today it is considered wrong to criticize anyone or anything that is part of the status quo. We live in a land drowning in tolerance. Yet, those who claim to be the most tolerant are often those who are the least tolerant, especially if you don't think and speak as they do.

I'm sure you can relate to what I am saying. There have probably been times when you have wanted to tell others what you *really* think, but the liberal media has made us believe that the only correct statement is a *"politically correct"* one. Disagree and you are practicing *"the politics of hatred"*. So, you sit with your friends and/or family aching to tell them *your* truth, but you keep your mouth shut so not to risk alienating yourself from those around you.

### *Wouldn't it be nice to be able to communicate, share and learn*
### *with others who feel and think like you do.*
### *To know that you are not alone in your struggles and personal battles.*

That is the primary focus of the private association, **The AWARE Group**, of which I am a Member, and that is why you're receiving this special invitation to become a Member as well.

To give you a little background, The AWARE Group was established over 10 years ago. It is a private family oriented club of over 14,000 Members. The club's primary objective is to share knowledge of law; to educate all members to understand and use the legal system in a lawful manner; and to bring the Sovereign American people back together as a whole, restoring peace and harmony among all.

As an AWARE member, you receive the latest information on subjects that effect your daily life.

AWARE focuses on a wide variety of information, including;

- **Taxes** — What the law "really" says or doesn't say.
- **Social Security** — Can you permanently free yourself, if you wish to? Find out.
- **Land Patents** — True lawful ownership of land.
- **Trusts** — You can make them work for you to maintain your privacy.
- **Asset Forfeiture** — You can protect yourself against losses.
- **Licensing** — Do you need permission to travel, marry, work, etc? Get the truth.

There are many other solutions and tools you receive as an AWARE Member and I will get into those a little later, but first I want to share something with you…

### Suppose This Happened To You

A fax came in to AWARE just the other day from an AWARE Member who had been in the middle of a nightmare. The bank was scheduled to foreclose on his home and sell it at public auction. He was at his wits end. After contacting AWARE and utilizing some of the tools available to AWARE Members, he was able to send in the following;

*"…I felt it was time to contact you and let you know how this AWARE Member is making out. As you know, my house was supposedly scheduled to be foreclosed on and sold at public auction on December 13th, 2000. No representative of the bank, their attorney firm, no auctioning party or any purchasing party, nor any party sent to postpone the sale EVER SHOWED UP…*

*This month's statement has failed to materialize and I have received communication from the IRS which indicates they consider my claims against the bank to be LEGITIMATE…..I have documented evidence that the bank as well as the law firm representing it have received demands from the IRS…per forms filed by me…"*

L.H. Brownsville, Oregon, Member # 8006

Another member wrote in…. *"…I had my final day in court as a result of my being given a ticket. My case finally came up yesterday, and the Assistant District Attorney… after talking to me about it, said he would dismiss the charges. (And he did) I wish to thank AWARE for giving me the information and know-how to enable me to go through this experience successfully."*

F.J.P. Sanford, North Carolina, Member # 1829

That's the power of the right information in the hands of the *"right people"*. Good for *every* Freedom Loving American....

- **Black or White**
- **Native American or Hispanic**
- **Asian or *any* other background**
- **Male or Female**
- **Young or Old**
- **Democrat or Republican**
- **Rich or Poor**

AWARE is made up of all types of *"right people"* and I'm convinced that you're among those *"right people"*. The AWARE Membership base comes from all educational and financial backgrounds. There are Members who are doctors, lawyers, CPA's, paralegals, construction workers, teachers, store-clerks and every other background you can think of. Everyday people *just like you and me*.

**But there is one common thread, a bond that holds all these people together.**
***The belief that they're responsible for their own lives,***
***and government should leave them alone.***
**You Can Relate To That, Can't You?**

Let me give you a few more examples of what AWARE membership means.

### A Real Club with Real Members!

You see, the alliance isn't named "The AWARE Group" simply because it sounded quaint or prestigious. It is, indeed, a real club-where members gain and share knowledge - information that would otherwise be unavailable to you as an individual. An alliance who's members work together to become more *"AWARE"* of what's going on around them and more importantly, to not go into reaction regarding an issue, but instead respond properly and lawfully.

That, in a nutshell, is the whole secret to AWARE's success. By pooling important information culled from AWARE members around the country, we all come out ahead.

One of the many tools that AWARE Members like myself take advantage of is the website. I recommend that you visit the website and bookmark it if you haven't done so already.

http://www.theawaregroup.com

### The Power of Private Information

By utilizing the online bulletin board on the website, Members can list upcoming events and local meetings, letting others (*like you*) know what is going on. The online "Research Corner" is where you can place a private ad to research with others in your area, or respond to someone else's ad. All for ***FREE***.

An online chat-room and an interactive "Members Only" section is being installed to allow you, as an AWARE Member, access to the latest freedom technologies and discoveries that we don't release to the general public. All of this is provided, **_FREE_** of charge and is just another benefit you receive as an AWARE Member.

You'll learn about some of the other benefits of Membership as you read through this invitation. But there's an important point I want to make very clear to you. With all that AWARE does ...all these activities... meetings ...support...etc.... AWARE never loses sight of why it came into existence in the first place; and that is...

**To bring YOU the knowledge and tools needed
to achieve true freedom and independence.
This is the golden thread that's woven through everything AWARE is and does.**

Please understand this is a private, personal invitation. It may never be repeated. If you do not accept this opportunity, you will probably never hear from me again. But understand that AWARE will continue to grow and help its Members achieve true freedom and privacy, and you will never know about it.

If that sounds snobbish, I apologize. But I want to make clear to you the consequences of you failing to take action today. To achieve greater freedom and independence, _like me and so many other AWARE Group Members have_, **you have to join.**

I want to tell you of the many freedom tools you will receive **_FREE_** with your AWARE Membership, but before I do, let me ask you a few fundamental questions....

- Do you embrace the idea that each person is responsible for their own lives?
- Do you believe the role of government in our daily lives should be reduced almost to the point of elimination?
- Do you feel other people need to be made AWARE of the truth behind the deceit?

If you answered yes to these questions, then you are the type of Member that AWARE is looking for.

Then again, maybe you're not. Maybe you would join AWARE simply because you like to join everything that comes along. Perhaps you have no interest in your personal freedom or don't wish to be an active participant. If that's the case, please accept my apology. I've made a mistake. AWARE is not for you.

But, if you're ready to make your own decisions and take responsibility for your own life and that of your family, then allow me to show you some of the benefits of Membership....

- Significant discounts from the AWARE catalog.
- Availability of support. Your questions answered by experienced people.
- Establish total privacy and asset protection.
- Useful information that will increase the dynamics of your personal power.

In addition to that...............

**You Will Receive Free Software That Shows You....**
**How To Get Government Off Your Back and Out Of Your Life!**

Just released January 2001, "*The Freedom Files*" Software Program represents the first time *EVER* that AWARE has taken *all* of its main freedom components and offered them in one easy to use software format.

**You will NOT find this much valuable information gathered in one place anywhere else.**
**And only *YOU*, as an AWARE member, _will receive_ "The Freedom Files" _FREE_**

The first time I went into The Freedom Files, I was blown-away by the sheer volume of information that was given to me. **It was like the veil was removed from my eyes and for the first time my questions were answered.** Let me take a minute and tell you what you will receive for *FREE* on this explosive CD-ROM:

**Redemption at Law:**
This is a compilation of the best work of the top researchers from across the country. At over 500 pages, this information explains what REDEMPTION at Law is, and how it applies to you.

This comprehensive study guide includes an 80-page glossary, step-by-step instructions, an overview, history, filing letters and forms, court cases, security agreements and instructions for handling commercial presentments. *Also includes* two chapters from the Bar exam study guide verifying this process *is real*. Lawyers and Judges know and understand this process. *Plus*; The history of the Apostille, why it's important to you and how to obtain one.
$350 value.......*YOURS FREE!!*

**Reliance:**
You can *rely* on this tax information. Over 500 pages of professional opinion letters regarding the income tax issue. These letters, were written by such professionals as Accountants, Paralegals, IRS Enrolled Agents, Attorneys, former magistrates, former judges, and even a letter on U.S. Senate letterhead from a prominent U.S. Senator. The conclusion to all of these letters is the same and answers the question of; "*What makes one liable to file and pay the income tax?*" (*Individually, letters such as these sell for $200 to $350.*) Also includes a complete Levy Release package and much more.
$350 value.......*YOURS FREE!!*

**Land Patents:**
You may have never heard of Land Patents. But this is *the only way* you can secure true ownership of your land. With patented land, your land can't be taken from you for debts or taxes. A comprehensive step-by-step guide on how to secure, defend and maintain your Land Patent. Over 600 pages of information, history and procedure, plus easy to fill in forms, codes and cases regarding the Land Patent issue. Complete with everything you need.
$350 value.......*YOURS FREE!!*

**Pure Trusts:**
While other Trust providers have only one general purpose Trust, with prices ranging from $500 to $10,000 per Trust, (*some even higher*) this comprehensive software program contains an

unlimited number of four different types of Pure Trusts. Each of the four Trusts on the software program are written to serve a specific purpose. They are:

1. Management Trusts:     Used to operate your existing or new business.
2. Family Trusts:         Manages your day-to-day personal affairs.
3. Holding Trusts:        Like a vault, holding your property for complete protection.
4. Banking Trusts:        Handles your financial matters, both banking and brokerage.

Comes with full samples, instructions and certificates. Plus our 110 page information packed book, "*Your Privacy and Asset Accumulation Guide.*" Includes information about Offshore banking, Internationally Based Corporations (*IBC's*) and Offshore Trusts.

**$2,500 value.......*YOURS FREE!!***

**The Law Library:**
        The first six volumes of the expansive section was originally titled "*The National Law Library*". These volumes were originally published in 1939. They offer you the finest education on American law and politics that I have ever seen. Perfect for your research. You will understand how the government *really* works and how you relate to that government. You will be amazed at the insights. Each volume offers clear, concise explanations without the confusing "legalese" of modern legal texts. You will receive complete information on; Common Law, Crime, Public Law, Business Law, Property and Legal Relations (torts and trusts/common law of family). Also added is a complete book on **Common-Law Pleadings** and the famous De Vattel's **Law Of Nations**. This hard to find book is the base's for all Law in existence today. This section alone has nearly 1600 pages of information you cannot find elsewhere.

**$800 value *YOURS FREE!!!***

With your FREE Freedom Files software you will also receive over 350 pages of **Useful Forms**, which includes…

- Lawful Judicial Location
    - Non-Resident Status
    - Lawful Location Notice
    - Letter to Dept. of Justice
    - Letter to Post Master
- Traffic
    - Instructions
    - Cross Complaint
    - Notice of Misprision
- Codicils
- Writ of Habeas Corpus
- 32 Questions to stop an IRS audit
- Bill of conveyance
- Request for Admissions
- Legal Notices
    - Summary & Notices
    - Notice to Court Clerk
    - Notice Court Counter-Demand

- Constructive Legal Notice
  - To DMV
  - To Police
  - To Post office
- Expatriation
  - Declaration of Cause & Necessity to Abolish
  - Declaration of Separate and Equal Station
  - Two Declaration of Expatriation Letters
  - 15 Statutes at Large
  - Brunson Transcript
- Various Refusals such as:
  - Police
  - Court
  - IRS
- Complaint Samples
- Certiorari Samples
- Public Notices
- Various Affidavits such as:
  - Revocation of Power of Attorney
  - Certificate of Citizenship
  - Right to travel
  - Recession in Social Security
  - Foreign Status
  - Live Birth      *And Much More...*

You will also receive over 700 pages in a comprehensive **Reports** section that includes....

- What is Bonding?
- Commissions/Oaths/Bonds
- Immunities
- Revoking Fiduciary Relationships
- Marriage
- Administrative Notices
- Taxes
- The Money Issue
- Driver's License Brief
- Titles of Nobility
- Divorcing The IRS
- UCC Connection/Study Guide
- Citizen's Rule Book
- Legalized Fraud
- Tacit Consent
- Asset Forfeiture
- The Garcia Brief
- Wake Up America Brief    *And Much More...*

To give you an example of the power of these reports, look at the Marriage Report....

Did you get a State marriage license? Were you married by a State licensed minister? Were you married in a church that has been incorporated by the State *and* has an IRS 501 (c) (3) agreement?

Learn what type of Marriage you *really* have and who the controlling party *really* is. Learn how and why the State allows you to raise *their* children the way *they* say or the State will take *their* children away from you. Learn how you can remove the State from your marriage. (*This report is most extraordinary! A MUST HAVE for everyone married or marriage minded.*)

### *But Wait-There's More!*

There's also a folder of very important **Court Cases**. I'll give you an example of just one of them...

U.S. Attorney Betty Richardson stated in her ANSWER AND CLAIM. "…..Denies that the Internal Revenue Service is an agency of the United States Government….."

*Yep*! You read it correctly, and that's not all…....

The U.S District Court in this case has recalled all documents pertaining to the case….and most likely the case has been SEALED!

But *your* certified copy of the ANSWER AND CLAIM is in the court section of your *FREE* software program "The Freedom Files".

Other Court Cases and information included is...
- Miranda
- Brown v. Texas
- Argersinger v. Hamlin
- People v. Horton
- Railroad Trailmen v. Virginia
- Ex Parte
- Mackin v. U.S.
- U.S. v. Johnson
- Riverside v. McLaughlin
- Flint v. Stone Tracy
- Terry v. Ohio
- Hooven v. Evatt
- Hale v. Henkel
- U.S. v. Place
- Pennsylvania v. Mimms
- The 4th Amendment
- IRS Not Part of Government    *And Much More...*

And all the important parts of each court case are highlighted so you can go right to the information you need.

There are many benefits to Membership. Besides The Freedom Files CD-ROM, as an AWARE member you will also receive....

- Lifetime e-mail updates for ***FREE***.
- Access to the Members only section of the new AWARE Website where you will receive insider information on the latest freedom technologies as well as the latest market actions.
- Discounts on all AWARE catalog items.
- The ability to network with other AWARE Members in your area.

**But, probably the greatest and most appreciated benefit of AWARE Membership is your opportunity to receive up to $600 for every direct Membership referral.**

***You are probably thinking; "How is that possible?"***

### It's very simple!

Current AWARE Members had expressed that they wanted the opportunity to make money while helping others discover their personal freedom, after all, that's the American way-you wash my back-I'll wash yours. So in response, AWARE decided to give its Members the following....

1.) The ability to offer The AWARE Group Lifetime Membership for up to $995.
2.) 60% of the Membership goes to you, the Member, totaling up to $600 for each direct referral.

**Allow me to Explain!**

Once you are an AWARE Member, every time you refer someone that joins aware, you collect their money for Membership and keep up to $600 upfront. **No catches, No hoops to jump through, just simple cash in your pocket.** All you have to do is print the application directly from the Freedom Files CD and have your referral complete the top part of the application with their information and sign the bottom, then you put yourself down as the referring member, put up to $600 in your pocket and send the application to AWARE with a *$395 postal money order with the "Pay To The Order of" Line left blank.* That's it. AWARE will take care of the rest. Now, you do not have to charge them $995. You can charge whatever you feel comfortable with *up to* $995. All Aware requires is the signed application and the $395 *blank postal money order.*

Imagine referring just one or two new Members a week. That's up to $1,200 in extra money in your pocket each week. *Could you use an extra $1,200 a week?* This extra money could easily and quickly surpass what you make on your day job!

Where else can you get all these benefits and get up to $600 back every time you help someone else join? *No where*! Most private organizations similar to AWARE have an annual Membership fee. They think to give a lifetime Membership is crazy! And to give the lion's share of every direct referral to the Member, well they think is just plain stupid. Well I don't know if AWARE is crazy or stupid, but I do know that their sincere desire (*and mine*) is to get the word out to as many people as possible, as quickly as possible. And I know that the best way to do that is by sheer numbers. It's that simple. AWARE wants to build an army of free and well-informed Americans and they want you as a well-paid general.

**<u>Look, we will never take this Country back</u>**
**<u>if the majority of the population doesn't even know we lost it.</u>**

### What Makes The Difference?

If you're wondering how all this information can make a difference in people's lives? <u>The difference lies in what each person knows and how he/she makes use of that knowledge</u>. And that is why I'm sending you this invitation.

By accepting this invitation, you become part of a special group of people all over America. For that is the whole purpose of The AWARE Group: To give its members knowledge that they can use to regain and maintain their freedom and liberty.

And equally important, as a member of The AWARE Group, you provide every member of your family with information <u>they can use</u>...learn from.... and of course secure and maintain *their* own freedom and liberty as well.

I'm telling you all this to illustrate a point: They tell us we're living in the age of information.... and we're drowning in it. Unfortunately, most of it is <u>useless</u>. On the other hand, you're not getting the information that <u>really counts</u> because *"they"* think it's *"none of your business"*. You'll never learn about these things in the mainstream media.

I want you to know that AWARE will keep you up to date with regards to <u>*all subjects and topics*</u> that I have mentioned, and perhaps some yet to be discovered. The method they use is called....

### "Confidential <u>Members Only</u> Direct Communications"

Consider these information packed briefings as your personal road map to a lifetime of ever-expanding knowledge. You will receive by e-mail, your fully investigated and researched-personal and private bulletins of the latest discoveries.

If I had to put a value on this service alone, it would be at least $150 *per year*. But the information you will gain is in reality, priceless. <u>Year after year you will enjoy this benefit, for the rest of your life, as an AWARE Member at no additional cost to you</u>. These updates are yours for ***FREE***, simply by joining.

### How Much Is Membership Worth To You?

It's impossible to put a dollar value on the information you'll receive as an AWARE Group member-through your "confidential <u>members only</u> direct communications", all of the reports, the full subject courses, trusts, the networking with so many like minded people, and of course, imagine how much money *you will save* applying just some of the tools you are provided. Not to mention all you can make by simply directly referring others into AWARE.

If I were to try, I suspect the minimum value of membership could be in the neighborhood of $5,000 to $6,000 or more, based solely on the fair market value of what I've listed above. But as good a value as that is, and considering what membership will do for you, you won't pay anything that even resembles the value you will receive.

One of the greatest aspects of your Membership is that once you're a Member, there are <u>no annual dues or upkeep to maintain your Membership</u>. Once you're a Member, you're always a Member, ***FOR LIFE***.

Look, the time for twiddling your thumbs is over. It's time for you to act. I want you to complete the attached <u>AWARE Lifetime Membership Application</u> right now and send it to me so that I can get your ***FREE*** CD-ROM shipped out to you immediately.

The sooner I receive your Membership Application, the sooner you can start enjoying all the benefits of your AWARE Membership. I want you to have this information **NOW**! But, I can't do anything until I receive your order! So ***do it now*** and AWARE will take care of the rest.

Sincerely,


AWARE Group Member # _____


**P.S.** I forgot to mention that when you join, you will receive a <u>Personalized Membership Certificate</u> that's suitable for framing.

# The AWARE Group



## Lifetime Membership Application

*PLEASE PRINT CLEARLY*

**NAME:** _____

**MAIL LOCATION: C/O**_____

**CITY:** _____ **STATE:** _____ **POSTAL ZONE:** _____

**PHONE: (Home) (___)_____ PHONE: (Work) (___)_____**

**FAX:** _____ **E-MAIL:** _____

**Referring Member** (*if applicable*): _____ **Membership Number#** _____

I understand that AWARE is a private family oriented association. The Association's primary objective is to share legal knowledge, to educate all members to understand and use the legal system in a lawful manner and to bring the Sovereign American people back together as a whole, restoring peace and harmony among all.

I also understand that the Association is NOT a partnership, NOT a corporation, Nor a business venture; and, that I am completely and severely liable for any use and application of any material, knowledge, or information gained or shared through the Association. I understand that such knowledge and information is not to be construed as legal advice and that other members of the Association do not claim to be attorneys. I further represent that I am not an agent of, or for an agent of, or for any group or organization that will purposely attempt to subvert The AWARE Group. I will NOT use, or cause to be used the information shared as a basis for any legal or subversive action against the Association or any members for their lawful activities. I further state that I understand that after acceptance, Membership is non-refundable.

I understand that as a member in good standing, I am eligible to participate in the activities of the Association. I agree NOT to copy or distribute by any means any materials copyrighted by The AWARE Group.

**Applicant's Signature:**_____ **Date:** _____

**Send to:**

### The AWARE Group
**2435 East North Street, Suite #136, Greenville, SC  29615**

Lifetime Membership is $995    AWARE Accepts **BLANK Money Orders** Only For Membership!

This section for office use only

Date Received: _____
Amount Received: _____

# The Freedom Files Software
## LICENSE AGREEMENT

This is a legal agreement between you, the end user (*hereinafter called the Licensee*), and The AWARE Group (*hereinafter called AWARE*). By loading, registering and using The Freedom Files (*hereinafter called the SOFTWARE*) you are agreeing to accept the License Agreement of this product (*The Freedom Files*) and to be bound by the terms of this Agreement. It also contains proprietary source code, which you are entitled to use only under the terms of this license agreement. This copy of the original is your proof of license. Please treat it as valuable property. By your use of this software you agree to the terms of this License Agreement.

1. License Agreement (*"License"*) permits you to use one copy of The Freedom Files Software on any single computer, provided the SOFTWARE is in use on only one computer.

2. COPYRIGHT: The SOFTWARE is owned by AWARE and is protected by United States Copyright laws and international treaty provision. Therefore, you must treat the SOFTWARE like any other copyrighted material (*e.g. a book or musical recording*). You may use this software program according to its described purpose along with the written materials accompanying the SOFTWARE. Defective software will be replaced by AWARE. Title 17, Sec 501 of the U.S. Code states that; "*Anyone who violates any of the exclusive rights of the copyright owner as provided by sections 106 through 121 or of the author as provided in section 106A(a), or who imports copies or phonorecords into the United States in violation of section 602, is an infringer of the copyright or right of the author, as the case may be... The legal or beneficial owner of an exclusive right under a copyright is entitled, subject to the requirements of section 411, to institute an action for any infringement of that particular right committed while he or she is the owner of it.*" As such, anyone found infringing on this Copyrighted aterial will be prosecuted to the fullest extent of the law.

3. OTHER RESTRICTIONS: You may not use the SOFTWARE to produce any documents for anyone other than yourself for your own personal use. Sales or distribution of document(s) by the licensee to *anyone* is absolutely forbidden. You may not reverse engineer, decompose or disassemble the SOFTWARE. The Documents contained herein are the property of AWARE any distribution either whole or in part is prohibited.

4. The Freedom Files name and logo are registered copyrights of The AWARE Group and may only be used in accordance to United Stated Copyright law. See official website: http://www.theawaregroup.com for information regarding use.

5. The use of this software does not make you an employee, affiliate, independent representative or contractor of The AWARE Group. AWARE is in no way responsible for the actions of any other party associated with this software. This product is available only to AWARE members and is given as a gift from AWARE to its members.

NO WARRANTIES: THE AWARE GROUP DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, WITH RESPECT TO THE SOFTWARE AND THE ACCOMPANYING WRITTEN MATERIALS. NO LIABILITY FOR CONSEQUENTIAL DAMAGES: IN NO EVENT SHALL AWARE OR ITS MEMBERS BE LIABLE FOR ANY DAMAGES WHATSOEVER (INCLUDING, WITHOUT LIMITATION, DAMAGES FOR LOSS OF BUSINESS PERSONAL PROFITS, BUSINESS INTERPRETATION, LOSS OF BUSINESS INFORMATION, OR OTHER PECUNIARY LOSS) ARISING OUT OF THE USE OF OR INABILITY TO USE THIS PRODUCT, EVEN IF AWARE HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

# The Freedom Files
## Release Notes

The Freedom Files CD-ROM is programmed to provide you with what is believed to be the most complete and up to date information available anywhere for the understanding of the various subjects contained herein.

This document contains important information that will help you make the most of The Freedom Files software. Any updates will be posted at the official Freedom Files Internet site.   Point your web browser to http://www.theawaregroup.com for further information.

## Required Hardware

The following minimum hardware is required to use The Freedom Files software:

> Pentium processor (or equivalent)
> 16 megabytes (or greater) of system memory
> 8 megabytes of available hard disk space
> 8x or faster CD-ROM Drive
> Printer

## Required Software

The Freedom Files software requires Microsoft Windows 95™ Build 950a (or newer) or Microsoft Windows NT™ Ver. 4.0 (Build 1381) or newer operating system. The Freedom Files also require Adobe Acrobat Reader, which is included on this CD-ROM.

## Official Web-site

Visit the Official Freedom Files website at http://www.theawaregroup.com for technical information, program updates, and additional information that will make your use of The Freedom Files software more rewarding.

# Please Read!
# Disclaimer

The information contained on this CD-ROM is for educational purposes only. Nothing set forth herein is intended to be legal advice or able to be construed as such. This information is private in entirety and non-negotiable between the parties.

This information is designed to provide information with regard to the subject matter covered. It is provided with the understanding that the provider and author are not engaged in rendering legal, taxation or other professional services. If legal or other expert assistance is required, the services of a competent professional should be sought. You should refer to the Support section of this CD-ROM, which can be found under the Help Menu for your support options.

It is not the purpose of these forms to reprint all the information that is otherwise available to the author and/or publisher, but to complement, amplify and supplement other texts. You are urged to read all the material, learn as much as possible about the issues and to tailor the information to your individual needs. You, the licensee, must take personal responsibility for choices you make and are advised to verify **ALL** information as to the accuracy and content from a third-party, independent of The AWARE Group.

Every effort has been made to make this information as complete and accurate as possible. However, there may be mistakes both typographical and in content. The information has been gathered from many sources and therefore the text will be different in context, wording, font use and appearance. Therefore, this text should be used only as a general guide.

The intent of the Authors in sharing this information is to further the causes of freedom, understanding, and happiness in accordance with such timeless principles as: *"Know the truth and the truth shall make you free"*. And *"He who helps others helps himself."* The author, The AWARE Group and AWARE Group members shall have neither liability nor responsibility to any person or entity with respect to any loss or damage caused, or alleged to be caused, directly or indirectly by the information contained herein.

The information and any forms contained herein are believed to be lawful, moral, and ethical and may be recognized by the state and federal governments of various countries. Laws, statutes, regulations, tax policy, codes of practice, codes of conduct, etc. however, do vary from state to state and country to country, with little or no consistency from one region to the next. Any mention of contracts of Pure Trusts is NOT to be construed as for the use of a "Tax Shelter" or "Abusive Tax Shelter" or "Tax Scheme" as defined by any code or law, but purely for issues of privacy and asset protection. No information found on this software or any information obtained by you from The AWARE Group is meant to imply that any lawful "tax" should not be paid by you or anyone else. If you are liable for a "tax", you should pay it. We are not "Tax Protestors" nor do we encourage anyone else to be so.

While everything on this CD-ROM is believed to be moral, legal and ethical, we do NOT purport to be either attorneys or specialists regarding state legal and regulatory codes in the location(s) where you might be domiciled. We cannot, therefore, try to interpret the myriad of state and local variations on laws, statutes, regulations and the like, on your behalf. That task is up to you. Your installation and use of this software is your tacit consent to this disclaimer.

All updates to the material contained herein will be distributed by e-mail. To receive updates, it is *your* responsibility to keep AWARE informed of your correct e-mail address. Further information can also be found online at: http://www.theawaregroup.com

**The Bad News Is That You May Be A Victim of Fraud And You Don't Even Know It!**
**The Good News Is That You Can Do Something About It!**

In today's world it is hard to find anyone who is not being hounded by IRS. Fortunately, we at the AWARE Group have discovered solutions to this type of problem and we can help you to discover ways to possibly eliminate your taxes or tax problem. Within the following information we will attempt to show you the main fraud that has been perpetrated on the American people and how you can take steps to possibly rid yourself of this burden, permanently.

## THE IRS'S FRAUDULENT ACCOUNTING OF YOU

In the past there has been uncovered many incidents of IRS fraud and abuse including: manipulation of taxpayers' master files, time-barred assessments, time-barred deficiency notices, underpayment of interest owed to taxpayers, illegal levies and liens against taxpayers' social security benefits, illegal civil penalties, illegal interest and penalties, and fraudulent certificates of record. We are sure that this is of no surprise to you. The IRS is infamous for its uncanny ability to get even the most basic information wrong and in turn shift the blame and burden onto the "taxpayer".

Prior to the 1998 IRS Reform and Restructuring Act, a taxpayer had no way to prove that the IRS had committed illegal or fraudulent accounting against them. The IRS non-sanitized versions of the master file, containing the proof of their illegal activity, could not be decoded. The IRS having Presumption of Correctness and the Anti-Injunction Act given to them by Congress, protected the IRS from discovery of any fraudulent or illegal accounting committed by the IRS.

The 1998 IRS Reform and Restructuring Act forced the IRS to publish, for the first time, the details of their manuals and their computer codes. This information allows us (*through a third-party provider*) to accurately determine whether the IRS has performed taxpayer's accounting accurately and legally. This determination is done by first requesting a copy of your IMF (*Individual Master File*) from the IRS. The IMF is a magnetic tape record of all individual income tax filers, in Social Security Number sequence, and is maintained at the IRS National Computer Center. All tax data and related information pertaining to individual income taxpayers are posted to the IMF so that the file reflects a continuously updated and current record of each taxpayer's account. All settlements with taxpayers are effected through computer processing of the IMF account and the data therein is used for accounting records, for issuance of refund checks, bills or notices, answering inquiries, classifying returns for audit, preparing reports and other matters concerned with the processing and enforcement activities of the IRS. *The information contained within the IMF is almost always blatantly wrong.*

Once translated, the information in the IMF generally contains errors, omissions and incorrect information. You can however do something about it and we can help. We are

not talking about the run of the mill "patriot arguments" here, but utilizing proven administrative procedures to get the IRS to correct this inaccurate information.

So, do you have questions about your IRS records? Do you need to know if your IRS accounting has been performed accurately and according to the law? And how to correct it, if not.

AWARE can provide (*to its Members*) forensic accounting to give taxpayers, lawyers and CPAs the ammunition they need to fight an IRS audit. We can have the taxpayers' IRS master file examined to find any errors or fraud and abuse made by the IRS and have any erroneous information corrected by the IRS until the records are corrected to show your true filing requirement.

Why Would Anyone Need an Individual Master File Translation?

- To determine if the IRS has the legal right to assess, collect, levy, garnish, or seize your assets.
- To verify the accuracy of the IRS's version of the money they claim you owe.
- To determine if the IRS has followed the required statutory procedures which give them the right to take action against you.
- To give the taxpayer the facts about their accounting and, if required, submit claims to correct any wrongful or illegal accounting committed by the IRS.
- To determine if the IRS has hidden monies owed to you by placing hold codes on your master file preventing notification of your right to claim.

If you currently have issues, such as liens, levies, garnishments or accrued penalties and interests, our Forensic Accounting package can help you. This package provides 20 years of decoding with one year of specific decoding and explanation. If you are currently having trouble with the IRS, this team of Forensic accountants can give you the tools and steps needed in order to correct these problems and get the IRS off your back.

To get started, simply complete the AWARE Group membership application and the support *package order form Send in the completed form with your full payment* and we will be in contact with you immediately on what is needed for you to get started. You are also welcome to email us at: support@theawaregroup.com or fax us at: 864-862-9902 with your issues and concerns and let us know your phone number and the best day and time to call.
Complete information can also be found online at: http://www.theawaregroup.com/support.htm

# Outline for the Forensic Tax Accounting Referral Packages

This Forensic Tax Accounting Referral Package provides the purchaser with direct support with a third-party provider who is skilled in the practices of forensic accounting. These services provide a thorough examination of the taxpayer's non-sanitized master file, which can reveal errors and outright fraud and abuse committed by the IRS. The AWARE Group provides this service to it's Members on a referral bases, meaning that upon receipt of paid order, AWARE will forward the necessary paperwork and funds to the provider. The purchaser will be put in direct contact with a professional provider who is trained in forensic accounting. This provider will setup an account in the name of the purchaser and will credit the account for future service. The services provided are described below and decided upon between the provider and purchaser based on the purchaser's individual needs.

*Forensic Tax Accounting Referral Package Price is $1195 per package.*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## Additional Information

All Referral Packages are *ONLY* available to AWARE Group Members.

With your order please also send a copy of the following (*if applicable*): Your IMF (*Individual Master File*), any notices of collection activity, notices of deficiency, notices of liens, levy's, garnishments or seizures and any correspondence from the IRS that concerns steps that they are or have been taking against you. If you are unsure, please call us at: 864-862-9901. The purchaser will be notified by the provider of any additional items needed to move forward.

As mentioned above, the purchaser will have a credit on file with the provider. This provider will then review the purchaser's situation and discuss what actions should be taken. The purchaser has available to them various services of the provider, including but not limited to:

- Obtaining copies of the non-sanitized master files for the appropriate years.
- Examining each years master file and determine whether the IRS's version of the accounting is accurate and lawful.
- Providing a written report to the purchaser detailing all unlawful and inaccurate accounting for each year examined or will prepare the appropriate claim for each year to be submitted to the IRS as an administrative action to correct the accounting.
- Providing affidavit or expert testimony in support of any litigation involving the evidence provided.
- Assisting purchaser in removing of any liens, levy's, garnishments, seizures or notices of deficiency.

Any additional charges for services above and beyond the deposit are between the purchaser and the provider. Charges for services and/or time are at the sole discretion of the provider and are to be paid directly to the provider. In the event that the issue is required to go to court, the purchaser will be liable for any filing fees, court costs, lawyer's fees or expert representation that is needed. When requested by the purchaser to attend court on the purchaser's behalf, pre-approved expenses such as travel, lodging and/or meals will be billed in addition.  The provider will also provide labor support for any litigation at a rate of $150.00 per hour plus expenses.

If the purchaser wishes to purchase an additional Support Package for a different subject or if the purchaser wishes to recommend someone to the process, they are required to do so directly through The AWARE Group *and the purchaser MUST be an AWARE Group Member*.

Additional information can be found at: http://www.theawaregroup.com/support.htm
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\* All above quoted prices and/or services are current at the time of release. Any change in either services or charges will be announced at the time of order.

\*Neither the distributor of this product, the provider, The AWARE Group, it's director, staff or Members, nor any person and/or organization, group or corporation associated or affiliated with the provider or AWARE are to be held liable for actions taken by an individual purchaser. Each purchaser of this product is advised to do their own research and are solely responsible for their actions. No guarantee of tax relief, lien/levy removal or other issues regarding the elimination of tax debt have been made or implied and the purchaser is not to assume any has been made.

# The AWARE Group Support and Referral Programs

The AWARE Group offers a Support Package for IRS Forensic Accounting and Land Patents The IRS Forensic Accounting and Land Patent support is provided by an independent, third party provider, who is educated and skilled in the subject matter.

Your purchase of a support package entitles you to contact the Support provider regarding the subject matter and to receive a predetermined amount of support *(see outline)*. Upon your order of said package, you will be notified as to the extent of the support covered with your package purchase, contact information of the support provider and any other support options available and any additional applicable fees.

**This completed form must be accompanied by full payment and any applicable personal paperwork required in order to start the process *(see outline)*.**

## SUPPORT PACKAGES:

**I wish to Order The Following:** *(Check all that apply)*

**Misc. Support Packages:**

| | | |
|---|---|---|
| _____ | Land Patent Support Package | $1195 |
| _____ | Forensic Tax Accounting Support Referral Package (IRS) | $1195 |

*If support is needed in more than one area, an additional package will need to be purchased for that area.*

Total dollar amount of order: _____

Name: _____

Address: _____ City: _____ State: _____ Zip: _____

Phone: _____ Fax: _____ Email: _____

AWARE Membership Number (Found on outside of The Freedom Files CD-ROM Case): _____

Send Order To: **The AWARE Group, 2435 East North Street, Suite #136, Greenville SC 29615**

By signing below the signer agrees that neither the distributor of this product, the provider, The AWARE Group, it's director, staff or Members, nor any person and/or organization, group or corporation associated or affiliated with the provider or AWARE are to be held liable for actions taken by an individual purchaser. Each purchaser of this product is advised to do their own research and are solely responsible for their actions. No guarantee of tax relief or lien/levy removal have been made or implied and the purchaser is not to assume any has been made. No refunds will be given.

Signature: _____ Date: _____

*(Required on all orders. If signature and date is not provided, order will NOT be processed.)*

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

**IMPORTANT NOTE:** We will only accept United States Postal Money Orders *(the kind that can only be purchased at the post office)* as payment for support packages. **These U.S. Postal Money Orders must be left completely blank.** Completely blank means no writing on them at all, this includes the *"from"* section and the *"to"* section. There is to be no writing what so ever on the money orders. If an order is received with payment tendered in a money order other than a United States Postal Money Order and/or if there is any writing on the money order, your order will be returned to you, therefore delaying the start of your support package. *NO EXCEPTION!* The amount stated for each package includes a procurement recompense and no refunds will be given.

FFSPFRM04

# Supplemental Products

The AWARE Group offers a number of products that will assist you in your endeavors regarding the subjects covered on this CD-ROM. These products can also be found on our online catalog at our website: http://www.theawaregroup.com

## REDEMPTION

**The Orlando Seminar Audio Series:**

Over 7 hours of Audio from AWARE's REDEMPTION seminar in Orlando, Florida. Gives full history, word usage and step-by-step instructions. Also includes FREE bonus audiotape. $49.95

## TRUSTS

**"ALL ABOUT TRUSTS" Video:**

A 4-hour video, concerning how to use Trusts. Use it to interface with the statutory world of commerce while you remain in common law. This is not about how to write a Trust, but how to use it to stay out of trouble. A MUST for those people who have assets to protect and/or want to avoid liability of ownership. $29.95

## RELIANCE

**"The Fraudulent & illegal operations of the Federal Income Tax" Video:**

A 2:40 video, recorded live at the National Press Club in Washington D.C. on June 30th, 2000. This video features a number of prominent individuals who have spoken out publicly about the illegality of the federal income tax. Including a case where a man was acquitted on willful failure to file. $29.95

## LAND PATENTS

**Allodial Titles & Land Patents Video:**

Videotape showing how to properly obtain a Land Patent. In the history of this county, no Land Patent has ever lost an appellate review in the courts. $29.95

## MISC.

**AWARE Dallas Seminar Audio Series:**

Brand new 5-tape audio series recorded live from the AWARE Group Seminar in Dallas, Texas on June 1, 2002. This series covers Taxes, land patents, trusts, word usage, court procedures. Fetures guest speakers, Sherry Jackson Certified fraud examiner and former IRS agent and Alan and Suzanne Nevling experts of the missing 13th Amendment (titles of Nobility) $49.95

## Supplemental Products ORDER FORM

I wish to order the following items:

*Check all that apply:*

| | | |
|---|---|---|
| _____ | The Orlando Seminar Audio Series | $49.95  (+$5 S/H) |
| _____ | "ALL ABOUT TRUSTS" Video | $29.95  (+$5 S/H) |
| _____ | "The Fraudulent Federal Income Tax" Video | $29.95  (+$5 S/H) |
| _____ | Allodial Titles & Land Patents Video | $29.95  (+$5 S/H) |
| _____ | Dallas Seminar Series | $49.95. (+$5 S/H) |

**Total dollar amount of order:**    _____
**Total S/H:**    _____
**Grand Total:**    _____

Name: _____

Address: _____

City: _____ State: _____ Zip: _____

Phone: _____ Fax: _____

Email: _____

AWARE Membership Number (Found on outside of CD-ROM Case): _____

Send Order To:

**The AWARE Group**
**2435 East North Street, Suite #136, Greenville, SC 29615**

Payment Type (Circle): Cash • Check • Money Order • MC • Visa • AMEX • DISC

Credit Card #: _____ Exp: _____

Name as it appears on card: _____

Signature: _____ Date: _____

*Make Check or Money Order Payable to: International Business Systems, Inc.*

GOVERNMENT
EXHIBIT

14-1

# GETTING STARTED

BEFORE YOU DO ANYTHING with the Accepted For Value process, you must "activate" your Treasury Direct Account (TDA) in Washington, DC. To do that you will need a recent certified copy of your birth record. The reason we mention underline recent, is because many states did not *(until recently)* make copies of birth records on "note paper" and those copies did not have a "Certificate Number." They were not "securities."  Write to the office of Vital Statistics in the state you were born and request a copy of your birth certificate

More recently, however, the policy nationwide seems to be to make all copies of birth records - certified copies - on registered (?) "note paper." If you have a certified copy of your birth record check to see if it has a certificate number of some sort *(some counties and/or states place this number on the back of the certificate)*. In any case, this will be the number of the certificate itself.

You will be using the record, registry, entry, etc. number - your birth number followed by the certificate number, when you fill out and mail the two letters to the Secretary of the Treasury, to activate your TDA.

Before starting this process you will need:

1    A recent certified copy of your birth record, on notepaper, with a certificate number.
2    Your social security number.

The Accepted For Value process starts with STEP I: The UCC-11. This can be accomplished while waiting for the certified copies of your birth certificate(s) to come in.



Δ π EXHIBIT 13
Deponent Alexander
Date 7-27-09 Rptr. JBF
WWW.DEPOBOOK.COM

# THE UCC-11

## CHECKING THE STRAW MAN FOR FILINGS

THE UCC-11 is a request for information. Although in some states the request may fall under a different section of the UCC, it is the same procedure ... that is, you are requesting information about a DEBTOR. This could be anyone. As long as you fill out the form properly, and pay the required fee (it's all about money -commerce), you will get the information you requested. The information is a matter of public record.

In *this* case, however, we are only interested in obtaining debtor information which may pertain to our Strawman. The reason is simple. ... these filings should be cleared before we file our UCC-1 -the next step in the process.

The UCC-11 that we have included is the National form as used by Texas. Not all States use this form. Inquire in the State in which you plan to file as to which form they use as a search form.

A common question is; *"Should I do a search in more than one State?"* The answer to this varies depending on your personal circumstances. The States are ruled by the law of Comity, meaning what is done in one State is done in all. Therefore if you do a search in Texas it is considered done in Maine. However, many people choose to do a search in every State they have lived in in the past five years. This is up to you.

As stated before, you must remember that this is just a search. Anyone can do a search on anyone. It is a matter of public record.

Not all States do searches and some States have stopped doing them. Inquire with your particular State first.

Most States have a website on which you can find out their UCC procedures. The address is: http://www.state.YOURSTATEABBREVIATION.us (*i.e. The website for Texas would be: http://www.state.tx.us*).

The UCC-11 is self-explanatory, since the instructions are included with the form.

**INFORMATION REQUEST**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT REQUESTOR [optional]

B. RETURN TO: (Name and Address)

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 1c. CITY | | STATE | |
|---|---|---|---|

2. INFORMATION OPTIONS RELATING TO UCC FILINGS AND OTHER NOTICES FILED IN YOUR OFFICE THAT INCLUDE AS A DEBTOR THE DEBTOR NAME INDICATED IN ITEM 1:

2a. ☐ **SEARCH CERTIFICATE** — Please furnish a certificate/report listing ALL (regardless of Debtor's address and Social Security or Tax ID #) presently effective financing statements, related subsequent filings including statements of assignment, and other notices, showing the date and time of filing and the name and address of each Secured Party named therein.

2b. ☐ **SEARCH CERTIFICATE and ALL COPIES** — Please furnish search certificate/report (as described in 2a above) and exact copies of each page of ALL financing statements, related subsequent filings including statements of assignment, and other notices, including ALL attachment pages.

☐ **SEARCH CERTIFICATE and PARTIAL COPIES (ALL FILINGS—FIRST PAGES ONLY)** — Please furnish search certificate/report (as described in 2a above) and exact copies of the FIRST PAGE ONLY of ALL financing statements, related subsequent filings including statements of assignment, and other notices.

2d. ☐ **SPECIFIED COPIES ONLY** — Please furnish exact copies of each page of the financing statements, related subsequent filings including statements of assignment, or other notices (including all attachments) that are identified below by document locator number. Certain filing offices require additional identifying information — please complete if required.

| Document Locator # | Date Document Filed | Additional Identifying Information (if required) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

3. DELIVERY INSTRUCTIONS (request will be filled by mail to address shown in item B unless otherwise instructed here):

☐ Pick Up  ☐ Other

Specify other desired method here — verify that desired method is available in this state — and include other pertinent delivery information (e.g., courier name, addressee's account number with courier, addressee's telephone number, etc.)

4. THE FILING OFFICE MAY OFFER THE FOLLOWING ADDITIONAL SERVICES (SEE INSTRUCTION 4):

4a. ☐ **CERTIFIED COPY REQUEST** — Please furnish certified copies per request indicated in item 2d above.

4b. ☐ **COPIES FOR SPECIFIED TIME PERIOD ONLY** — Please furnish exact copies of all financing statements, related subsequent filings including statements of assignment, and other notices that include the Debtor name indicated in item 1 filed after _____ and prior to _____

4c. ☐ **COPIES FOR SPECIFIED ADDRESS ONLY** — Please furnish exact copies of each page of all financing statements, related subsequent filings including statements of assignment, and other notices that include the Debtor name identified in item 1 and show as that Debtor's address the address indicated here:

☐ **LISTING RELATING TO SPECIFIED SECURED PARTY ONLY** — Please furnish a listing of ALL financing statements, related subsequent filings including statements of assignment, and other notices (regardless of Debtor name) filed in your office that include the Secured Party at the city and state indicated here:

4e. ☐ **FAX DELIVERY** — Please fax results of this information request to fax number indicated here: ( )

Office of the Secretary of State of Texas Web Form

FILING OFFICE COPY (1) — NATIONAL INFORMATION REQUEST (FORM UCC11) (TRANS) (TEXAS) (REV. 02/08/99)

███████████
███████████
███████████
███████████

# IFORMATION REQUEST
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| A. NAME & PHONE OF CONTACT AT REQUESTOR [optional] |
|---|

B. RETURN TO: (Name and Address)

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 1c. CITY | | STATE | |

OR

**2. INFORMATION OPTIONS** RELATING TO UCC FILINGS AND OTHER NOTICES FILED IN YOUR OFFICE THAT INCLUDE AS A DEBTOR THE DEBTOR NAME INDICATED IN ITEM 1:

2a. ☐ **SEARCH CERTIFICATE** — Please furnish a certificate/report listing ALL (regardless of Debtor's address and Social Security or Tax ID #) presently effective financing statements, related subsequent filings including statements of assignment, and other notices, showing the date and time of filing and the name and address of each Secured Party named therein.

2b. ☐ **SEARCH CERTIFICATE and ALL COPIES** — Please furnish search certificate/report (as described in 2a above) and exact copies of each page of ALL financing statements, related subsequent filings including statements of assignment, and other notices, including ALL attachment pages.

☐ **SEARCH CERTIFICATE and PARTIAL COPIES (ALL FILINGS—FIRST PAGES ONLY)** — Please furnish search certificate/report (as described in 2a above) and exact copies of the FIRST PAGE ONLY of ALL financing statements, related subsequent filings including statements of assignment, and other notices.

2d. ☐ **SPECIFIED COPIES ONLY** — Please furnish exact copies of each page of the financing statements, related subsequent filings including statements of assignment, or other notices (including all attachments) that are identified below by document locator number. Certain filing offices require additional identifying information — please complete if required.

| Document Locator # | Date Document Filed | Additional Identifying Information (if required) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**3. DELIVERY INSTRUCTIONS** (request will be filled by mail to address shown in item B unless otherwise instructed here):

☐ Pick Up  ☐ Other  Specify other desired method here — verify that desired method is available in this state — and include other pertinent delivery information (e.g., courier name, addressee's account number with courier, addressee's telephone number, etc.)

**4. THE FILING OFFICE MAY OFFER THE FOLLOWING ADDITIONAL SERVICES (SEE INSTRUCTION 4):**

4a. ☐ **CERTIFIED COPY REQUEST** — Please furnish certified copies per request indicated in item 2d above.

4b. ☐ **COPIES FOR SPECIFIED TIME PERIOD ONLY** — Please furnish exact copies of all financing statements, related subsequent filings including statements of assignment, and other notices that include the Debtor name indicated in item 1 filed after _____ and prior to _____

4c. ☐ **COPIES FOR SPECIFIED ADDRESS ONLY** — Please furnish exact copies of each page of all financing statements, related subsequent filings including statements of assignment, and other notices that include the Debtor name identified in item 1 and show as that Debtor's address the address indicated here:

☐ **LISTING RELATING TO SPECIFIED SECURED PARTY ONLY** — Please furnish a listing of ALL financing statements, related subsequent filings including statements of assignment, and other notices (regardless of Debtor name) filed in your office that include the Secured Party at the city and state indicated here:

4e. ☐ **FAX DELIVERY** — Please fax results of this information request to fax number indicated here: ( )

Office of the Secretary of State of Texas Web Form

FILING OFFICE COPY (2) — NATIONAL INFORMATION REQUEST (FORM UCC11) (TRANS) (TEXAS) (REV. 02/08/99)

**INFORMATION REQUEST**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| A. NAME & PHONE OF CONTACT AT REQUESTOR [optional] |
|---|

| B. RETURN TO: (Name and Address) |
|---|

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - Insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME |
|---|

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 1c. CITY | | STATE | |
|---|---|---|---|

**2. INFORMATION OPTIONS RELATING TO UCC FILINGS AND OTHER NOTICES FILED IN YOUR OFFICE THAT INCLUDE AS A DEBTOR THE DEBTOR NAME INDICATED IN ITEM 1:**

2a. ☐ **SEARCH CERTIFICATE** — Please furnish a certificate/report listing ALL (regardless of Debtor's address and Social Security or Tax ID #) presently effective financing statements, related subsequent filings including statements of assignment, and other notices, showing the date and time of filing and the name and address of each Secured Party named therein.

2b. ☐ **SEARCH CERTIFICATE and ALL COPIES** — Please furnish search certificate/report (as described in 2a above) and exact copies of each page of ALL financing statements, related subsequent filings including statements of assignment, and other notices, including ALL attachment pages.

2c. ☐ **SEARCH CERTIFICATE and PARTIAL COPIES (ALL FILINGS—FIRST PAGES ONLY)** — Please furnish search certificate/report (as described in 2a above) and exact copies of the FIRST PAGE ONLY of ALL financing statements, related subsequent filings including statements of assignment, and other notices.

2d. ☐ **SPECIFIED COPIES ONLY** — Please furnish exact copies of each page of the financing statements, related subsequent filings including statements of assignment, or other notices (including all attachments) that are identified below by document locator number. Certain filing offices require additional identifying information — please complete if required.

| Document Locator # | Date Document Filed | Additional Identifying Information (if required) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**3. DELIVERY INSTRUCTIONS** (request will be filled by mail to address shown in item B unless otherwise instructed here):

☐ Pick Up  ☐ Other

Specify other desired method here — verify that desired method is available in this state — and include other pertinent delivery information (e.g., courier name, addressee's account number with courier, addressee's telephone number, etc.)

**4. THE FILING OFFICE MAY OFFER THE FOLLOWING ADDITIONAL SERVICES (SEE INSTRUCTION 4):**

4a. ☐ **CERTIFIED COPY REQUEST** — Please furnish certified copies per request indicated in item 2d above.

4b. ☐ **COPIES FOR SPECIFIED TIME PERIOD ONLY** — Please furnish exact copies of all financing statements, related subsequent filings including statements of assignment, and other notices that include the Debtor name indicated in item 1 filed after _____ and prior to _____

4c. ☐ **COPIES FOR SPECIFIED ADDRESS ONLY** — Please furnish exact copies of each page of all financing statements, related subsequent filings including statements of assignment, and other notices that include the Debtor name identified in item 1 and show as that Debtor's address the address indicated here:

4d. ☐ **LISTING RELATING TO SPECIFIED SECURED PARTY ONLY** — Please furnish a listing of ALL financing statements, related subsequent filings including statements of assignment, and other notices (regardless of Debtor name) filed in your office that include the Secured Party at the city and state indicated here:

4e. ☐ **FAX DELIVERY** — Please fax results of this information request to fax number indicated here: ( )

## Instructions for Information Request (Form UCC11) (Trans) (Texas)

Please type or laser-print this form. Be sure it is completely legible. Read all instructions. Follow instructions completely.

Fill in form very carefully; mistakes may have important legal consequences. If you have questions, consult your attorney. Filing office cannot give legal advice.

Do not insert anything in the open space in the upper portion of this form; it is reserved for filing office use.

When properly completed, send form parts 1 and 2 labeled Filing Office Copy (1) and (2), with required fee, to filing office. Always detach Requestor Copy. Filing office may offer additional information options. Contact filing office or use form specially designed by filing office to obtain additional information options.

A. To assist filing officers that might wish to communicate with requestor, requestor may provide information in item A. This item is optional.

B. Enter name and address of requestor in item B. This item is NOT optional.

1.   Debtor name: Enter only one Debtor name in item 1, an organization's name (1a) or an individual's name (1b). Enter Debtor's exact full legal name. Don't abbreviate.

1a.  Organization Debtor. "Organization" means an entity having a legal identity separate from its owner. A partnership is an organization; a sole proprietorship is not an organization, even if it does business under a trade name. If Debtor is a partnership, enter exact full legal name of the partnership; you need not enter names of partners as additional Debtors. If Debtor is a registered organization (e.g., corporation, limited partnership, limited liability company), it is advisable to examine Debtor's current filed charter documents to determine Debtor's correct name, organization type, and jurisdiction of organization.

1b.  Individual Debtor. "Individual" means a natural person; this includes a sole proprietorship, whether or not operating under a trade name. Don't use prefixes (Mr., Mrs., Ms.). Use suffix box only for titles of lineage (Jr., Sr., III) and not for other suffixes or titles (e.g., M.D.). Use married woman's personal name (Mary Smith, not Mrs. John Smith). Enter individual Debtor's family name (surname) in Last Name box, first given name in First Name box, and all additional given names in Middle Name box.

For both organization and individual Debtors: Don't use Debtor's trade name, DBA, AKA, FKA, Division name, etc. in place of or combined with Debtor's legal name (e.g., DO NOT use "Simpson Motor Inc. DBA Cornelia Car City" or "John Smith DBA Smith's Coffee Shop"). Search results in response to such a search request may not reveal financing statements on file that correctly use the legal name of the Debtor.

1c.  City and state information is required for individual Debtor name request.

2.   Information Options: Check only one box (2a, 2b, 2c, or 2d).

3.   Delivery Instructions: Unless otherwise instructed, filing office will mail information to the name and address in item B. If information will be picked up from the filing office, check the "Pick Up" box . For other than mail or pick up, check the "Other" box and specify other delivery method. If specifying courier delivery, include courier name and account number to bill for delivery charge. Filing office will not deliver by courier unless prepaid waybill or account number for billing is provided. Contact filing office concerning availability of fax service or other delivery options.

4.   Secretary of State offers all of the additional information services in item 4. Contact county clerk for additional services offered. Include additional information requested for items 4b-4e.

# STEP II

# THE NON-NEGOTIABLE CHARGE BACK

THE FIRST STEP in the Accepted For Value process is the Non-Negotiable Charge Back. This letter of wishes, *(instructions) will* be sent to the Secretary of the Treasury, accompanied by the Non-negotiable Bill of Exchange and the copies of the Birth Certificates we will address in a few moments.

But first, this is probably as good a time as any to mention that the words nonnegotiable should be on *EVERYTHING* you produce in this process. Please don't confuse non-negotiable, as in "not able to deposit or transfer," with the non-negotiable we use throughout the Accepted For Value process.

Non-negotiable, in the context we are using it, means the terms of the agreement are not negotiable. For example: You need your house painted and I offer to paint it in three days, for $1,200.00. You ask if I will do it for $1,100.00 and I tell you its non-negotiable. That means it's not up for discussion. It also means no one else can enter into the agreement: you can't have your neighbor come in and start bargaining for you. Non-negotiable means: This is a PRIVATE *(only between the parties)* agreement/contract. No one else can enter *(indorse)*. The terms of the agreement/contract are not up for discussion/negotiation. We hope you understand this, because it is a *VERY* critical and important part of the process.

Let's get back to the Non-negotiable Charge Back. A sample of this document is on page 6. You may retype the letter, recompose it on a computer, or use the generic form found at the back of this book. Whichever method you choose, you must fill in the blanks as follows.

1 Enter the date you will be mailing the document.

2 Enter your social security # without the hyphens - this is your employer I.D. number. You are the employer, the holder in due course of the Straw Man.

3 Enter the same number as in #2.

4 Enter $1,000,000.00 *(one million)* times each birth certificate you are attaching to this letter. Example: A man, his wife and two non-adult, unmarried children at home would be four certificates x $1,000,000.00 = $4,000,000.00 *(four million)*.

5 Enter the number from the red Registered sticker you will be placing on the envelope with your Registered mailing. Most post offices will give you the number in advance *(since they are no longer restricted)* *if* you explain that the number is needed in advance because it is referenced within the letter to the Secretary. This is the number you will use from now on, whenever any reference is made to "Posted Registered Account" in any future document.

6 Enter the birth registry number, followed by a hyphen, followed by the certificate number found on each of the certificates referenced in #4 above. You may preface these numbers with your initials if you wish, although it is not necessary. Example: Your name is John Adam Smith and your birth registry number is 24178. The certificate number is 49238516. The invoice number would either be #JAS2417849238516 or simply #24178-49238516. Whichever method you choose, you will list the numbers found on each of the birth certificates you included in #4 above.

7 Sign your full name, using *n.* initials. This is the name of the real man or woman.

8 Print/type your full name. Again, use *no* initials.

9 Enter your employer I.D. number: This is the same number as in 2 and 3 above.

10 Enter your mailing location. In order to maintain as great a difference between the Straw Man and you, we suggest using the *international (non federal)* format. Use c/o before the street number, place the zip [in brackets] in front of the city, and place the state, in ALL CAPS, on the fourth line. This is the format used for international addresses, and since the real man and woman are outside the federal zone this address format should apply.

John Adam Smith
c/o 123 Spring Street [ 54321 ]
Big City ANYSTATE

11 Enter your phone number *(optional).*

12 Enter the same numbers as in #6 above. You will also attach *(include)* CERTIFIED COPIES of each of the birth certificates referenced. You **MUST** stamp each of these Birth Certificates on the front and back with the following:

**ACCEPTED FOR VALUE**
All related endorsements, front and back,
in accordance with
Uniform Commercial Code 3-419 and
House Joint Resolution 192 of June 5th, 1933
DATE: _____
SIGNATURE: _____

Put the stamp in an area that covers as little vital information as possible.

An alternative to the stamp is to print this stamp information onto blank (white) address labels and put a label on front and back of the Birth Certificate(s).

**MAKE SURE TO SIGN AND DATE BOTH SIDES!!**

When you have completed the non-negotiable charge back, sign it *(in blue ink, so as to identify the original)* and make two copies: one for your file and the other *(the copy) you* will send, by Registered mail, to the Secretary of the Treasury. In the same envelope you will also include a copy of the Non-negotiable Bill of Exchange, which will be addressed in the next step.

# Non-negotiable
# **Charge Back**

———————

Paul O'Neill, Secretary
Department of Treasury
1500 Pennsylvania Ave., NW
Washington, DC 20220

Dear Secretary,

Please find enclosed the registered security, which I have sent to you to open my Treasury Direct Account (*or UCC Contract Account*). I accept for value all related endorsements in accordance with U.C.C. 3-419 and HJR 192. Charge my Treasury Direct Account, Employer Identification Number _____ for the registration fees and command the memory of account #_____ to charge the same to the debtor's Order, or your Order.

The total amount of this NON-NEGOTIABLE ACCEPTANCE FOR VALUE in the enclosed filing, is $_____

Posted Registered Account #
Invoice #

Prepaid-Preferred Stock
Priority-Exempt from Levy

Res/In Rem

_____

Employer ID #_____
Trustee, but not Individually

_____
_____
_____

Attachments:     1) Non-Negotiable Bill of Exchange

# STEP II (B)
## THE NON-NEGOTIABLE BILL OF EXCHANGE

**T**HE NON-NEGOTIABLE BILL OF EXCHANGE is, basically, a letter to the Secretary of the Treasury, informing him of your wishes to have certain documents processed and how you would like that to be accomplished. The documents *(Non-negotiable Charge Back and copies of the Birth Certificates)* will be attached to *(included with)* this Non-negotiable Bill of Exchange. This part of the process activates your Treasury Direct Account.

The sample, found on the following page, will be completed in much the same way as the previous document – the Non-negotiable Charge Back. Again, you may retype the letter, recompose it on a computer, or use the generic form found at the back of this book. Whichever method you choose, you must fill in the blanks as follows.

1  Enter the date you will be mailing the document.

2  Enter the same amount as you did for #4 on the Non-negotiable Charge Back.

3  Enter your social security # <u>without</u> the hyphens – this is your TDA number.

4  Enter the same number as in #3.

5  Enter the number from the red <u>Registered</u> mail sticker. We remind you, this is the number you will *always* use . . . *whenever* you refer to your Posted Registered Account.

6  Sign your full name, using *no* initials. This is the name of the <u>real</u> man or woman.

7  Print/type your full name. Again, use *no* initials.

8  Enter your <u>employer</u> I.D. number. This is the same number as in 3 and 4 above.

9  Enter your mailing location, the same as you did on the Non-negotiable Charge Back . . . using the international *(non federal)* format.

> John Adam Smith
> c/o 123 Spring Street
> [ 54321 ]  Big City
> ANYSTATE

10  Enter your phone number.

11  Enter the same numbers as in #6 on the Non-negotiable Charge Back.

When you have completed the Non-negotiable Bill of Exchange, sign it *(in blue ink, so as to identify the original)* and make two copies: one for your file and the other *(the copy)* you will include in the envelope with the Non-negotiable Charge Back. Also place COPIES of the Birth Certificates identified in #11 on the previous page.

Send the envelope, **REGISTERED** mail, **return receipt requested** *(you want the green card showing it was received)*, to:

Lawrence H. Summers, Secretary
Department of the Treasury
1500 Pennsylvania Avenue NW
Washington, DC 20220

Please note that as of 01/20/01
Paul O'Neill is the new Secretary of the treasury.

Reviewing the documents in the envelope you will have:

1   A copy of the signed Non-negotiable Charge Back

2   A copy of the signed Non-negotiable Bill of Exchange

3   A copy of each of the Birth Certificates identified in #6 of the Non-negotiable Charge Back.

You have now completed Step II of the Accepted For Value process and will have established your Treasury Direct Account.

The next is Step III, completing and filing your UCC-1.

NON-NEGOTIABLE
# BILL OF EXCHANGE
(IN ACCORD WITH HJR-192)

Paul O'Neill, Secretary
Department of the Treasury
1500 Pennsylvania Ave, NW
Washington, DC 20220

RE: "CHARGE BACK" of PERSONAL TREASURY DIRECT ACCOUNT:

Dear _____

     Enclosed are documents (*copies*) from my examination of my Commercial Agreements, which are listed on the enclosed (*accounting*), with Receipts and other evidence that I have accepted for value, with all related endorsements (*front and back*) to include those in accord with UCC-3-419. The total amount of the NON-NEGOTIABLE CHARGEBACK enclosed is

_____.

     Please charge back to my Treasury Direct Account (*or UCC Contract Account*), # _____, for the same value, and charge my account for the fees necessary for securing and registration (*for the priority exchange for the tax exemption to discharge the public liability*) of my personal possessions, and command memory of account # _____, to charge the same to the debtor's order or your order.

     This POSTED Registered Account, # _____ fund, which is part of my tax estimate, is directed for use (*priority*) for the Republic (*Article IV, Section 4 of the united States Constitution*) in accord with public policy HJR-192, (*discharge of the public debt*).

     I instruct you, Paul O'Neill, Secretary and/or your Deputy-in-charge, to take my acceptance (*BA*), this Article VII receipt, in exchange for the tax exemption priority. This "NON-NEGOTIABLE BILL of EXCHANGE", is in accord with HJR-192, and is presented for the receiver to the Federal Window, for settlement, (*EFI*), within the three (3) day Truth-in-Lending time for settlement of retail agreements.

     With this POSTED transaction the CHARGE BACK charges documented by the enclosed forms, for use by the Republic, is complete. Upon completion of the adjustment to my account, please send me a summary statement confirming said adjustments to my account.

     If you need more information or assistance with charging my Treasury Direct Account, you may write me.

               Sincerely,


_____

Employer ID # _____
Trustee, but not Individually
_____
_____

Attached Invoice Number: _____
cc: file

# REGARDING FILING YOUR UCC-1

When you file your UCC-1, your State may or may not accept it. There has been mixed reaction from State to State. Some States accept them without hesitation others won't even talk to you. However, according the UCC code, there are only a limited number of reasons as to why they can legitimately refuse your filing.

The following pages are direct excerpts from Anderson's UCC regarding this issue. We have circled the main points in blue.

secured obligation or commitment to give value. In that situation, a debtor is authorized to file a termination statement indicating that it has been filed by the debtor.

*Financing statement formal requisites.* The formal requisites for a financing statement are set out in Section 9–502. A financing statement must provide the name of the debtor and the secured party and an indication of the collateral that it covers. Sections 9–503 and 9–506 address the sufficiency of a name provided on a financing statement and clarify when a debtor's name is correct and when an incorrect name is insufficient. Section 9–504 addresses the indication of collateral covered. Under Section 9–504, a super-generic description (e.g., "all assets" or "all personal property") in a financing statement is a sufficient indication of the collateral. (Note, however, that a super-generic description is inadequate for purposes of a security agreement. See Sections 9–108, 9–203.) To facilitate electronic filing, this Article does not require that the debtor's signature or other authorization appear on a financing statement. Instead, it prohibits the filing of unauthorized financing statements and imposes liability upon those who violate the prohibition. See Sections 9–509, 9–626.

*Filing-office operations.* Part 5 contains several provisions governing filing operations. First, it prohibits the filing office from rejecting an initial financing statement or other record for a reason other than one of the few that are specified. See Sections 9–520, 9–516. Second, the filing office is obliged to link all subsequent records (e.g., assignments, continuation statements, etc.) to the initial financing statement to which they relate. See Section 9–519. Third, the filing office may delete a financing statement and related records from the files no earlier than one year after lapse (lapse normally is five years after the filing date), and then only if a continuation statement has not been filed. See Sections 9–515, 9–519, 9–522. Thus, a financing statement and related records would be discovered by a search of the files even after the filing of a termination statement. This approach helps eliminate filing-office discretion and also eases problems associated with multiple secured parties and multiple partial assignments. Fourth, Part 5 mandates performance standards for filing offices. See Sections 9–519, 9–520, 9–523. Fifth, it provides for the promulgation of filing-office rules to deal with details best left out of the statute and requires the filing office to submit periodic reports. See Sections 9–526, 9–527.

*Correction of records: Defaulting or missing secured parties and fraudulent filings.* In some areas of the country, serious problems have arisen from fraudulent financing statements that are filed against public officials and other persons. This Article addresses the fraud problem by providing the opportunity for a debtor to file a termination statement when a secured party wrongfully refuses or fails to provide a termination statement. See Section 9–509. This opportunity also addresses the problem of secured parties that simply disappear through mergers or liquidations. In addition, Section 9–518 affords a statutory method by which a debtor who believes that a filed record is inaccurate or was wrongfully filed may indicate that fact in the files by filing a correction statement, albeit without affecting the efficacy, if any, of the challenged record.

10

**[Rev] § 9–502:5**                                                    SECURED TRANSACTIONS

(1)   The debtor's name;[5]

(2)   The name of the secured party or its representative;[6]

(3)   An indication of the collateral covered by the financing statement.[7]

Once filed, a financing statement containing these three pieces of information is effective.[8] However, it is likely that a financing statement containing only this information will not be accepted for filing. This is because the filing office is required to reject a financing statement that does not contain certain other information including addresses for the debtor and the secured party.[9]

**§ 9–502:6.   — No requirement of signature by debtor.**

Unlike under former Article 9, there is no requirement that the debtor sign the financing statement.[10] However, a secured party can only file a financing statement if the debtor has authorized the filing.[11] A filing has legal effect only to the extent it is authorized.[12] A debtor has remedies available in the event that the secured party makes an unauthorized filing of a financing statement.[13]

The debtor does not have to expressly authorize the secured party to file a financing statement. The debtor's authentication of a security agreement constitutes the debtor's authorization of the filing of a financing statement covering the collateral described in the security agreement.[14]

**[Rev] § 9–502:7.   — Additional requirements as to the contents of real-property-related financing statements.**

Except as otherwise provided as to transmitting utilities,[15] in addition to satisfying the requirements discussed in the preceding subsections as to financing statements in general, a fixture filing,

---

[5] [Rev] UCC § 9–502(a)(1).

[6] [Rev] UCC § 9–502(a)(2).

[7] [Rev] UCC § 9–502(a)(3).

[8] [Rev] UCC § 9–520(c); [Rev] UCC § 9–502, Official Comment 4.

[9] [Rev] UCC § 9–516(b); [Rev] UCC § 9–520(a); [Rev] UCC § 9–502, Official Comment 4.

[10] [Rev] UCC § 9–502, Official Comment 3.

[11] [Rev] UCC § 9–509(a).

[12] [Rev] UCC § 9–510.

[13] [Rev] UCC § 9–625; [Rev] UCC § 9–502, Official Comment 3.

[14] [Rev] UCC § 9–509(b).

[15] [Rev] UCC § 9–502(b).

716

otherwise. If the security interest or agricultural lien becomes unperfected upon lapse, it is deemed never to have been perfected as against a purchaser of the collateral for value.

(d) [When continuation statement may be filed.] A continuation statement may be filed only within six months before the expiration of the five-year period specified in subsection (a) or the 30-year period specified in subsection (b), whichever is applicable.

(e) [Effect of filing continuation statement.] Except as otherwise provided in Section 9–510, upon timely filing of a continuation statement, the effectiveness of the initial financing statement continues for a period of five years commencing on the day on which the financing statement would have become ineffective in the absence of the filing. Upon the expiration of the five-year period, the financing statement lapses in the same manner as provided in subsection (c), unless, before the lapse, another continuation statement is filed pursuant to subsection (d). Succeeding continuation statements may be filed in the same manner to continue the effectiveness of the initial financing statement.

(f) [Transmitting utility financing statement.] If a debtor is a transmitting utility and a filed financing statement so indicates, the financing statement is effective until a termination statement is filed.

(g) [Record of mortgage as financing statement.] A record of a mortgage that is effective as a financing statement filed as a fixture filing under Section 9–502(c) remains effective as a financing statement filed as a fixture filing until the mortgage is released or satisfied of record or its effectiveness otherwise terminates as to the real property.

---

[Rev] § 9–515:1.     Official Code Comment.
[Rev] § 9–515:2.     Local Statutory Citations and Variations.
[Rev] § 9–515:3.     Scope and suggestions.
[Rev] § 9–515:4.     Duration of financing statement.
[Rev] § 9–515:5.     Lapse.

(B)  indicate whether the debtor is an individual or an organization; or

(C)  if the financing statement indicates that the debtor is an organization, provide:

(i)  a type of organization for the debtor;

(ii)  a jurisdiction of organization for the debtor; or

(iii)  an organizational identification number for the debtor or indicate that the debtor has none;

(6)  in the case of an assignment reflected in an initial financing statement under Section 9–514(a) or an amendment filed under Section 9–514(b), the record does not provide a name and mailing address for the assignee; or

(7)  in the case of a continuation statement, the record is not filed within the six-month period prescribed by Section 9–515(d).

(c)  [Rules applicable to subsection (b).] For purposes of subsection (b):

(1)  a record does not provide information if the filing office is unable to read or decipher the information; and

(2)  a record that does not indicate that it is an amendment or identify an initial financing statement to which it relates, as required by Section 9–512, 9–514, or 9–518, is an initial financing statement.

(d)  [Refusal to accept record; record effective as filed record.] A record that is communicated to the filing office with tender of the filing fee, but which the filing office refuses to accept for a reason other than one set forth in subsection (b), is effective as a filed record except as against a purchaser of the collateral which gives value in reasonable reliance upon the absence of the record from the files.

| [Rev] § 9–516:1. | Official Comment. |
| [Rev] § 9–516:2. | Local Statutory Variance, and Variations. |
| [Rev] § 9–516:3. | Scope and suggest |
| [Rev] § 9–516:4. | What constitutes filing |

[Rev] § 9–516:5.    Rightful rejection by filing office.

## [Rev] § 9–516:1.    Official Code Comment.

1.  **Source.** Subsection (a): former Section 9–403(1); the remainder is new.

2.  **What Constitutes Filing.** Subsection (a) deals generically with what constitutes filing of a record, including an initial financing statement and amendments of all kinds (e.g., assignments, termination statements, and continuation statements). It follows former Section 9–403(1), under which either acceptance of a record by the filing office or presentation of the record and tender of the filing fee constitutes filing.

3.  **Effectiveness of Rejected Record.** Subsection (b) provides an exclusive list of grounds upon which the filing office may reject a record. See Section 9–520(a). Although some of these grounds would also be grounds for rendering a filed record ineffective (e.g., an initial financing statement does not provide a name for the debtor), many others would not be (e.g., an initial financing statement does not provide a mailing address for the debtor or secured party of record). Neither this section nor Section 9–520 requires or authorizes the filing office to determine, or even consider, the accuracy of information provided in a record. For example, the State A filing office may not reject under subsection (b)(5)(C) an initial financing statement indicating that the debtor is a State A corporation and providing a three-digit organizational identification number, even if all State A organizational identification numbers contain at least five digits and two letters.

A financing statement or other record that is communicated to the filing office but which the filing office refuses to accept provides no public notice, regardless of the reason for the rejection. However, this section distinguishes between records that the filing office rightfully rejects and those that it wrongfully rejects. A filer is able to prevent a rightful rejection by complying with the requirements of subsection (b). No purpose is served by giving effect to records that justifiably never find their way into the system, and subsection (b) so provides.

Subsection (d) deals with the filing office's unjustified refusal to accept a record. Here, the filer is in no position to prevent the rejection and as a general matter should not be prejudiced by it. Although wrongfully rejected records generally are effective, subsection (d) contains a special rule to protect a third-party purchaser of the collateral (e.g., a buyer or competing secured party) who gives value in reliance upon the apparent absence of the record from the files. As against a person who searches the public record and reasonably relies on what the public record shows, subsection (d) imposes upon the filer the risk that a record failed to make its way into the filing system because of the filing office's wrongful rejection of it. (Compare Section 9–517, under which a mis-indexed financing statement is fully effective.) This risk is likely to be small, particularly when a record is presented electronically, and the filer can guard against this risk by conducting a

**SECURED TRANSACTIONS**                                    **[Rev] § 9–516:4**

*Oregon:* Pre-1998 Article 9 in effect. Text for Article 9 precedes text for this Article.

*Pennsylvania:* Pre-1998 Article 9 in effect. Text for Article 9 precedes text for this Article.

*Rhode Island:* Pre-1998 Article 9 in effect. Text for Article 9 precedes text for this Article.

*South Carolina:* Pre-1998 Article 9 in effect. Text for Article 9 precedes text for this Article.

*South Dakota:* Pre-1998 Article 9 in effect. Text for Article 9 precedes text for this Article.

*Tennessee:* Pre-1998 Article 9 in effect. Text for Article 9 precedes text for this Article.

*Texas:* Tex Bus & Com Code Ann § 9.516.

*Utah:* Pre-1998 Article 9 in effect. Text for Article 9 precedes text for this Article.

*Vermont:* Pre-1998 Article 9 in effect. Text for Article 9 precedes text for this Article.

*Virginia:* Pre-1998 Article 9 in effect. Text for Article 9 precedes text for this Article.

*Washington:* Pre-1998 Article 9 in effect. Text for Article 9 precedes text for this Article.

*West Virginia:* Pre-1998 Article 9 in effect. Text for Article 9 precedes text for this Article.

*Wisconsin:* Pre-1998 Article 9 in effect. Text for Article 9 precedes text for this Article.

*Wyoming:* Pre-1998 Article 9 in effect. Text for Article 9 precedes text for this Article.

*Puerto Rico:* Pre-1998 Article 9 in effect. Text for Article 9 precedes text for this Article.

*Virgin Islands:* Pre-1998 Article 9 in effect. Text for Article 9 precedes text for this Article.

**Variations:** Listed below are those jurisdictions which have enacted [Rev] UCC § 9–516 in a form different than the Official Code, together with a description of each local variation.

None.

## [Rev] § 9–516:3.   Scope and suggestions.

This section covers what constitutes the filing of a financing statement or other record and what happens if the filing office refuses to accept a record. The type of records referred to by this section are financing statements, assignments, termination statements, continuation statements and other amendments to a financing statement.[1]

## [Rev] § 9–516:4.   What constitutes filing.

Filing of a financing statement or an amendment is deemed to have occurred in one of two situations. First, acceptance of the financing statement or of an amendment by the filing office constitutes filing.[2] This is the case even if the filing office has

---

[1] [Rev] UCC § 9–516 Official Comment 2.

[2] [Rev] UCC § 9–516(a) and Official Comment 2.

improperly accepted the financing statement or amendment because the tender fell into one of the reasons for refusal stated in [Rev] UCC § 9–516(b).[3]

A financing statement or amendment accepted for filing is effective if it provides the name of the debtor, the name of the secured party or its representative and indicates the collateral covered.[4] In the case of a real-property-related financing statement, the financing statement or amendment must also indicate that it is to be filed in the real property records and provide an adequate description of the property.[5]

Second, unless the filing office refuses to accept the financing statement or amendment for one of the reasons listed in [Rev] UCC § 9–516(b), communication of the financing statement or amendment to the filing office together with a tender of the appropriate filing fee constitutes filing.[6] The permissible reasons for rejection are discussed in the following section.

A record that is communicated to the filing office with tender of the filing fee, but which the filing office refuses to accept for a reason other than one set forth in [Rev] UCC § 9–516(b), is effective as a filed record.[7] However, not having been in fact filed, the tendered but unfiled financing statement does not give the public notice of the security interest.[8] As a result, the financing statement or amendment should not be effective against a person who was misled by the absence of the filed financing statement or amendment. For this reason, the financing statement or amendment is not effective as a purchaser of the collateral that gives value in reasonable reliance upon the absence of the record from the files.[9] A person can only reasonably rely upon the absence of a filed financing statement if the person has made a search under the debtor's name.[10]

---

[3] [Rev] UCC § 9–516, Official Comment 9; [Rev] UCC § 9–520(a).

[4] [Rev] UCC § 9–502(a) and UCC § 9–516, Official Comment 9.

[5] [Rev] UCC § 9–502(b) and UCC § 9–516, Official Comment 9.

[6] [Rev] UCC § 9–516(a) and Official Comment 2.

[7] [Rev] UCC § 9–516(d) and Official Comment 3.

[8] [Rev] UCC § 9–516, Official Comment 3.

[9] [Rev] UCC § 9–516(d) and Official Comment 3.

[10] [Rev] UCC § 9–516, Official Comment 3.

## [Rev] § 9–516:5.   Rightful rejection by filing office.

No filing occurs when the filing office rightfully rejects a filing for one of the reasons listed in [Rev] UCC § 9–516(b).[11] In the event that the filing office cannot read or decipher the information in the financing statement or amendment, the filing office may rightfully reject the filing whether or not it actually contained the necessary information.[12] In addition, where a purported amendment either fails to indicate that it is an amendment or to identify the initial financing statement to which it relates, the record is treated as an initial financing statement.[13]

The following are the justifiable reasons for the filing office to refuse to accept a financing statement or amendment.

First, the record is not communicated by a method or medium of communication authorized by the filing office.[14] This refers solely to the procedures relating to security, authentication, or other communication-related requirements which the filing office is authorized to impose under Revised Article 9. The filing office may not add substantive requirements that do not appear in Revised Article 9.[15]

Second, an amount equal to or greater than the applicable filing fee is not tendered.[16]

Third, the filing office is unable to index an initial financing statement because it does not provide a name for the debtor.[17]

Fourth, the filing office is unable to index an amendment or correction statement because the record either does not identify the initial financing statement as required or identifies an initial financing statement whose effectiveness has lapsed.[18]

Fifth, the filing office is unable to index an initial filing statement or an amendment because it cannot identify the debtor's last name.[19]

Sixth, the filing office is unable to index an initial financing statement or an amendment relating to a real property related

**NOTE**

---

[11] [Rev] UCC § 9–516(b).

[12] [Rev] UCC § 9–516(c)(1) and Official Comment 7.

[13] [Rev] UCC § 9–516(c)(2) and Official Comment 8.

[14] [Rev] UCC § 9–516(b)(1).

[15] [Rev] UCC § 9–516, Official Comment 4; [Rev] UCC § 9–520, Official Comment 2.

[16] [Rev] UCC § 9–516(b)(2).

[17] [Rev] UCC § 9–516(b)(3)(A).

[18] [Rev] UCC § 9–516(b)(3)(B).

[19] [Rev] UCC § 9–516(b)(3)(C) and Official Comment 6.

filing because the financing statement or amendment does not provide a sufficient description of the real property to which it relates.[20]

Seventh, in the case of an initial financing statement or an amendment that adds a secured party of record, the record does not provide a name and mailing address for the secured party of record.[21] Even though the lack of a mailing address for the secured party of record constitutes grounds for rejecting an initial financing statement, the failure does not make the financing statement ineffective.[22] As a result, if the filing office, in fact, accepts the financing statement or amendment despite the omission, the filed financing statement will be effective.

There are dangers to a secured party in not listing its address. Whatever address is listed on the financing statement for the secured party is one that the secured party holds out as the place where it may be notified.[23] As a result, any notice sent to the listed address will deemed to have been received by the secured party even if it is not actually received by her.

Eighth, in the case of an initial financing statement or an amendment that provides a name of a debtor which was not previously provided in the financing statement to which the amendment relates, the record does not: (A) provide a mailing address for the debtor; (B) indicate whether the debtor is an individual or an organization; or (C) if the financing statement indicates that the debtor is an organization, provide: (i) a type of organization for the debtor; (ii) a jurisdiction of organization for the debtor; or (iii) an organizational identification number for the debtor or indicate that the debtor has none.[24]

Ninth, in the case of an assignment reflected in an initial financing statement[25] or in an amendment,[26] the record does not provide a name and mailing address for the assignee.[27]

---

[20] [Rev] UCC § 9-516(b)(3)(D).

[21] [Rev] UCC § 9-516(b)(4) and Official Comment 5.

[22] [Rev] UCC § 9-516, Official Comment 5.

[23] [Rev] UCC § 9-516, Official Comment 5.

[24] [Rev] UCC § 9-516(b)(5).

[25] [Rev] UCC § 9-514(a).

[26] [Rev] UCC § 9-514(b).

[27] [Rev] UCC § 9-516(b)(6).

Finally, in the case of a continuation statement, the record is not filed within the prescribed six-month period.[28]

## [Rev] UCC § 9–517. Effect of Indexing Errors.

**The failure of the filing office to index a record correctly does not affect the effectiveness of the filed record.**

| | |
|---|---|
| [Rev] § 9–517:1. | Official Code Comment. |
| [Rev] § 9–517:2. | Local Statutory Citations and Variations. |
| [Rev] § 9–517:3. | Scope and suggestions. |
| [Rev] § 9–517:4. | Effect of indexing error. |

## [Rev] § 9–517:1. Official Code Comment.

1. **Source.** New.

2. **Effectiveness of Mis-Indexed Records.** This section provides that the filing office's error in mis-indexing a record does not render ineffective an otherwise effective record. As did former Section 9–401, this section imposes the risk of filing-office error on those who search the files rather than on those who file.

## [Rev] § 9–517:2. Local Statutory Citations and Variations.

[Rev] UCC § 9–517 is cited locally as follows:

*Alabama:* Pre-1998 Article 9 in effect. Text for Article 9 precedes text for this Article.

*Alaska:* Pre-1998 Article 9 in effect. Text for Article 9 precedes text for this Article.

*Arizona:* Ariz Rev Stat Ann § 47–9517.

*Arkansas:* Pre-1998 Article 9 in effect. Text for Article 9 precedes text for this Article.

*California:* Pre-1998 Article 9 in effect. Text for Article 9 precedes text for this Article.

*Colorado:* Pre-1998 Article 9 in effect. Text for Article 9 precedes text for this Article.

*Connecticut:* Pre-1998 Article 9 in effect. Text for Article 9 precedes text for this Article.

*Delaware:* Pre-1998 Article 9 in effect. Text for Article 9 precedes text for this Article.

*District of Columbia:* Pre-1998 Article 9 in effect. Text for Article 9 precedes text for this Article.

*Florida:* Pre-1998 Article 9 in effect. Text for Article 9 precedes text for this Article.

*Georgia:* Pre-1998 Article 9 in effect. Text for Article 9 precedes text for this Article.

---

[28] [Rev] UCC § 9–516(b)(7). The period within which a continuation statement must be filed is prescribed by [Rev] UCC § 9–515(d).

"The United States Code, Title 28, (Chapter 176) Section 3002(15)(a,b,&c) explains it very well," he says. "THE UNITED STATES OF AMERICA" – note the capital letters – "is a corporation and all the departments are corporate departments. The UNITED STATES means a corporation of the DISTRICT OF COLUMBIA established by action of Congress February 21, 1871, as Section 34 of the Acts of the Forty-First Congress, Session III, Chapters 61 and 62, entitled 'An Act to Provide a Government for the District of Columbia.' The Act provided that the Military Congress of the UNITED STATES has the power to pass private international law for application within the DISTRICT OF COLUMBIA.

# STEP III: THE UCC-1

AT THIS POINT we're ready to file our UCC-1 Financing Statement. Before we get into it, however, it should be noted that the UCC-1 is one of the few (actually we know of no other) contracts in the world that can not be broken, and the power of this document is nothing short of awesome. That having been said, let's move on.

The UCC-1 is the document that gives you control of the Strawman, the Debtor, and makes you the Secured Party of the Debtor. You will be the holder in due course of the Strawman and ALL ITEMS THAT YOU FILE ON THE UCC-1 AND ALL SUBSEQUENT UCC-3's.

Just as important, is the fact that once you become the holder in due course -the Secured Party of the Debtor -no one, private or governmental, can come against you, the real man or woman, using (through) the Strawman. You will have broken the connection that fictional government had to the real you -the living man or woman. You will be FREE!

The UCC-1 form varies in layout and format from state to state. The information required to complete the form, however, is the same (with minor exceptions) on all forms ... including the National form.

> NOTE: Some states do not accept the National form. If it is your intent to use the National form you should check with the Secretary of State's office in the state in which you intend to file. You can also write or call the Secretary of State's office and ask that they send you the forms you desire. They should be free of charge. You can also get the forms (usually) at most office supply stores. Now, on with the UCC-1.

The sample UCC-1 that we have provided is South Carolina's Form The various sections on the form require accurate information. Please pay close attention to the spelling (no initials in certain sections) , the arrangement of words (as with the Debtor, last name first) and/or the case (UPPER or lower) used. An example would be the name of the Strawman in the Debtor section -ALL CAPS, and last name first. THIS IS IMPORTANT.

Our SAMPLE UCC-1 was completed as follows (yours will vary depending on the State you are filing in).

SECTION: "**DEBTOR #1**" Enter the Strawman as Debtor. Enter the name in ALL CAPS and put the LAST NAME FIRST. Remember, this is not YOU. It is the *fictional*, government created person with a name similar to yours. It is the Strawman. After the name, put "or any derivative thereof". (This covers all forms of the Debtor's name.) Enter the address for the Debtor/Strawman. This will be in the federal zone, so DO NOT use c/o and DO abbreviate the state, i.e. OR, PA, FL, KS, CA, etc..

Enter your social security number. This is actually the social security number of the Strawman, so use the hyphens.

SECTION: **"NAME AND ADDRESS OF SECURED PARTY"**. Enter YOUR name as the Secured Party. This will be your FULL name, with NO initials and use Upper And Lower Case Letters. Enter YOUR address, using the same international format as was used on the Non-negotiable Charge Back and Bill of Exchange. You want the difference between the Strawman and you to be as great, and as obvious, as possible.

SECTION: **"DEBTOR'S SIGNATURE"**.  Sign as the debtor is block print. Example JOHN. H. DOE, DEBTOR.

In same section, it asks if Debtor is a "transmitting Utility'. Put "YES".

Section: **"DESCRIPTION OF COLLATERAL"**. This is the section in which you will enter the collateral that you as the Secured party are claiming from the debtor. On the UCC-1 you enter the Social Security and birth certificate numbers for your strawman. (All other information such as your spouse, children, driver's license, property etc... will go on to a UCC-3.) This section should read as follows:

The above named secured party, employer identification _____ (S.S.#) and _____ (BIRTH CERT NUMBER) a living soul, hereby secures the rights, interest and title in birth certificate number _____ (BIRTH CERT NUMBER) as received by the _____ (YOUR STATE ALL CAPITALS) DEPARTMENT OF HEALTH AND WELFARE (Division of Vital Statistics) and the pledge represented by same included but not limited to, the pignus, hypotheca, hereditments, res, the energy and all products derived therefrom, but not limited to the all capitalized name ***SAMPLE***: JOHN DOE, H. DOE, DOE.JOHN, J.D. or any derivative thereof, and all contracts, all signatures and agreements predicated on the "STRAW MAN" described above as the debtor.


**NOTE:** DO NOT LIST ANYTHING ELSE IN THIS SECTION OF THE UCC-1. All other additions will be made at a later time, with the use of a UCC-3.

SECTION: **"RETURN ACKNOWLEDGEMENT COPY TO"**.  The same as the Secured Party information.

This completes the UCC-1. Mail it, with the proper fee, to the Secretary of State, UCC Division. If necessary, call your UCC office for the correct address.

**PLEASE TYPE OR PRINT LEGIBLY**

| 1 | FINANCING STATEMENT -- FORM UCC-1<br>STATE OF SOUTH CAROLINA<br>OFFICE OF SECRETARY OF STATE JIM MILES | FOR OFFICE USE ONLY |
|---|---|---|

**Debtor #1 (Last Name, First, Middle, Mailing Address)**

DOE, JOHN H. *or any derivative thereof*
123 EAST MAIN ST.
ANYTOWN, YS 11111

Tax ID/Social Security Number (optional): __ 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 __

**Debtor #2 (Last Name, First, Middle, Mailing Address)**

Tax ID/Social Security Number (optional): _____

**Debtor #3 (Last Name, First, Middle, Mailing Address)**

Tax ID/Social Security Number (optional): _____

**Name and Address of Secured Party**

John-Henry; Doe
c/o 123 East Main Street
near [11111]
Anytown, Your State

---

**Debtors signature, or in cases below, Secured Party signature:**

*JOHN H DOE, DEBTOR*

_____

_____

Is the debtor a transmitting utility as defined by §36-9-105(n)? YES

Signature of Secured Party instead of Debtor is permissible when:

- ☐ Collateral was subject to a security interest perfected by filing a financing statement in another state when brought into South Carolina.
- ☐ Debtor's location has been changed to South Carolina.
- ☐ Additional filing is necessary to obtain a security interest in certain types of proceeds (See §36-9-306 (3))
- ☐ The filing as to the collateral has lapsed
- ☐ The debtor's name, identity or corporate structure has changed (See §36-9-402(3))

**Assignee and Address:**

If applicable, describe real estate and, unless the collateral is crops, name the record owner if the debtor does not have an interest of record in the real estate, and this statement shall be filed in the real estate records. The below described collateral includes:

[.] crops  ☐ fixtures  ☐ standing timber  ☐ minerals or accounts arising from minerals

Description of the real estate: _____

**TERMINATION STATEMENT:** This Statement of Termination of Financing is presented to a Filing Officer for filing pursuant to the Uniform Commercial Code. The Secured Party certifies that the Secured Party no longer claims a security interest under the financing statement bearing the file number shown below.

Name and Title of Secured Party _____

Signature of Secured Party/Assignee of Record _____ Date ____

---

**Description of Collateral:** ☑ Check if products of collateral are also covered.

The above named secured party, employer identification 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 and 123456789 a living soul, hereby secures the rights, interest and title in birth certificate number 123456789 as received by the YOUR STATE DEPARTMENT OF HEALTH AND WELFARE (Division of Vital Statistics) and the pledge represented by same included but not limited to, the pignus, hypotheca, hereditments, res, the energy and all products derived therefrom, but not limited to the all capitalized name JOHN DOE, H. DOE, DOE,JOHN, JOHN HENRY DOE, J.D. or any derivative thereof, and all contracts, all signatures and agreement, predicated on the "STRAW MAN" described above as the debtor.

**Return Acknowledgement Copy to:**

John-Henry; Doe
c/o 123 East Main Street
near [11111]
Anytown, Your State

**FORM REQUIREMENTS**

1. Except for pre-paid account users, enclose filing fee of $8.00
2. Each additional debtor name is $2.00. Additional pages $2.00.
3. For Pre-Paid Sec. of State Accounts:
   Acct. #: _____  Client #: _____
   Amount: $ _____
4. UCC-1s must be typed.  5. Signatures in black ink only.
6. Form must be accompanied by a self-addressed stamped envelope.

**FOR FILING OFFICE USE - DO NOT WRITE BELOW THIS LINE**
Format: YYMMDD-HHMMSS
From Revised 9/1/91

## IV. EDITORIAL COMMENTS: LIFE AFTER FILING UCC-1 AND SECRETARY OF THE TREASURY DOCUMENTS.

A. Establish a filing system through which you can keep all filings separate, available, and in sequence. These documents are now among the most crucial and important in your life. Once you "capture your straw man" you have rebutted completely and permanently the foundational presumption of the system's claim on you. This leaves the system with no basis for asserting any claim on you, *i.e.*, it sets you free. Keep copies of every filing you make in chronological order, as they are filed, so your entire set of filings is coherent, together in one place, and accessible.

B. After your initial filing to each, the UCC filing office and the Treasury are legally your servants, *i.e.* employees. They are no longer your master. The Secretary of State becomes your personal Commercial Secretary. You register privately in the Commercial Registry everything you wish to be known to the world, and it is recognized by the system as your exclusive, secured property, and against which no one else can "state a claim upon which relief can be granted." You can add, amend, and delete anything in your file whatsoever, according to your sole discretion. If you make a mistake in a filing, simply file a UCC-3 Change Statement and correct the error. If you acquire a new possession (whether a tangible item, such as a car, or a document, or a certified copy of a court docket sheet), add it to your secured property. Whenever you part with anything you own, by any means, you must file a UCC-3 Partial Release, removing that item from the list of your possessions. Until you officially release something it remains yours, no matter how many times it might be "sold" or "given away."

C. The Secretary of State is also your Commercial Banker since he/she is the highest banker in the State, holding all corporations on the public side and the UCC on the private side (only a real being can file as Secured Party).[1] If you add an asset in the Commercial Registry such as an IRS Lien to you (which is a credit/asset to you for the amount of the Lien and not a liability/debt as it was before you were free), the Secretary of State holds in his/her bank that amount for you on account, which can be used to pay other administrative agencies, bank mortgages, etc.

D. After Redemption, the entire way you function in life should change. First of all, matters are simplified by realizing that the supreme law is the UCC and the filings you place in the Commercial Registry. All the rest is subordinate to, and derived from, the UCC and your UCC filings. You should manage your affairs from that position of mastery.

---

[1] The fact that only a real being can file a claim and be a Secured Party on a UCC-1 Financing Statement is the dagger through the heart of the system once you know how to manage your affairs. Most people who get tripped up have fallen for the judge's tricks. The most advisable course of action in this regard is to avoid going to court by handling all matters in a non-negotiable manner prior to the necessity of any appearance in court. The government and all its agencies are abstractions, *i.e.* "straw men," as are attorneys in their capacity of being attorneys. All complaints must be issued against straw men, and all courts are for straw men exclusively and cannot accommodate real people. No attorney can bring a non-negotiable matter into court, nor can a judge deal with one. Courts, attorneys, and judges are restricted to public business. Since it is impossible for the public, *i.e.* government, to state a claim, they have been foreclosed forever from the possibility of acting against you after you have filed your UCC-1 as the Secured Party and your straw man the DEBTOR on which you now have exclusive and indisputable claim.

E. The best way to deal with problems is to eliminate them before they can occur. To this end, you can send your appropriate UCC filings to any aspect or agency of the system that you think is, or might be or become, adverse to your interests or a threat to your person or property in any way. At this point, the recipient is not only constructively, but actually, noticed of your superior/exclusive claim and foreclosed from instigating any charge or complaint against you for want of possession of any claim granting authority to do so. As an example of this, a man who received a Notice of Levy from the IRS in the amount of $7,500, stating that his bank account(s) would be levied, showed his UCC-1 filing and related documents to his banker. The banker (*after conferring with the bank president*) said, very reverently, "Mr. Jones, please be assured that this bank will not remove a single cent from your accounts for any reason." By providing a government agency with a copy of your UCC filings you notice them that any actions taken against you thereafter will be willful and will render the trespasser liable in his/her personal, non-official capacity. Remember that the system and all its courts are <u>public</u>, whereas you and all your property are <u>private</u> and not accessible by public parties. Some people have prepared signs or stickers stating: "PRIVATE PROPERTY FOR PRIVATE USE ONLY-DO NOT TRESPASS." These can be posted on your house, car, etc., to deter any "law-enforcement" types from acting against that which is so-posted, since police can deal only with public matters and public offenses, not private. Remember, no attorney can bring any private, non-negotiable matter into the courts, because they are set up for public business only.

F. The most important thing to remember is that through the Redemption process you reclaim your birthright and standing in law as a sovereign. You are now the master of your own life, and wholly responsible for yourself, your actions, and what happens to you. This means there is no more system to blame, take care of you, or pick up the pieces if you act irresponsibly. Freedom, like everything, is a double-edged sword. So good advice might be:

1. Confirm your own morals, ethics, and principles and do not depart from them. You have no one to fool but yourself.

2. You are limited only by your own considerations. Speak your mind, and notice people and the system of what you want them to know. Of crucial importance is one of the cardinal commercial maxims: "A matter must be expressed to be resolved." Since you are the only one who can decide and speak for yourself, either you proclaim your position and state your claim, or it is not done. You are as sovereign as you know yourself to be.

# STEP IV: *THE UCC-3*

AT THIS POINT you have already filed your UCC-1 Financing Statement and have received the confirmation and assigned number.

The UCC-3 is the form to use to continue, release or amend the filed UCC-1 and also stays in effect, as does the UCC-1. At this time, for the purposes of this process, you will be using the UCC-3 to amend your filed UCC-1.

This is the document that you will include, as collateral, the rest of the Strawman's property. You should file this document as soon as possible after you have received the confirmation and number.

On The UCC-3 is where you will list your spouse and any minor children (if applicable). As well as your Driver's License, marriage licenses and any other licenses or governmental memberships, cards or affiliations. You will also include ALL property that is or can be identified by a number. Some examples are a vehicle Certificate Of Title Number, Vehicle Identification number (*VIN*), Land Patent Number, Warranty Deed number, etc. All property not identified by a number (*most household goods*) can be identified by assigning each piece of property a number and attaching that number to it. For example: Kitchen table, #K01234. A sticker could be placed on the underside of the table with that number on it. Be sure to keep a list with all corresponding numbers.

Just as with the UCC-1, the UCC-3 form also varies in layout and format from state to state. The information required to complete the form, however, is the same (*with minor exceptions*) on all forms ... including the National form.

> NOTE: Some states do not accept the National form. If it is your intent to use the National form you should check with the Secretary of State's office in the state in which you intend to file. You can also write or call the Secretary of State's office and ask that they send you the forms you desire. They should be free of charge. You can also get the forms (*usually*) at most office supply stores. Now, on with the UCC-3.

We have used the South Carolina form as a sample of how to complete a UCC-3. It is vital that you understand that your State's form will not look like this. However, it will basically ask for the same type of information. The various sections on the form require

accurate information. Please pay close attention to the spelling (*no initials in certain sections*), the arrangement of words (*as with the Debtor, last name first*) and/or the case (*UPPER or lower*) used. An example would be the name of the Strawman in the Debtor section -ALL CAPS, and last name first. THIS IS IMPORTANT.

To complete the UCC-3, enter the following information.

SECTION: "**DEBTOR #1**" Enter the Strawman as Debtor exactly as you did on your UCC-1. Enter the name in ALL CAPS and put the LAST NAME FIRST. Remember, this is not YOU. It is the *fictional*, government created person with a name similar to yours. It is the Strawman. After the name, put "or any derivative thereof". (This covers all forms of the Debtor's name.) Enter the address for the Debtor/Strawman. This will be in the federal zone, so DO NOT use c/o and DO abbreviate the state, i.e. OR, PA, FL, KS, CA, etc..

Enter your social security number. This is actually the social security number of the Strawman, so use the hyphens.

SECTION: "**NAME AND ADDRESS OF SECURED PARTY**". Enter YOUR name as the Secured Party exactly as you did on your UCC-1. This will be your FULL name, with NO initials and use Upper And Lower Case Letters. Enter YOUR address, using the same international format as was used on the Non-negotiable Chargeback and Bill of Exchange. You want the difference between the Strawman and you to be as great, and as obvious, as possible.

SECTION: "**UCC-1 FINANCING STATEMENT FILE NUMBER**". List the file number that the State gave you for your UCC-1.

Mark which box is applicable. In this case it is an **AMENDMENT**. As you are adding new information i.e. amending.

Section: "**ADDITIONAL INFORMATION**". This is the section in which you will enter the additional collateral that you as the Secured party are claiming from the debtor, such as your spouse, children, driver's license, property etc... This section should read as follows (but made applicable to you):

This is the entry of the Debtor(s) in the Commercial Registry as a transmitting utility and the following property is hereby registered in the same. Certificate of Birth #555541544XXX; Certificate of Birth #4444444424XXX; TX Driver's License #40404040404; TX Driver's License #5050505050; Employer Identification # 555555555; Employer Identification # 444444444; Marriage License #A4A4A4A4A4BBB; Hewlett Packard desktop computer systems Serial #457878787878;. All property is accepted for value and is exempt from levy. Adjustment of the filing is from Public Policy HJR-192 and UCC 10-104. All proceeds, products, accounts, and fixtures and the orders therefrom are released to the debtor.

SECTION: **"RETURN ACKNOWLEDGEMENT COPY TO"**.    The same as the Secured Party information.

This completes the UCC-3. Mail it, with the proper fee, to the Secretary of State, UCC Division. If necessary, call your UCC office for the correct address.

## PLEASE TYPE OR PRINT LEGIBLY

| | |
|---|---|
| **FORM UCC-3**<br>**STATE OF SOUTH CAROLINA**<br>**OFFICE OF SECRETARY OF STATE JIM MILES** | **FOR OFFICE USE ONLY** |

Debtor #1 (Last Name, First, Middle, Mailing Address)

**DOE, JOHN H.** or any derivative thereof
**123 EAST MAIN ST.**
**ANYTOWN, YS 11111**

Tax ID/Social Security Number (optional):    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

Debtor #2 (Last Name, First, Middle, Mailing Address)



Tax ID/Social Security Number (optional): _____

Debtor #3 (Last Name, First, Middle, Mailing Address)




Tax ID/Social Security Number (optional): _____

**Name and Address of Secured Party**

John-Henry; Doe
c/o 123 Eat Main Street
near [11111]
Anytown, Your State

This statement refers to UCC-1 financing statement number
1211000680452 filed on
12/11 #00

- ☐ **CONTINUATION.** The original financing statement bearing file number shown above is still effective.
- ☐ **TERMINATION.** Secured party no longer claims a security interest under the financing statement bearing file number shown above.
- ☐ **ASSIGNMENT.** The secured party's right under the financing statement bearing file number shown above has been assigned to the assignee shown above.
- ☒ **AMENDMENT.** Financing statement bearing file number shown above is amended as set forth below.
- ☐ **PARTIAL RELEASE.** Secured party releases the collateral described below from the financing statement bearing the file number shown above.

**Assignee and Address:**



**Name and Title of Secured Party**


**Signature of Secured Party/Assignee of Record**    **Date**


**Signature(s) of Debtor(s) (only on amendment)**

**Additional Information:**

This is the entry of the Debtor(s) in the Commercial Registry as a transmitting utility and the following property is hereby registered in the same. Certificate of Birth #555541544XXX; Certificate of Birth #4444444424XXX; TX Driver's License #40404040404; TX Driver's License #5050505050; Employer Identification # 555555555; Employer Identification # 444444444; Marriage License #A4A4A4A4A4BBB; Hewlett Packard desktop computer systems Serial #457878787878;. All property is accepted for value and is exempt from levy. Adjustment of the filing is from Public Policy HJR-192 and UCC 10-104. All proceeds, products, accounts, and fixtures and the orders therefrom are released to the debtor.

| | |
|---|---|
| Return Acknowledgement Copy to:<br><br>John-Henry; Doe<br>c/o 123 Eat Main Street<br>near [11111]<br>Anytown, Your State | **FORM REQUIREMENTS**<br>1. Except for pre-paid account users, enclose filing fee of $8.00<br>2. Each additional debtor name is $2.00. Additional pages $2.00.<br><br>3. For Pre-Paid Sec. of State Accounts:<br><br>   Acct. #: _____ Client #: _____<br><br>   Amount: $ _____<br>4. UCC-1s must be typed.  5. Signatures in black ink only.<br>6. Form must be accompanied by a self-addressed stamped envelope. |

FOR FILING OFFICE USE - DO NOT WRITE BELOW THIS LINE
Format: YYMMDD-HHSS
Form Revised 3/1/96