IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 6:08-cv-03760-GRA |
| | ) | |
| JOHN HOWARD ALEXANDER, a/k/a | ) | |
| HOWARD IRA SMALL, INDIVIDUALLY | ) | |
| and AS TRUSTEE OF THE ALEXANDER | ) | |
| FAMILY TRUST | ) | |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF JAMES C. STRONG**

1. I am a trial attorney with the Tax Division at the Department of Justice, representing the United States in this action. I was admitted *pro hac vice* to this Court on November 21, 2008. (Doc. # 6).

2. Attached to this Declaration is a true and correct copy of the deposition transcript of John Howard Alexander, taken on July 27, 2009.

3. Attached to this Declaration is a true and correct copy of the deposition transcript of Heather Ferguson, taken on July 27, 2009.

4. Attached to this Declaration as Exhibit 2 is a true and correct copy of a document entitled Mortgage of Real Estate, filed on October 16, 2003 in Greenville County, South Carolina.

5. Attached to this Declaration as Exhibit 3 is a true and correct copy of a document entitled Mortgage of Real Estate, filed on July 27, 2006 in Greenville County, South Carolina.

6. Attached to this Declaration as Exhibit 4 is a true and correct copy of a document entitled Title to Real Estate, filed on October 16, 2003 in Greenville County, South Carolina.

7. Attached to this Declaration as Exhibit 5 is a true and correct copy of a document entitled "Your Privacy and Asset Accumulation Guide – by FTG Version 10/00." The document was attached to the deposition of John Howard Alexander as Plaintiff's Deposition Exhibit 15.

8. Attached to this Declaration as Exhibit 6 is a true and correct copy of a separate document entitled "Your Privacy and Asset Accumulation Guide – by FTG Version 10/00." The document was attached to the deposition of John Howard Alexander as Plaintiff's Deposition Exhibit 16.

9. Attached to this Declaration as Exhibit 7 is a true and correct copy of a document entitled "Family Trust." The document was attached to the deposition of John Howard Alexander as Plaintiff's Deposition Exhibit 17.

10. Attached to this Declaration as Exhibit 8 is a true and correct copy of a document entitled "Management Trust." The document was attached to the deposition of John Howard Alexander as Plaintiff's Deposition Exhibit 18.

11. Attached to this Declaration as Exhibit 9 is a true and correct copy of a document entitled "Banking Trusts." The document was attached to the deposition of John Howard Alexander as Plaintiff's Deposition Exhibit 20.

12. Attached to this Declaration as Exhibit 10 is a true and correct copy of a document entitled "Holding Trusts." The document was attached to the deposition of John Howard Alexander as Plaintiff's Deposition Exhibit 19.

13. Attached to this Declaration as Exhibit 11 is a true and correct copy of a document that is a Table of Contents for "Aware Management Administrative Trusts." The document was attached to the deposition of John Howard Alexander as Plaintiff's Deposition Exhibit 22.

14. Attached to this Declaration as Exhibit 12 is a true and correct copy of a newsletter entitled "Aware American" and dated September 1996. The document was attached to the deposition of John Howard Alexander as Plaintiff's Deposition Exhibit 23.

15. Attached to this Declaration as Exhibit 13 is a true and correct copy of a document entitled "The Aware Group's Referral Program." The document was attached to the deposition of John Howard Alexander as Plaintiff's Deposition Exhibit 8.

16. Attached to this Declaration as Exhibit 14 is a true and correct copy of a document entitled "Getting Started." The document was attached to the deposition of John Howard Alexander as Plaintiff's Deposition Exhibit 13.

17. Attached to this Declaration as Exhibits A-F are true and correct copies of IRS Forms 4340, Certificate of Assessments reflecting the assessments made against John Howard Alexander for unpaid income taxes for Tax Years 1990-1995.

18. Attached to this Declaration as Exhibits G-K are true and correct copies of IRS Forms 4340, Certificate of Assessments reflecting the assessments made against John Howard Alexander for civil penalties under 26 U.S.C. § 6700 for Tax Years 2000-2004.

19. Attached to this Declaration as Exhibit L is a true and correct copy of a Notice of Deficiency issued to John Howard Alexander on May 20, 1998.

20. Attached to this Declaration as Exhibit M is a true and correct copy of a Notice of Federal Tax Lien filed in Greenville County, South Carolina on February 17, 2005.

21. Attached to this Declaration as Exhibit N is a true and correct copy of an Amended Notice of Federal Tax Lien filed in Greenville County, South Carolina on June 4, 2008.

22. Attached to this Declaration as Exhibit O is a true and correct copy of a Notice of Federal Tax Lien filed in Greenville County, South Carolina on October 1, 2007.

23. Attached to this Declaration as Exhibit P is a true and correct copy of a Notice of Federal Tax Lien filed in Greenville County, South Carolina on October 22, 2007.

24. Attached to this Declaration as Exhibit Q is a true and correct copy of a Notice of Federal Tax Lien filed in Greenville County, South Carolina on May 20, 2008.

25. Attached to this Declaration is a true and correct copy of the Court's unpublished opinion in *Noske v. United States*, 1993 WL 78311 (D. Minn. Jan. 14, 1993).

26. Attached to this Declaration is a true and correct copy of the Court's unpublished opinion in *United States v. Kahn*, 2004 WL 1089116 (M.D. Fla. Mar. 30, 2004).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 25, 2009.

JAMES C. STRONG

GOVERNMENT
EXHIBIT

L-1

**Internal Revenue Service**
**District Director**

**Department of the Treasury**

Date: **MAY 2 0 1998**     FILE COPY

Social Security or
Employer Identification Number:
███████-1186

John Howard Alexander
████████████████████████
Encinitas, CA  92024-2867

Tax Year Ended and Deficiency:
  *See Below
Person to Contact:
  NOTICES CLERK
Contact Telephone Number:
  (949) 360-2263 (Not Toll Free)

Penalty Section(s)
------------------
6651(a)(1)      6654
  $1,129.50      $295.81
  $1,164.00      $266.07
  $1,231.25      $214.80
  $1,226.50      $205.56
  $1,255.00      $260.50
  $1,250.25      $271.17

| *Tax Year Ended | Deficiency |
|---|---|
| December 31, 1990 | $4,518.00 |
| December 31, 1991 | $4,656.00 |
| December 31, 1992 | $4,925.00 |
| December 31, 1993 | $4,906.00 |
| December 31, 1994 | $5,020.00 |
| December 31, 1995 | $5,001.00 |

Dear Taxpayer:

## --NOTICE OF DEFICIENCY--

   We have determined that you owe additional tax or other amounts, or both,
for the tax year(s) identified above.  This letter is your NOTICE OF DEFICIENCY,
as required by law.  The enclosed statement shows how we figured the deficiency.

   If you want to contest this determination in court before making any pay-
ment, you have 90 days from the date of this letter (150 days if addressed
outside the United States) to file a petition with the United States Tax Court
for a redetermination of the deficiency.  You can get a copy of the rules for
filing a petition and a petition form you can use by writing to the address
below.

                    United States Tax Court
                    400 Second Street, NW
                    Washington, DC  20217

   Send the completed petition, a copy of this letter, and copies of all
statements and/or schedules you received with this letter to the Tax Court at
the same address above.  The Court cannot consider your case if the petition is
filed late.  The petition is considered timely filed if the postmark date falls
within the prescribed 90 or 150 day period and the envelope containing the
petition is properly addressed with the correct postage.

   The time you have to file a petition with the court (90 or 150 days as the
case may be) is set by law and cannot be extended or suspended.  Thus, contacting
the Internal Revenue Service (IRS) for more information, or receiving other
correspondence from the IRS, won't change the period for filing a petition with
the Tax Court.

   If this letter is addressed to both husband and wife, and both want to
petition the Tax Court, both must sign and file the petition or each must file
a separate, signed petition.  If more than one tax year is shown above, you may
file one petition form showing all of the years you are contesting.

(continued next page)

The Tax Court Has a simplified procedure for small tax cases when the amount in dispute is $10,000 or less for any one tax year. You can get information about this procedure, as well as a petition form, by writing to the Tax Court at the address in the paragraph above. You should write promptly if you intend to file a petition with the Court.

You may represent yourself before the Tax Court or you may be represented by anyone admitted to practice before the Tax Court.

If you decide not to file a petition with the Tax Court, please sign and return the enclosed waiver form. This will permit us to assess the deficiency quickly and can help limit the accumulation of interest.

If you decide not to sign and return the waiver, and you do not file a petition with the Tax Court, within the time limit, the law requires us to assess and bill you for the deficiency after 90 days from the date of this letter (150 days if this letter is addressed to you outside the United States).

Note: If you are a C-corporation, Section 6621(c) of the Internal Revenue Code requires that we charge an interest rate of two percent higher than the normal rate on large corporate underpayments of $100,000 or more.

If you have any questions about this letter, you may write to the person whose name and IRS address are shown on the front of this letter. If you write, please include your telephone number, the best time for us to call you if we need more information, and a copy of this letter to help us identify your account. Keep the original letter for your records.

If you prefer, you may call the contact person at the telephone number on the front page of this letter. If this number is outside your local calling area, there will be a long distance charge to you. You may call the IRS telephone number listed in your local directory. An IRS employee there may be able to help you, but the person at our address shown on this letter is most familiar with your case.

Thank you for your cooperation.

Sincerely,

Commissioner
By

Enclosures:
Explanation of tax changes
Waiver

Marilyn A. Soulsburg
District Director

P.O. Box 30218, Laguna Niguel, CA  92607-0218          Letter 531 (Rev.9-96)
Case # 286369    CONTROL   TT

E:30 Day    Southern California District      ALEXANDER,JOHN HOWARD

---

Form 5564  | Department of the Treasury - Internal Revenue Service  .| Symbols
(Rev. 6-92)|         NOTICE OF DEFICIENCY - WAIVER              | DO:33:E:90-Day:eorp

---

Name and Address of Taxpayer(s)

   John Howard Alexander

   █████████████████████

   Encinitas, CA  92024-2867                    TIN: ████-1186

---

Kind of Tax | [ ] Copy to Authorized Representative

  INCOME   |

---

|                    | DEFICIENCY | |
| Tax Year Ended | Tax Increase | Penalties |
| --- | --- | --- | --- |
| | | 6651(a)(1)    6654 | |
| December 31, 1990 | $4,518.00 | $1,129.50 | $295.81 |
| December 31, 1991 | $4,656.00 | $1,164.00 | $266.07 |
| December 31, 1992 | $4,925.00 | $1,231.25 | $214.80 |
| December 31, 1993 | $4,906.00 | $1,226.50 | $205.56 |
| December 31, 1994 | $5,020.00 | $1,255.00 | $260.50 |
| December 31, 1995 | $5,001.00 | $1,250.25 | $271.17 |
| Total(s) | $29,026.00 | $7,256.50 | $1,513.91 |

  I consent to the immediate assessment and collection of the deficiencies (increase in tax and penalties) shown above, plus any interest.  Also I waive the requirement under section 6532(a)(1) of the Internal Revenue Code that a notice of claim disallowance be sent to me by certified mail for any overpayment shown on the attached report.

  I understand that the filing of this waiver is irrevocable and it will begin the 2-year period for filing suit for refund of the claims disallowed as if the notice of disallowance had been sent by certified or registered mail.

---

| Signatures | | Date |
| --- | --- | --- |
| | | Date |
| | By | Title | Date |

---

NOTE: If you consent to the assessment of the deficiencies shown in this waiver, please sign and return this form to limit the interest charge and expedite our bill to you.  Please do not sign and return any prior notices you may have received.  Your consent signature is required on this waiver, even if fully paid.

  Your consent will not prevent you from filing a claim for refund (after you have paid the tax) if you later believe you are so entitled; nor prevent us from later determining, if necessary, that you owe additional tax; nor extend the time provided by law for either action.

  If you later file a claim and the Service disallows it, you may file suit for refund in a District Court or in the United States Court of Federal Claims, but you may not file a petition with the United States Tax Court.

WHO MUST SIGN: If you filed jointly, both you and your spouse must sign.  Your attorney or agent may sign this waiver provided that action is specifically authorized by a power of attorney which, if not previously filed, must accompany this form.

  If this waiver is signed by a person acting in a fiduciary capacity (for example, an executor, administrator, or a trustee), Form 56, Notice Concerning Fiduciary Relationship, should, unless previously filed, accompany this form.

---

  If you agree, please sign and return this form; keep one copy for your records.

---

Case # 286369 CONTROL  TT                                    Form 5564 (Rev. 6-92)

Department of the Treasury – Internal Revenue Service
Income Tax Examination Changes

| Name and Address of Taxpayer | SS or EI Number: ▮-1186 | | Return Form No. 1040 |
|---|---|---|---|
| ALEXANDER, JOHN HOWARD ▮▮▮▮ ENCINITAS          CA  92024-2867 | Person with whom examination changes were discussed | Name and Title | |

| 1. Adjustments to Income | Tax Year End 12/31/90 | Tax Year End 12/31/91 | Tax Year End 12/31/92 |
|---|---|---|---|
| A. 1099 INCOME | $ | $ | $        1,059.00 |
| B. EXEMPTIONS | (2,050.00) | (2,150.00) | (2,300.00) |
| C. INTEREST | 14.00 | 15.00 | |
| D. OTHER INCOME | 18,205.00 | 19,547.00 | 19,652.00 |
| E. SE AGI ADJUSTMENT | (1,286.00) | (1,381.00) | (1,463.00) |
| F. STANDARD DEDUCTION | (3,250.00) | (3,400.00) | (3,600.00) |
| G. WAGES | 1,342.00 | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |
| M. | | | |
| N. | | | |
| O. | | | |
| P. | | | |
| Q. | | | |
| R. | | | |
| S. | | | |
| 2. Total Adjustments | 12,975.00 | 12,631.00 | 13,348.00 |
| 3. Taxable Income Per Return or as Previously Adjusted | 0.00 | 0.00 | 0.00 |
| 4. Corrected Taxable Income | 12,975.00 | 12,631.00 | 13,348.00 |
| Tax Method | TAX TABLE | TAX TABLE | TAX TABLE |
| Filing Status | SINGLE | SINGLE | SINGLE |
| 5. Tax | 1,946.00 | 1,894.00 | 1,999.00 |
| 6. Additional Taxes | | | |
| 7. Corrected Tax Liability | 1,946.00 | 1,894.00 | 1,999.00 |
| 8. Less    A. | | | |
| Credits  B. | | | |
| C. | | | |
| D. | | | |
| 9. Balance (Line 7 less total of lines 8A through 8D) | 1,946.00 | 1,894.00 | 1,999.00 |
| 10. Plus   A. SELF EMPLOYMENT TAX | 2,572.00 | 2,762.00 | 2,926.00 |
| Other   B. | | | |
| Taxes   C. | | | |
| D. | | | |
| 11. Total Corrected Tax Liability (Line 9 + lines 10A to 10D) | 4,518.00 | 4,656.00 | 4,925.00 |
| 12. Total Tax Shown on Return or as Previously Adjusted | 0.00 | 0.00 | 0.00 |
| 13. Adjustments to  A.  Special Fuels Credit | | | |
| B. | | | |
| 14. Deficiency - Increase in Tax or (Overassessment - Decrease in tax) (Line 11 less Line 12 adjusted by Line 13) | 4,518.00 | 4,656.00 | 4,925.00 |
| 15. Adjustments to Prepayment Credits | | | |
| 16. Balance Due or Overpayment (Line 14 Adjusted by Line 15) (Excluding Interest and penalties) | $    4,518.00 | $    4,656.00 | $    4,925.00 |

The Internal Revenue Service has agreements with State tax agencies under which information about Federal tax, including increases or decreases, is exchanged with the States.  If this change affects the amount of your State income tax, you should file the State form.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income and do not pay the required tax.  The IRS may order backup withholding at 31 percent after four notices have been issued to you over a 120-day period and the tax has been assessed and remains unpaid.

| RGS Ver. 3.97.01 | Page 1 of 2 | Form 4549-CG   (Rev. 1-91) |
|---|---|---|

Department of the Treasury - Internal Revenue Service
Income Tax Examination Changes

| Name of Taxpayer: ALEXANDER, JOHN HOWARD | | SS or EI Number: ▮▮▮-1186 | Return Form No. 1040 |
|---|---|---|---|

| 17. Penalties | Tax Year End 12/31/90 | Tax Year End 12/31/91 | Tax Year End 12/31/92 |
|---|---|---|---|
| A. DELQ-IRC 6651(a)(1) | $    1,129.50 | $    1,164.00 | $    1,231.25 |
| B. ESTIMATED TAX-IRC 6654 | 295.81 | 266.07 | 214.80 |
| C. | | | |
| D. | | | |
| E. | | | |
| F. | | | |
| G. | | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |
| M. | | | |
| N. | | | |
| 18.  Total Penalties | 1,425.31 | 1,430.07 | 1,446.05 |
| 19.  Underpayment attributable to negligence: (1981 - 1987) An Addition to the tax of 50 percent of the interest due on this underpayment will accrue until paid or assessed. | | | |
| 20.  Underpayment attributable to fraud: (1982 - 1987) An addition to the tax of 50 percent of the interest due on this underpayment will accrue until paid or assessed. | | | |
| 21.  Underpayment attributable to Tax Motivated Transactions: TMT Interest will accrue and be assessed at 120 percent of the underpayment rate in accordance with IRC 6621(c). | | | |
| Summary of Taxes, Penalties and Interest: A. Balance due or Overpayment of Taxes (line 16, page 1) | 4,518.00 | 4,656.00 | 4,925.00 |
| B. Penalties (line 18, page 2) (computed to 01/15/98) | 1,425.31 | 1,430.07 | 1,446.05 |
| C. Interest (IRC 6601) (computed to 01/15/98) | 4,362.84 | 3,543.59 | 3,037.76 |
| D. TMT Interest (computed to 01/15/98 on TMT underpayment) | | | |
| E. Amount due or refund (sum of lines A. B. C. and D.) | 10,306.15 | 9,629.66 | 9,408.81 |

Other Information:

Although this report is subject to review, you may consider it as your notice that your case is closed if you are not notified of an exception to these findings within 45 days after a signed copy of the report or a signed waiver, Form 870 is received by the District Director.

| Examiner's Signature G. Kissel | District Southern California | Date 12/16/97 |
|---|---|---|

Consent to Assessment and Collection - I do not wish to exercise my appeal rights with the Internal Revenue Service or to contest in United States Tax Court the findings in this report. Therefore, I give my consent to the immediate assessment and collection of any increase in tax and penalties, and accept any decrease in tax and penalties shown above, plus additional interest as provided by law. It is understood that this report is subject to acceptance by the District Director.

| PLEASE NOTE: if a joint return was filed, BOTH taxpayers must sign | Signature of Taxpayer | Date | Signature of Taxpayer | Date |
|---|---|---|---|---|
| By | | Title | | Date |

RGS Ver. 3.97.01                Page 2 of 2                Form 4549-CG   (Rev. 1-91)

```
of Taxpayer:        ALEXANDER, JOHN HOWARD                         12/16/97
ntification Number:    ████-1186        TOTAL                      3.97.01
```

### 90'12 SCHEDULE SE – COMPUTATION OF SELF-EMPLOYMENT TAX

Primary
JOHN HOWARD ALEXANDER                                      ████-1186

| | | |
|---|---|---:|
| 1. | Self-employment income | 18,205.00 |
| 2. | Multiply line 1 by 0.9235 | 16,812.32 |
| 3. | Farm Optional Method Income | 0.00 |
| 4. | Non Farm Optional Method Income | 0.00 |
| 5. | Earnings subject to self-employment tax (sum of 2, 3, 4) | 16,812.32 |
| 6. | Maximum earnings subject to social security | 51,300.00 |
| 7. | Social Security wages and tips from W-2 | 1,342.00 |
| 8. | Unreported tips from Form 4137 | 0.00 |
| 9. | Sum of lines 7 and 8 | 1,342.00 |
| 10. | Line 6 less line 9 | 49,958.00 |
| 11. | Lesser of line 5 or line 10 | 16,812.32 |
| 12. | Applicable tax rate | 0.1530 |
| 13. | Line 11 multiplied by line 12 – SELF-EMPLOYMENT TAX | 2,572.28 |

Secondary

| | | |
|---|---|---:|
| 1. | Self-employment income | 0.00 |
| 2. | Multiply line 1 by 0.9235 | 0.00 |
| 3. | Farm Optional Method Income | 0.00 |
| 4. | Non Farm Optional Method Income | 0.00 |
| 5. | Earnings subject to self-employment tax (sum of 2, 3, 4) | 0.00 |
| 6. | Maximum earnings subject to social security | 51,300.00 |
| 7. | Social Security wages and tips from W-2 | 0.00 |
| 8. | Unreported tips from Form 4137 | 0.00 |
| 9. | Sum of lines 7 and 8 | 0.00 |
| 10. | Line 6 less line 9 | 0.00 |
| 11. | Lesser of line 5 or line 10 | 0.00 |
| 12. | Applicable tax rate | 0.1530 |
| 13. | Line 11 multiplied by line 12 – SELF-EMPLOYMENT TAX | 0.00 |

Name of Taxpayer:        ALEXANDER, JOHN HOWARD                              12/16/97
Identification Number:        ■■■■-1186        TOTAL                        3.97.01

## EXPLANATION OF THE DELINQUENCY PENALTY

Since your income tax return was not filed within the time limit prescribed by law and/or the tax was not paid, and you have not shown that such failure was due to reasonable cause, an addition to the tax is charged as shown below, in accordance with Section 6651(a)(1) and/or Section 6651(a)(2) of the Internal Revenue Code.

9012 - DELINQUENCY PENALTY

1.  Delinquency penalty abated                                              0.00

2.  Date return due                        04/15/91

3.  Date return filed                      07/22/97

4.  Failure to File penalty rate              0.250

5.  Failure to Pay penalty rate               0.000

6.  Total corrected tax, Form 4549, line 11                            4,518.00

7.  Payments on or prior to due date of return                             0.00

8.  Line 6 less line 7                                                  4,518.00

9.  Failure to File Penalty - line 8 multiplied by line 4              1,129.50

10. Minimum penalty if over 60 days delinquent                           100.00

11. Failure to File Penalty - Greater of line 9 or line 10             1,129.50

12. Previously assessed Failure to File Penalty                            0.00

13. Net Failure to File Penalty - line 11 less line 12                 1,129.50

14. Failure to Pay Penalty - line 8 multiplied by line 5                   0.00

15. Previously assessed Failure to Pay Penalty                             0.00

16. Net Failure to Pay Penalty - line 14 less line 15                      0.00

17. Total Delinquency Penalty - Sum of line 13 and 16                 1,129.50

Name of Taxpayer:        ALEXANDER, JOHN HOWARD                        12/16/97
Identification Number:    ███ -1186        TOTAL                        3.97.01

9012 – EXPLANATION OF THE ESTIMATED TAX PENALTY

Since you did not pay sufficient estimated tax, addition to the tax is charged
as shown below, in accordance with Section 6654(a) of the Internal Revenue Code.

| | Apr 15, 1990 | Jun 15, 1990 | Sep 15, 1990 | Jan 15, 1991 |
|---|---|---|---|---|
| 1. Total corrected tax liability, Form 4549, line 11 | | | | 4,518.00 |
| 2. Withholding taxes | | | | 0.00 |
| 3. Line 1 less line 2 (if less than $500, estimated penalty does not apply) | | | | 4,518.00 |
| 4. 90% of line 1 | | | | 4,066.20 |
| 5. Prior year tax liability | | | | 0.00 |
| 6. The smaller of line 4 or 5 (as adjusted) | | | | 4,066.20 |
| 7. Payment Due Date | Apr 15, 1990 | Jun 15, 1990 | Sep 15, 1990 | Jan 15, 1991 |
| 8. Payment Required | 1,016.55 | 1,016.55 | 1,016.55 | 1,016.55 |
| 9. Payments and Credits | 0.00 | 0.00 | 0.00 | 0.00 |
| 10. Overpayment from Line 16 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11. Total of Lines 9 and 10 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12. Previous Qtr Underpayment | | 1,016.55 | 2,033.10 | 3,049.65 |
| 13. 11 minus 12 | 0.00 | 0.00 | 0.00 | 0.00 |
| 14. Remaining Underpayment | | 1,016.55 | 2,033.10 | |
| 15. Underpayment | 1,016.55 | 1,016.55 | 1,016.55 | 1,016.55 |
| 16. Overpayment | 0.00 | 0.00 | 0.00 | 0.00 |

CALCULATION OF QUARTERLY PENALTIES ATTACHED

| | | | | |
|---|---|---|---|---|
| 17. Penalty | 111.40 | 92.72 | 64.53 | 27.16 |
| 18. Previously Assessed Penalty | | | | 0.00 |
| 19. Estimated Tax Penalty | | | | 295.81 |

Name of Taxpayer:        ALEXANDER, JOHN HOWARD                          12/16/97
Identification Number:        ████-1186        TOTAL                        3.97.01

## 9012 - CALCULATION OF THE ESTIMATED TAX PENALTY

1st Quarter Underpayment:        1,016.55

| Payment Amt | Date Due | Payment Applied | No. of Days | Int. Rate | Penalty |
|---|---|---|---|---|---|
| 1,016.55 | 04/15/90 | 04/15/91 | 260 | 11% | 79.65 |
| 1,016.55 | 04/15/90 | 04/15/91 | 090 | 11% | 27.57 |
| 1,016.55 | 04/15/90 | 04/15/91 | 015 | 10% | 4.18 |
| | | | 1st Quarter Total $ | | 111.40 |

2nd Quarter Underpayment:        1,016.55

| Payment Amt | Date Due | Payment Applied | No. of Days | Int. Rate | Penalty |
|---|---|---|---|---|---|
| 1,016.55 | 06/15/90 | 04/15/91 | 199 | 11% | 60.97 |
| 1,016.55 | 06/15/90 | 04/15/91 | 090 | 11% | 27.57 |
| 1,016.55 | 06/15/90 | 04/15/91 | 015 | 10% | 4.18 |
| | | | 2nd Quarter Total $ | | 92.72 |

3rd Quarter Underpayment:        1,016.55

| Payment Amt | Date Due | Payment Applied | No. of Days | Int. Rate | Penalty |
|---|---|---|---|---|---|
| 1,016.55 | 09/15/90 | 04/15/91 | 107 | 11% | 32.78 |
| 1,016.55 | 09/15/90 | 04/15/91 | 090 | 11% | 27.57 |
| 1,016.55 | 09/15/90 | 04/15/91 | 015 | 10% | 4.18 |
| | | | 3rd Quarter Total $ | | 64.53 |

4th Quarter Underpayment:        1,016.55

| Payment Amt | Date Due | Payment Applied | No. of Days | Int. Rate | Penalty |
|---|---|---|---|---|---|
| 1,016.55 | 01/15/91 | 04/15/91 | 075 | 11% | 22.98 |
| 1,016.55 | 01/15/91 | 04/15/91 | 015 | 10% | 4.18 |
| | | | 4th Quarter Total $ | | 27.16 |

Total Estimated Tax Penalty                        $        295.81

Name of Taxpayer:        ALEXANDER, JOHN HOWARD                                    12/16/97
Identification Number:    ████ -1186        TOTAL                                  3.97.01

## 9012 - SUMMARY OF PROPOSED PENALTIES

| DESCRIPTION | AMOUNT |
| --- | --- |
| FAILURE TO FILE-IRC 6651(a)(1) | 1,129.50 |
| ESTIMATED TAX-IRC 6654 | 295.81 |
| TOTAL PENALTIES | 1,425.31 |

Name of Taxpayer:       ALEXANDER, JOHN HOWARD                           12/16/97
Identification Number:    ███-1186          TOTAL                         3.97.01

9012 - TAX YEAR INTEREST COMPUTATION TO 01/15/98

Total Tax Deficiency                                          4,518.00
Plus Penalties*
 -Overvaluation                              0.00
 -Substantial Understatement                 0.00
 -Failure to File                        1,129.50
 -Negligence                                 0.00
 -Civil Fraud                                0.00
 -Accuracy Penalties                         0.00

Total Penalties*                                              1,129.50

Tax Deficiency and Penalties Subject to Interest             5,647.50

| Type | Effective Dates | Days | Rate | Interest |
|------|-----------------|------|------|----------|
| COMPOUND | 04/15/91-12/31/91 | 260 | 10.00 | 416.90 |
| COMPOUND | 01/01/92-03/31/92 | 91  | 09.00 | 137.22 |
| COMPOUND | 04/01/92-09/30/92 | 183 | 08.00 | 253.06 |
| COMPOUND | 10/01/92-12/31/92 | 92  | 07.00 | 114.57 |
| COMPOUND | 01/01/93-12/31/93 | 365 | 07.00 | 476.28 |
| COMPOUND | 01/01/94-06/30/94 | 181 | 07.00 | 248.84 |
| COMPOUND | 07/01/94-09/30/94 | 92  | 08.00 | 148.56 |
| COMPOUND | 10/01/94-12/31/94 | 92  | 09.00 | 170.75 |
| COMPOUND | 01/01/95-03/31/95 | 90  | 09.00 | 170.83 |
| COMPOUND | 04/01/95-06/30/95 | 91  | 10.00 | 196.49 |
| COMPOUND | 07/01/95-12/31/95 | 184 | 09.00 | 370.39 |
| COMPOUND | 01/01/96-03/31/96 | 91  | 09.00 | 188.96 |
| COMPOUND | 04/01/96-06/30/96 | 91  | 08.00 | 171.56 |
| COMPOUND | 07/01/96-12/31/96 | 184 | 09.00 | 403.18 |
| COMPOUND | 01/01/97-12/31/97 | 365 | 09.00 | 858.30 |
| COMPOUND | 01/01/98-01/15/98 | 15  | 09.00 | 36.95 |

                         Total Interest       4,362.84
                         Total Underpayment   4,518.00
                         Total Penalties      1,425.31

                         Total Amount Due    10,306.15

     Additional interest will be charged at the current rate compounded daily.
Interest is charged from the original due date of the return to a date 30 days
after an agreement to the additional tax is signed, or to the date of payment,
if earlier. Negligence and fraud penalties, if applicable, will also continue
to be charged. Generally, if notice and demand is made for payment of any
amount, and that amount is paid within 10 days after the date of the notice
and demand, interest on the amount paid will not be charged after the date of
the notice and demand. Since additional tax is due, you may want to pay it now
and limit the interest and penalty charges.
* Interest on penalties became effective 7/19/84 (1/1/89 for Negligence and
  Civil Fraud) and is computed from the due date of the return unless a valid
  extension was filed. Extension date:

| FORM 886-A | EXPLANATION OF ITEMS | SCHEDULE/EXHIBIT |
|---|---|---|

| NAME OF TAXPAYER<br>ALEXANDER, JOHN HOWARD | 1186 | YEAR/PERIOD ENDED<br>9012 |
|---|---|---|

STANDARD PARAGRAPHS:

|  | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| OTHER INCOME | 0.00 | 18,205.00 | 18,205.00 |

Based on statistical information from the U.S. Department of Labor, we have established amounts of personal living expenses and amounts of income needed to pay for those expenses. Since your income was not sufficient to pay for all of your personal living expenses, we have adjusted your income accordingly.

|  | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| WAGES | 0.00 | 1,342.00 | 1,342.00 |

We have adjusted your gross wages to agree with the amounts shown on Forms W-2.

|  | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| INTEREST | 0.00 | 14.00 | 14.00 |

We adjusted your interest income to reflect the amounts shown on Form 1099-INT.

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE

FORM 886-A (REV 4-68)

| FORM 886-A | . EXPLANATION OF ITEMS | SCHEDULE/EXHIBIT ____ |
|---|---|---|
| NAME OF TAXPAYER<br>ALEXANDER, JOHN HOWARD | ▮▮▮-1186 | YEAR/PERIOD ENDED<br>9012 |

STANDARD PARAGRAPHS:

|  | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|

FILING STATUS

Since you were not married during the tax year, we figured your tax
using the rates that apply to single individuals.

|  | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| SE AGI ADJUSTMENT | 0.00 | 1,286.00 | (1,286.00) |

The adjustments to your net income from self-employment shown in
this report resulted in a change to your self-employment tax. The
self-employment tax deduction has been adjusted to one-half of the
recomputed amount.

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE

FORM 886-A (REV 4-68)

Name of Taxpayer:        ALEXANDER, JOHN HOWARD                          12/16/97
Identification Number:      ████-1186        TOTAL                        3.97.01

9112 SCHEDULE SE - COMPUTATION OF SELF-EMPLOYMENT TAX

Primary
JOHN HOWARD ALEXANDER                                         ████-1186

| | | |
|---|---|---:|
| 1. | Self-employment income | 19,547.00 |
| 2. | Multiply line 1 by 0.9235 | 18,051.65 |
| 3. | Farm Optional Method Income | 0.00 |
| 4. | Non Farm Optional Method Income | 0.00 |
| 5. | Earnings subject to self-employment tax | 18,051.65 |
| 6. | Maximum earnings subject to social security | 53,400.00 |
| 7. | Social Security wages and tips from W-2 | 0.00 |
| 8. | Unreported tips from Form 4137 | 0.00 |
| 9. | Sum of lines 7 and 8 | 0.00 |
| 10. | Line 6 less line 9 | 53,400.00 |
| 11. | Multiply the smaller of line 5 or 10 by 0.1240 | 2,238.40 |
| 12. | Maximum amount of wages and self-employment income subject to Medicare Tax | 125,000.00 |
| 13. | Total Medicare wages and tips | 0.00 |
| 14. | Unreported tips subject to Medicare Tax | 0.00 |
| 15. | Sum of lines 13 and 14 | 0.00 |
| 16. | Subtract line 15 from line 12 | 125,000.00 |
| 17. | Multiply the smaller of line 5 or 16 by 0.0290 | 523.50 |
| 18. | Self-Employment Tax (sum of lines 11 and 17) | 2,761.90 |

Secondary

| | | |
|---|---|---:|
| 1. | Self-employment income | 0.00 |
| 2. | Multiply line 1 by 0.9235 | 0.00 |
| 3. | Farm Optional Method Income | 0.00 |
| 4. | Non Farm Optional Method Income | 0.00 |
| 5. | Earnings subject to self-employment tax | 0.00 |
| 6. | Maximum earnings subject to social security | 53,400.00 |
| 7. | Social Security wages and tips from W-2 | 0.00 |
| 8. | Unreported tips from Form 4137 | 0.00 |
| 9. | Sum of lines 7 and 8 | 0.00 |
| 10. | Line 6 less line 9 | 0.00 |
| 11. | Multiply the smaller of line 5 or 10 by 0.1240 | 0.00 |
| 12. | Maximum amount of wages and self-employment income subject to Medicare Tax | 125,000.00 |
| 13. | Total Medicare wages and tips | 0.00 |
| 14. | Unreported tips subject to Medicare Tax | 0.00 |
| 15. | Sum of lines 13 and 14 | 0.00 |
| 16. | Subtract line 15 from line 12 | 0.00 |
| 17. | Multiply the smaller of line 5 or 16 by 0.0290 | 0.00 |
| 18. | Self-Employment Tax (sum of lines 11 and 17) | 0.00 |

Name of Taxpayer:          ALEXANDER, JOHN HOWARD                    12/16/97
Identification Number:      ████-1186          TOTAL                 3.97.01

## EXPLANATION OF THE DELINQUENCY PENALTY

Since your income tax return was not filed within the time limit
prescribed by law and/or the tax was not paid, and you have not
shown that such failure was due to reasonable cause, an addition to
the tax is charged as shown below, in accordance with Section 6651(a)(1)
and/or Section 6651(a)(2) of the Internal Revenue Code.

9112 - DELINQUENCY PENALTY

| | | |
|---|---|---:|
| 1. | Delinquency penalty abated | 0.00 |
| 2. | Date return due | 04/15/92 |
| 3. | Date return filed | 07/22/97 |
| 4. | Failure to File penalty rate | 0.250 |
| 5. | Failure to Pay penalty rate | 0.000 |
| 6. | Total corrected tax, Form 4549, line 11 | 4,656.00 |
| 7. | Payments on or prior to due date of return | 0.00 |
| 8. | Line 6 less line 7 | 4,656.00 |
| 9. | Failure to File Penalty - line 8 multiplied by line 4 | 1,164.00 |
| 10. | Minimum penalty if over 60 days delinquent | 100.00 |
| 11. | Failure to File Penalty - Greater of line 9 or line 10 | 1,164.00 |
| 12. | Previously assessed Failure to File Penalty | 0.00 |
| 13. | Net Failure to File Penalty - line 11 less line 12 | 1,164.00 |
| 14. | Failure to Pay Penalty - line 8 multiplied by line 5 | 0.00 |
| 15. | Previously assessed Failure to Pay Penalty | 0.00 |
| 16. | Net Failure to Pay Penalty - line 14 less line 15 | 0.00 |
| 17. | Total Delinquency Penalty - Sum of line 13 and 16 | 1,164.00 |

Name of Taxpayer:    ALEXANDER, JOHN HOWARD                     12/16/97
Identification Number:    ▮▮▮▮-1186        TOTAL               3.97.01

### 9112 – EXPLANATION OF THE ESTIMATED TAX PENALTY

Since you did not pay sufficient estimated tax, addition to the tax is charged as shown below, in accordance with Section 6654(a) of the Internal Revenue Code.

1. Total corrected tax liability, Form 4549, line 11 — 4,656.00

2. Withholding taxes — 0.00

3. Line 1 less line 2 (if less than $500, estimated penalty does not apply) — 4,656.00

4. 90% of line 1 — 4,190.40

5. Prior year tax liability — 0.00

6. The smaller of line 4 or 5 (as adjusted) — 4,190.40

| 7. Payment Due Date | Apr 15, 1991 | Jun 15, 1991 | Sep 15, 1991 | Jan 15, 1992 |
|---|---|---|---|---|
| 8. Payment Required | 1,047.60 | 1,047.60 | 1,047.60 | 1,047.60 |
| 9. Payments and Credits | 0.00 | 0.00 | 0.00 | 0.00 |
| 10. Overpayment from Line 16 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11. Total of Lines 9 and 10 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12. Previous Qtr Underpayment | | 1,047.60 | 2,095.20 | 3,142.80 |
| 13. 11 minus 12 | 0.00 | 0.00 | 0.00 | 0.00 |
| 14. Remaining Underpayment | | 1,047.60 | 2,095.20 | |
| 15. Underpayment | 1,047.60 | 1,047.60 | 1,047.60 | 1,047.60 |
| 16. Overpayment | 0.00 | 0.00 | 0.00 | 0.00 |

CALCULATION OF QUARTERLY PENALTIES ATTACHED

| 17. Penalty | 101.49 | 83.99 | 57.58 | 23.01 |
|---|---|---|---|---|

18. Previously Assessed Penalty — 0.00

19. Estimated Tax Penalty — 266.07

Name of Taxpayer:       ALEXANDER, JOHN HOWARD                    12/16/97
Identification Number: ███████1186        TOTAL                  3.97.01

## 9112 - CALCULATION OF THE ESTIMATED TAX PENALTY

1st Quarter Underpayment:          1,047.60

| Payment Amt | Date Due  Payment Applied | No. of Days | Int. Rate | Penalty |
|---|---|---|---|---|
| 1,047.60 | 04/15/91-04/15/92 | 260 | 10% | 74.62 |
| 1,047.60 | 04/15/91-04/15/92 | 091 | 9% | 23.44 |
| 1,047.60 | 04/15/91-04/15/92 | 015 | 8% | 3.43 |
| | 1st Quarter Total $ | | | 101.49 |

2nd Quarter Underpayment:          1,047.60

| Payment Amt | Date Due  Payment Applied | No. of Days | Int. Rate | Penalty |
|---|---|---|---|---|
| 1,047.60 | 06/15/91-04/15/92 | 199 | 10% | 57.12 |
| 1,047.60 | 06/15/91-04/15/92 | 091 | 9% | 23.44 |
| 1,047.60 | 06/15/91-04/15/92 | 015 | 8% | 3.43 |
| | 2nd Quarter Total $ | | | 83.99 |

3rd Quarter Underpayment:          1,047.60

| Payment Amt | Date Due  Payment Applied | No. of Days | Int. Rate | Penalty |
|---|---|---|---|---|
| 1,047.60 | 09/15/91-04/15/92 | 107 | 10% | 30.71 |
| 1,047.60 | 09/15/91-04/15/92 | 091 | 9% | 23.44 |
| 1,047.60 | 09/15/91-04/15/92 | 015 | 8% | 3.43 |
| | 3rd Quarter Total $ | | | 57.58 |

4th Quarter Underpayment:          1,047.60

| Payment Amt | Date Due  Payment Applied | No. of Days | Int. Rate | Penalty |
|---|---|---|---|---|
| 1,047.60 | 01/15/92-04/15/92 | 076 | 9% | 19.58 |
| 1,047.60 | 01/15/92-04/15/92 | 015 | 8% | 3.43 |
| | 4th Quarter Total $ | | | 23.01 |

Total Estimated Tax Penalty                    $        266.07

Name of Taxpayer:        ALEXANDER, JOHN HOWARD                           12/16/97
Identification Number:    ████-1186          TOTAL                        3.97.01

9112 - SUMMARY OF PROPOSED PENALTIES

| DESCRIPTION | AMOUNT |
|---|---|
| FAILURE TO FILE-IRC 6651(a)(1) | 1,164.00 |
| ESTIMATED TAX-IRC 6654 | 266.07 |
| TOTAL PENALTIES | 1,430.07 |

Name of Taxpayer:      ALEXANDER, JOHN HOWARD                    12/16/97
Identification Number: ▇▇▇-1186      TOTAL                       3.97.01

9112 - TAX YEAR INTEREST COMPUTATION TO 01/15/98

Total Tax Deficiency                                    4,656.00
Plus Penalties*
 –Overvaluation                        0.00
 –Substantial Understatement           0.00
 –Failure to File                  1,164.00
 –Negligence                           0.00
 –Civil Fraud                          0.00
 –Accuracy Penalties                   0.00

Total Penalties*                                        1,164.00

Tax Deficiency and Penalties Subject to Interest        5,820.00

| Type | Effective Dates | Days | Rate | Interest |
|---|---|---|---|---|
| COMPOUND | 04/15/92-09/30/92 | 168 | 08.00 | 217.67 |
| COMPOUND | 10/01/92-12/31/92 | 92 | 07.00 | 107.17 |
| COMPOUND | 01/01/93-12/31/93 | 365 | 07.00 | 445.51 |
| COMPOUND | 01/01/94-06/30/94 | 181 | 07.00 | 232.76 |
| COMPOUND | 07/01/94-09/30/94 | 92 | 08.00 | 138.96 |
| COMPOUND | 10/01/94-12/31/94 | 92 | 09.00 | 159.72 |
| COMPOUND | 01/01/95-03/31/95 | 90 | 09.00 | 159.79 |
| COMPOUND | 04/01/95-06/30/95 | 91 | 10.00 | 183.80 |
| COMPOUND | 07/01/95-12/31/95 | 184 | 09.00 | 346.46 |
| COMPOUND | 01/01/96-03/31/96 | 91 | 09.00 | 176.75 |
| COMPOUND | 04/01/96-06/30/96 | 91 | 08.00 | 160.47 |
| COMPOUND | 07/01/96-12/31/96 | 184 | 09.00 | 377.13 |
| COMPOUND | 01/01/97-12/31/97 | 365 | 09.00 | 802.84 |
| COMPOUND | 01/01/98-01/15/98 | 15 | 09.00 | 34.56 |

Total Interest                 3,543.59
Total Underpayment             4,656.00
Total Penalties                1,430.07

Total Amount Due               9,629.66

    Additional interest will be charged at the current rate compounded daily.
Interest is charged from the original due date of the return to a date 30 days
after an agreement to the additional tax is signed, or to the date of payment,
if earlier. Negligence and fraud penalties, if applicable, will also continue
to be charged. Generally, if notice and demand is made for payment of any
amount, and that amount is paid within 10 days after the date of the notice
and demand, interest on the amount paid will not be charged after the date of
the notice and demand. Since additional tax is due, you may want to pay it now
and limit the interest and penalty charges.
*  Interest on penalties became effective 7/19/84 (1/1/89 for Negligence and
   Civil Fraud) and is computed from the due date of the return unless a valid
   extension was filed. Extension date:

| FORM 886-A | EXPLANATION OF ITEMS | SCHEDULE/EXHIBIT ____ |
|---|---|---|

| NAME OF TAXPAYER<br>ALEXANDER, JOHN HOWARD | ▮▮▮▮-1186 | YEAR/PERIOD ENDED<br>9112 |
|---|---|---|

STANDARD PARAGRAPHS:

|  | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| OTHER INCOME | 0.00 | 19,547.00 | 19,547.00 |

Based on statistical information from the U.S. Department of Labor, we have established amounts of personal living expenses and amounts of income needed to pay for those expenses. Since your income was not sufficient to pay for all of your personal living expenses, we have adjusted your income accordingly.

|  | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| INTEREST | 0.00 | 15.00 | 15.00 |

We adjusted your interest income to reflect the amounts shown on Form 1099-INT.

|  | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| FILING STATUS | | | |

Since you were not married during the tax year, we figured your tax using the rates that apply to single individuals.

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE

FORM 886-A (REV 4-68)

| FORM 886-A | EXPLANATION OF ITEMS | SCHEDULE/EXHIBIT ___ |
|---|---|---|
| NAME OF TAXPAYER<br>ALEXANDER, JOHN HOWARD        ████-1186 | | YEAR/PERIOD ENDED<br>9112 |

STANDARD PARAGRAPHS:

|  | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| SE AGI ADJUSTMENT | 0.00 | 1,381.00 | (1,381.00) |

The adjustments to your net income from self-employment shown in
this report resulted in a change to your self-employment tax. The
self-employment tax deduction has been adjusted to one-half of the
recomputed amount.

DEPARTMENT OF THE TREASURY                    FORM 886-A (REV 4-68)
INTERNAL REVENUE SERVICE

Name of Taxpayer:        ALEXANDER, JOHN HOWARD                    12/16/97
Identification Number:    ████-1186        TOTAL                   3.97.01

9212 SCHEDULE SE - COMPUTATION OF SELF-EMPLOYMENT TAX

Primary
JOHN HOWARD ALEXANDER                                    ████-1186

| | | |
|---|---|---:|
| 1. | Self-employment income | 20,711.00 |
| 2. | Multiply line 1 by 0.9235 | 19,126.61 |
| 3. | Farm Optional Method Income | 0.00 |
| 4. | Non Farm Optional Method Income | 0.00 |
| 5. | Earnings subject to self-employment tax | 19,126.61 |
| 6. | Maximum earnings subject to social security | 55,500.00 |
| 7. | Social Security wages and tips from W-2 | 0.00 |
| 8. | Unreported tips from Form 4137 | 0.00 |
| 9. | Sum of lines 7 and 8 | 0.00 |
| 10. | Line 6 less line 9 | 55,500.00 |
| 11. | Multiply the smaller of line 5 or 10 by 0.1240 | 2,371.70 |
| 12. | Maximum amount of wages and self-employment income subject to Medicare Tax | 130,200.00 |
| 13. | Total Medicare wages and tips | 0.00 |
| 14. | Unreported tips subject to Medicare Tax | 0.00 |
| 15. | Sum of lines 13 and 14 | 0.00 |
| 16. | Subtract line 15 from line 12 | 130,200.00 |
| 17. | Multiply the smaller of line 5 or 16 by 0.0290 | 554.67 |
| 18. | Self-Employment Tax (sum of lines 11 and 17) | 2,926.37 |

Secondary

| | | |
|---|---|---:|
| 1. | Self-employment income | 0.00 |
| 2. | Multiply line 1 by 0.9235 | 0.00 |
| 3. | Farm Optional Method Income | 0.00 |
| 4. | Non Farm Optional Method Income | 0.00 |
| 5. | Earnings subject to self-employment tax | 0.00 |
| 6. | Maximum earnings subject to social security | 55,500.00 |
| 7. | Social Security wages and tips from W-2 | 0.00 |
| 8. | Unreported tips from Form 4137 | 0.00 |
| 9. | Sum of lines 7 and 8 | 0.00 |
| 10. | Line 6 less line 9 | 0.00 |
| 11. | Multiply the smaller of line 5 or 10 by 0.1240 | 0.00 |
| 12. | Maximum amount of wages and self-employment income subject to Medicare Tax | 130,200.00 |
| 13. | Total Medicare wages and tips | 0.00 |
| 14. | Unreported tips subject to Medicare Tax | 0.00 |
| 15. | Sum of lines 13 and 14 | 0.00 |
| 16. | Subtract line 15 from line 12 | 0.00 |
| 17. | Multiply the smaller of line 5 or 16 by 0.0290 | 0.00 |
| 18. | Self-Employment Tax (sum of lines 11 and 17) | 0.00 |

Name of Taxpayer:      ALEXANDER, JOHN HOWARD                    12/16/97
Identification Number:  ████-1186        TOTAL              3.97.01

EXPLANATION OF THE DELINQUENCY PENALTY

Since your income tax return was not filed within the time limit prescribed by law and/or the tax was not paid, and you have not shown that such failure was due to reasonable cause, an addition to the tax is charged as shown below, in accordance with Section 6651(a)(1) and/or Section 6651(a)(2) of the Internal Revenue Code.

9212 – DELINQUENCY PENALTY

| | | |
|---|---|---|
| 1. Delinquency penalty abated | | 0.00 |
| 2. Date return due | 04/15/93 | |
| 3. Date return filed | 07/22/97 | |
| 4. Failure to File penalty rate | 0.250 | |
| 5. Failure to Pay penalty rate | 0.000 | |
| 6. Total corrected tax, Form 4549, line 11 | | 4,925.00 |
| 7. Payments on or prior to due date of return | | 0.00 |
| 8. Line 6 less line 7 | | 4,925.00 |
| 9. Failure to File Penalty – line 8 multiplied by line 4 | | 1,231.25 |
| 10. Minimum penalty if over 60 days delinquent | | 100.00 |
| 11. Failure to File Penalty – Greater of line 9 or line 10 | | 1,231.25 |
| 12. Previously assessed Failure to File Penalty | | 0.00 |
| 13. Net Failure to File Penalty – line 11 less line 12 | | 1,231.25 |
| 14. Failure to Pay Penalty – line 8 multiplied by line 5 | | 0.00 |
| 15. Previously assessed Failure to Pay Penalty | | 0.00 |
| 16. Net Failure to Pay Penalty – line 14 less line 15 | | 0.00 |
| 17. Total Delinquency Penalty – Sum of line 13 and 16 | | 1,231.25 |

Name of Taxpayer:     ALEXANDER, JOHN HOWARD                          12/16/97
Identification Number:     ▮▮▮-1186          TOTAL                 3.97.01

9212 - EXPLANATION OF THE ESTIMATED TAX PENALTY

Since you did not pay sufficient estimated tax, addition to the tax is charged
as shown below, in accordance with Section 6654(a) of the Internal Revenue Code.

1. Total corrected tax liability, Form 4549, line 11          4,925.00

2. Withholding taxes                                              0.00

3. Line 1 less line 2 (if less than $500, estimated           4,925.00
   penalty does not apply)

4. 90% of line 1                                              4,432.50

5. Prior year tax liability                                      0.00

6. The smaller of line 4 or 5 (as adjusted)                  4,432.50

| 7. Payment Due Date | Apr 15, 1992 | Jun 15, 1992 | Sep 15, 1992 | Jan 15, 1993 |
|---|---|---|---|---|
| 8. Payment Required | 1,108.13 | 1,108.13 | 1,108.13 | 1,108.13 |
| 9. Payments and Credits | 0.00 | 0.00 | 0.00 | 0.00 |
| 10. Overpayment from Line 16 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11. Total of Lines 9 and 10 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12. Previous Qtr Underpayment | | 1,108.13 | 2,216.26 | 3,324.39 |
| 13. 11 minus 12 | 0.00 | 0.00 | 0.00 | 0.00 |
| 14. Remaining Underpayment | | 1,108.13 | 2,216.26 | |
| 15. Underpayment | 1,108.13 | 1,108.13 | 1,108.13 | 1,108.13 |
| 16. Overpayment | 0.00 | 0.00 | 0.00 | 0.00 |

CALCULATION OF QUARTERLY PENALTIES ATTACHED

| 17. Penalty | 82.50 | 67.73 | 45.44 | 19.13 |
|---|---|---|---|---|

18. Previously Assessed Penalty                                  0.00

19. Estimated Tax Penalty                                      214.80

Name of Taxpayer:        ALEXANDER, JOHN HOWARD                          12/16/97
Identification Number:    ████-1186        TOTAL                          3.97.01

## 9212 - CALCULATION OF THE ESTIMATED TAX PENALTY

1st Quarter Underpayment:        1,108.13

| Payment Amt | Date Due | Payment Applied | No. of Days | Int. Rate | Penalty |
|---|---|---|---|---|---|
| 1,108.13 | 04/15/92 | 04/15/93 | 168 | 8% | 40.69 |
| 1,108.13 | 04/15/92 | 04/15/93 | 092 | 7% | 19.50 |
| 1,108.13 | 04/15/92 | 04/15/93 | 105 | 7% | 22.31 |
| | | | 1st Quarter Total $ | | 82.50 |

2nd Quarter Underpayment:        1,108.13

| Payment Amt | Date Due | Payment Applied | No. of Days | Int. Rate | Penalty |
|---|---|---|---|---|---|
| 1,108.13 | 06/15/92 | 04/15/93 | 107 | 8% | 25.92 |
| 1,108.13 | 06/15/92 | 04/15/93 | 092 | 7% | 19.50 |
| 1,108.13 | 06/15/92 | 04/15/93 | 105 | 7% | 22.31 |
| | | | 2nd Quarter Total $ | | 67.73 |

3rd Quarter Underpayment:        1,108.13

| Payment Amt | Date Due | Payment Applied | No. of Days | Int. Rate | Penalty |
|---|---|---|---|---|---|
| 1,108.13 | 09/15/92 | 04/15/93 | 015 | 8% | 3.63 |
| 1,108.13 | 09/15/92 | 04/15/93 | 092 | 7% | 19.50 |
| 1,108.13 | 09/15/92 | 04/15/93 | 105 | 7% | 22.31 |
| | | | 3rd Quarter Total $ | | 45.44 |

4th Quarter Underpayment:        1,108.13

| Payment Amt | Date Due | Payment Applied | No. of Days | Int. Rate | Penalty |
|---|---|---|---|---|---|
| 1,108.13 | 01/15/93 | 04/15/93 | 090 | 7% | 19.13 |
| | | | 4th Quarter Total $ | | 19.13 |


Total Estimated Tax Penalty                          $        214.80

Name of Taxpayer:        ALEXANDER, JOHN HOWARD                12/16/97
Identification Number:    ███████-1186        TOTAL            3.97.01

9212 - SUMMARY OF PROPOSED PENALTIES

| DESCRIPTION | AMOUNT |
| --- | --- |
| FAILURE TO FILE-IRC 6651(a)(1) | 1,231.25 |
| ESTIMATED TAX-IRC 6654 | 214.80 |
| TOTAL PENALTIES | 1,446.05 |

Name of Taxpayer:       ALEXANDER, JOHN HOWARD                      12/16/97
Identification Number:    ████-1186          TOTAL                    3.97.01

9212 - TAX YEAR INTEREST COMPUTATION TO 01/15/98

| | |
|---|---|
| Total Tax Deficiency | 4,925.00 |

Plus Penalties*

| | |
|---|---|
| -Overvaluation | 0.00 |
| -Substantial Understatement | 0.00 |
| -Failure to File | 1,231.25 |
| -Negligence | 0.00 |
| -Civil Fraud | 0.00 |
| -Accuracy Penalties | 0.00 |

| | |
|---|---|
| Total Penalties* | 1,231.25 |
| Tax Deficiency and Penalties Subject to Interest | 6,156.25 |

| Type | Effective Dates | Days | Rate | Interest |
|---|---|---|---|---|
| COMPOUND | 04/15/93-12/31/93 | 260 | 07.00 | 314.72 |
| COMPOUND | 01/01/94-06/30/94 | 181 | 07.00 | 228.54 |
| COMPOUND | 07/01/94-09/30/94 | 92 | 08.00 | 136.45 |
| COMPOUND | 10/01/94-12/31/94 | 92 | 09.00 | 156.83 |
| COMPOUND | 01/01/95-03/31/95 | 90 | 09.00 | 156.90 |
| COMPOUND | 04/01/95-06/30/95 | 91 | 10.00 | 180.47 |
| COMPOUND | 07/01/95-12/31/95 | 184 | 09.00 | 340.19 |
| COMPOUND | 01/01/96-03/31/96 | 91 | 09.00 | 173.55 |
| COMPOUND | 04/01/96-06/30/96 | 91 | 08.00 | 157.57 |
| COMPOUND | 07/01/96-12/31/96 | 184 | 09.00 | 370.30 |
| COMPOUND | 01/01/97-12/31/97 | 365 | 09.00 | 788.30 |
| COMPOUND | 01/01/98-01/15/98 | 15 | 09.00 | 33.94 |

| | |
|---|---|
| Total Interest | 3,037.76 |
| Total Underpayment | 4,925.00 |
| Total Penalties | 1,446.05 |
| Total Amount Due | 9,408.81 |

    Additional interest will be charged at the current rate compounded daily.
Interest is charged from the original due date of the return to a date 30 days
after an agreement to the additional tax is signed, or to the date of payment,
if earlier. Negligence and fraud penalties, if applicable, will also continue
to be charged. Generally, if notice and demand is made for payment of any
amount, and that amount is paid within 10 days after the date of the notice
and demand, interest on the amount paid will not be charged after the date of
the notice and demand. Since additional tax is due, you may want to pay it now
and limit the interest and penalty charges.
*  Interest on penalties became effective 7/19/84 (1/1/89 for Negligence and
   Civil Fraud) and is computed from the due date of the return unless a valid
   extension was filed. Extension date:

| FORM 886-A | EXPLANATION OF ITEMS | SCHEDULE/EXHIBIT ____ |
|---|---|---|

| NAME OF TAXPAYER<br>ALEXANDER, JOHN HOWARD          1186 | YEAR/PERIOD ENDED<br>9212 |
|---|---|

STANDARD PARAGRAPHS:

|  | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| 1099 INCOME | 0.00 | 1,059.00 | 1,059.00 |

We have adjusted your income to include amounts shown on Form 1099-NEC (non-employee compensation).

|  | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| OTHER INCOME | 0.00 | 19,652.00 | 19,652.00 |

Based on statistical information from the U.S. Department of Labor, we have established amounts of personal living expenses and amounts of income needed to pay for those expenses. Since your income was not sufficient to pay for all of your personal living expenses, we have adjusted your income accordingly.

|  | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| FILING STATUS |  |  |  |

Since you were not married during the tax year, we figured your tax using the rates that apply to single individuals.

DEPARTMENT OF THE TREASURY                    FORM 886-A (REV 4-68)
INTERNAL REVENUE SERVICE

| FORM 886-A | EXPLANATION OF ITEMS | SCHEDULE/EXHIBIT ____ |
|---|---|---|

| NAME OF TAXPAYER<br>ALEXANDER, JOHN HOWARD | ▮▮-1186 | YEAR/PERIOD ENDED<br>9212 |
|---|---|---|

STANDARD PARAGRAPHS:

|  | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| SE AGI ADJUSTMENT | 0.00 | 1,463.00 | (1,463.00) |

The adjustments to your net income from self-employment shown in
this report resulted in a change to your self-employment tax. The
self-employment tax deduction has been adjusted to one-half of the
recomputed amount.

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE

FORM 886-A (REV 4-68)

**GOVERNMENT EXHIBIT**

**L-2**

Department of the Treasury - Internal Revenue Service
Income Tax Examination Changes

| Name and Address of Taxpayer | SS or EI Number: | | Return |
| --- | --- | --- | --- |
| ALEXANDER, JOHN HOWARD | ▮▮▮-1186 | | 1040 |
| ENCINITAS          CA  92024-2867 | Person with whom examination changes were discussed | Name and Title | |

| 1. Adjustments to Income | Tax Year End 12/31/93 | Tax Year End 12/31/94 | Tax Year End 12/31/95 |
| --- | --- | --- | --- |
| A. 1099 INCOME | $   7,653.00 | $ | $ |
| B. EXEMPTIONS | (2,350.00) | (2,450.00) | (2,500.00) |
| C. INTEREST | 31.00 | 24.00 | |
| D. OTHER INCOME | 13,027.00 | 21,225.00 | 21,249.00 |
| E. SE AGI ADJUSTMENT | (1,461.00) | (1,500.00) | (1,501.00) |
| F. STANDARD DEDUCTION | (3,700.00) | (3,800.00) | (3,900.00) |
| G. | | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |
| M. | | | |
| N. | | | |
| O. | | | |
| P. | | | |
| Q. | | | |
| R. | | | |
| S. | | | |
| 2. Total Adjustments | 13,200.00 | 13,499.00 | 13,348.00 |
| 3. Taxable Income Per Return or as Previously Adjusted | 0.00 | 0.00 | 0.00 |
| 4. Corrected Taxable Income<br>   Tax Method<br>   Filing Status | 13,200.00<br>TAX TABLE<br>SINGLE | 13,499.00<br>TAX TABLE<br>SINGLE | 13,348.00<br>TAX TABLE<br>SINGLE |
| 5. Tax | 1,984.00 | 2,021.00 | 1,999.00 |
| 6. Additional Taxes | | | |
| 7. Corrected Tax Liability | 1,984.00 | 2,021.00 | 1,999.00 |
| 8. Less  Credits  A.<br>                    B.<br>                    C.<br>                    D. | | | |
| 9. Balance (Line 7 less total of lines 8A through 8D) | 1,984.00 | 2,021.00 | 1,999.00 |
| 10. Plus  A. SELF EMPLOYMENT TAX<br>Other  B.<br>Taxes  C.<br>          D. | 2,922.00 | 2,999.00 | 3,002.00 |
| 11. Total Corrected Tax Liability (Line 9 + lines 10A to 10D) | 4,906.00 | 5,020.00 | 5,001.00 |
| 12. Total Tax Shown on Return or as Previously Adjusted | 0.00 | 0.00 | 0.00 |
| 13. Adjustments to  A.  Special Fuels Credit<br>                          B. | | | |
| 14. Deficiency - Increase in Tax or (Overassessment - Decrease in tax) (Line 11 less Line 12 adjusted by Line 13) | 4,906.00 | 5,020.00 | 5,001.00 |
| 15. Adjustments to Prepayment Credits | | | |
| 16. Balance Due or Overpayment (Line 14 Adjusted by Line 15) (Excluding Interest and penalties) | $   4,906.00 | $   5,020.00 | $   5,001.00 |

The Internal Revenue Service has agreements with State tax agencies under which information about Federal tax, including increases or decreases, is exchanged with the States.  If this change affects the amount of your State income tax, you should file the State form.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income and do not pay the required tax.  The IRS may order backup withholding at 31 percent after four notices have been issued to you over a 120-day period and the tax has been assessed and remains unpaid.

RGS Ver. 3.97.01                    Page 1 of 2                    Form 4549-CG   (Rev. 1-91)

Department of the Treasury - Internal Revenue Service
Income Tax Examination Changes

| Name of Taxpayer: ALEXANDER, JOHN HOWARD | SS or EI Number: ████-1186 | Return Form No. 1040 |

| 17. Penalties | Tax Year End 12/31/93 | Tax Year End 12/31/94 | Tax Year End 12/31/95 |
|---|---|---|---|
| A. DELQ-IRC 6651(a)(1) | $ 1,226.50 | $ 1,255.00 | $ 1,250.25 |
| B. ESTIMATED TAX-IRC 6654 | 205.56 | 260.50 | 271.17 |
| C. | | | |
| D. | | | |
| E. | | | |
| F. | | | |
| G. | | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |
| M. | | | |
| N. | | | |
| 18. Total Penalties | 1,432.06 | 1,515.50 | 1,521.42 |
| 19. Underpayment attributable to negligence: (1981 - 1987) An Addition to the tax of 50 percent of the interest due on this underpayment will accrue until paid or assessed. | | | |
| 20. Underpayment attributable to fraud: (1982 - 1987) An addition to the tax of 50 percent of the interest due on this underpayment will accrue until paid or assessed. | | | |
| 21. Underpayment attributable to Tax Motivated Transactions: TMT Interest will accrue and be assessed at 120 percent of the underpayment rate in accordance with IRC 6621(c). | | | |
| Summary of Taxes, Penalties and Interest: | | | |
| A. Balance due or Overpayment of Taxes (line 16, page 1) | 4,906.00 | 5,020.00 | 5,001.00 |
| B. Penalties (line 18, page 2) (computed to 01/15/98) | 1,432.06 | 1,515.50 | 1,521.42 |
| C. Interest (IRC 6601) (computed to 01/15/98) | 2,406.92 | 1,761.13 | 1,052.00 |
| D. TMT Interest (computed to 01/15/98 on TMT underpayment) | | | |
| E. Amount due or refund (sum of lines A. B. C. and D.) | 8,744.98 | 8,296.63 | 7,574.42 |

Other Information:

Although this report is subject to review, you may consider it as your notice that your case is closed if you are not notified of an exception to these findings within 45 days after a signed copy of the report or a signed waiver, Form 870 is received by the District Director.

| Examiner's Signature G. Kissel | District Southern California | Date 12/16/97 |

Consent to Assessment and Collection - I do not wish to exercise my appeal rights with the Internal Revenue Service or to contest in United States Tax Court the findings in this report. Therefore, I give my consent to the immediate assessment and collection of any increase in tax and penalties, and accept any decrease in tax and penalties shown above, plus additional interest as provided by law. It is understood that this report is subject to acceptance by the District Director.

| PLEASE NOTE: if a joint return was filed, BOTH taxpayers must sign | Signature of Taxpayer | Date | Signature of Taxpayer | Date |
| | | | | |
| y | | Title | | Date |

GS Ver. 3.97.01                    Page 2 of 2                    Form 4549-CG   (Rev. 1-91)

Name of Taxpayer:  ALEXANDER, JOHN HOWARD                          12/16/97
Identification Number:  [REDACTED]-1186          TOTAL             3,97.01

## 9312 SCHEDULE SE - COMPUTATION OF SELF-EMPLOYMENT TAX

Primary
JOHN HOWARD ALEXANDER                                    [REDACTED]-1186

| | | | |
|---|---|---:|---:|
| 1. | Self-employment income | | 20,680.00 |
| 2. | Multiply line 1 by 0.9235 | | 19,097.98 |
| 3. | Farm Optional Method Income | | 0.00 |
| 4. | Non Farm Optional Method Income | | 0.00 |
| 5. | Earnings subject to self-employment tax | | 19,097.98 |
| 6. | Maximum earnings subject to social security | | 57,600.00 |
| 7. | Social Security wages and tips from W-2 | 0.00 | |
| 8. | Unreported tips from Form 4137 | 0.00 | |
| 9. | Sum of lines 7 and 8 | | 0.00 |
| 10. | Line 6 less line 9 | | 57,600.00 |
| 11. | Multiply the smaller of line 5 or 10 by 0.1240 | | 2,368.15 |
| 12. | Maximum amount of wages and self-employment income subject to Medicare Tax | | 135,000.00 |
| 13. | Total Medicare wages and tips | 0.00 | |
| 14. | Unreported tips subject to Medicare Tax | 0.00 | |
| 15. | Sum of lines 13 and 14 | | 0.00 |
| 16. | Subtract line 15 from line 12 | | 135,000.00 |
| 17. | Multiply the smaller of line 5 or 16 by 0.0290 | | 553.84 |
| 18. | Self-Employment Tax (sum of lines 11 and 17) | | 2,921.99 |

Secondary

| | | | |
|---|---|---:|---:|
| 1. | Self-employment income | | 0.00 |
| 2. | Multiply line 1 by 0.9235 | | 0.00 |
| 3. | Farm Optional Method Income | | 0.00 |
| 4. | Non Farm Optional Method Income | | 0.00 |
| 5. | Earnings subject to self-employment tax | | 0.00 |
| 6. | Maximum earnings subject to social security | | 57,600.00 |
| 7. | Social Security wages and tips from W-2 | 0.00 | |
| 8. | Unreported tips from Form 4137 | 0.00 | |
| 9. | Sum of lines 7 and 8 | | 0.00 |
| 10. | Line 6 less line 9 | | 0.00 |
| 11. | Multiply the smaller of line 5 or 10 by 0.1240 | | 0.00 |
| 12. | Maximum amount of wages and self-employment income subject to Medicare Tax | | 135,000.00 |
| 13. | Total Medicare wages and tips | 0.00 | |
| 14. | Unreported tips subject to Medicare Tax | 0.00 | |
| 15. | Sum of lines 13 and 14 | | 0.00 |
| 16. | Subtract line 15 from line 12 | | 0.00 |
| 17. | Multiply the smaller of line 5 or 16 by 0.0290 | | 0.00 |
| 18. | Self-Employment Tax (sum of lines 11 and 17) | | 0.00 |

6:08-cv-03760-GRA    Date Filed 09/25/09    Entry Number 22-9    Page 37 of 64

## EXPLANATION OF THE DELINQUENCY PENALTY

Since your income tax return was not filed within the time limit prescribed by law and/or the tax was not paid, and you have not shown that such failure was due to reasonable cause, an addition to the tax is charged as shown below, in accordance with Section 6651(a)(1) and/or Section 6651(a)(2) of the Internal Revenue Code.

### 9312 - DELINQUENCY PENALTY

1. Delinquency penalty abated                                          0.00

2. Date return due                        04/15/94

3. Date return filed                      07/22/97

4. Failure to File penalty rate             0.250

5. Failure to Pay penalty rate              0.000

6. Total corrected tax, Form 4549, line 11                      4,906.00

7. Payments on or prior to due date of return                      0.00

8. Line 6 less line 7                                            4,906.00

9. Failure to File Penalty – line 8 multiplied by line 4        1,226.50

10. Minimum penalty if over 60 days delinquent                   100.00

11. Failure to File Penalty – Greater of line 9 or line 10      1,226.50

12. Previously assessed Failure to File Penalty                    0.00

13. Net Failure to File Penalty – line 11 less line 12          1,226.50

14. Failure to Pay Penalty – line 8 multiplied by line 5           0.00

15. Previously assessed Failure to Pay Penalty                     0.00

16. Net Failure to Pay Penalty – line 14 less line 15             0.00

17. Total Delinquency Penalty – Sum of line 13 and 16          1,226.50

Name of Taxpayer:         ALEXANDER, JOHN HOWARD                    12/16/97
Identification Number:      ████-1186         TOTAL              3,97.01

## 9312 - EXPLANATION OF THE ESTIMATED TAX PENALTY

Since you did not pay sufficient estimated tax, addition to the tax is charged
as shown below, in accordance with Section 6654(a) of the Internal Revenue Code.

| | | | | |
|---|---|---|---|---|
| 1. Total corrected tax liability, Form 4549, line 11 | | | | 4,906.00 |
| 2. Withholding taxes | | | | 0.00 |
| 3. Line 1 less line 2 (if less than $500, estimated penalty does not apply) | | | | 4,906.00 |
| 4. 90% of line 1 | | | | 4,415.40 |
| 5. Prior year tax liability | | | | 0.00 |
| 6. The smaller of line 4 or 5 (as adjusted) | | | | 4,415.40 |

| | Apr 15, 1993 | Jun 15, 1993 | Sep 15, 1993 | Jan 15, 1994 |
|---|---|---|---|---|
| 7. Payment Due Date | | | | |
| 8. Payment Required | 1,103.85 | 1,103.85 | 1,103.85 | 1,103.85 |
| 9. Payments and Credits | 0.00 | 0.00 | 0.00 | 0.00 |
| 10. Overpayment from Line 16 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11. Total of Lines 9 and 10 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12. Previous Qtr Underpayment | | 1,103.85 | 2,207.70 | 3,311.55 |
| 13. 11 minus 12 | 0.00 | 0.00 | 0.00 | 0.00 |
| 14. Remaining Underpayment | | 1,103.85 | 2,207.70 | |
| 15. Underpayment | 1,103.85 | 1,103.85 | 1,103.85 | 1,103.85 |
| 16. Overpayment | 0.00 | 0.00 | 0.00 | 0.00 |

### CALCULATION OF QUARTERLY PENALTIES ATTACHED

| | | | | |
|---|---|---|---|---|
| 17. Penalty | 77.27 | 64.36 | 44.88 | 19.05 |
| 18. Previously Assessed Penalty | | | | 0.00 |
| 19. Estimated Tax Penalty | | | | 205.56 |

## 9312 — CALCULATION OF THE ESTIMATED TAX PENALTY

1st Quarter Underpayment:          1,103.85

| Payment Amt | Date Due | Payment Applied | No. of Days | Int. Rate | Penalty |
|---|---|---|---|---|---|
| 1,103.85 | 04/15/93–04/15/94 | | 260 | 7% | 55.04 |
| 1,103.85 | 04/15/93–04/15/94 | | 105 | 7% | 22.23 |
| | | | | 1st Quarter Total $ | 77.27 |

2nd Quarter Underpayment:          1,103.85

| Payment Amt | Date Due | Payment Applied | No. of Days | Int. Rate | Penalty |
|---|---|---|---|---|---|
| 1,103.85 | 06/15/93–04/15/94 | | 199 | 7% | 42.13 |
| 1,103.85 | 06/15/93–04/15/94 | | 105 | 7% | 22.23 |
| | | | | 2nd Quarter Total $ | 64.36 |

3rd Quarter Underpayment:          1,103.85

| Payment Amt | Date Due | Payment Applied | No. of Days | Int. Rate | Penalty |
|---|---|---|---|---|---|
| 1,103.85 | 09/15/93–04/15/94 | | 107 | 7% | 22.65 |
| 1,103.85 | 09/15/93–04/15/94 | | 105 | 7% | 22.23 |
| | | | | 3rd Quarter Total $ | 44.88 |

4th Quarter Underpayment:          1,103.85

| Payment Amt | Date Due | Payment Applied | No. of Days | Int. Rate | Penalty |
|---|---|---|---|---|---|
| 1,103.85 | 01/15/94–04/15/94 | | 090 | 7% | 19.05 |
| | | | | 4th Quarter Total $ | 19.05 |

Total Estimated Tax Penalty                          $         205.56

Name of Taxpayer:        ALEXANDER, JOHN HOWARD                          12/16/97
Identification Number:    ███-1186              TOTAL                     3.97.01

### 9312 - SUMMARY OF PROPOSED PENALTIES

| DESCRIPTION | AMOUNT |
| --- | --- |
| FAILURE TO FILE-IRC 6651(a)(1) | 1,226.50 |
| ESTIMATED TAX-IRC 6654 | 205.56 |
| TOTAL PENALTIES | 1,432.06 |

Name of Taxpayer:        ALEXANDER, JOHN HOWARD                    12/16/97
Identification Number:    ■■■■-1186        TOTAL                    3.97.01

9312 - TAX YEAR INTEREST COMPUTATION TO 01/15/98

| | |
|---|---|
| Total Tax Deficiency | 4,906.00 |
| Plus Penalties* | |
| -Overvaluation | 0.00 |
| -Substantial Understatement | 0.00 |
| -Failure to File | 1,226.50 |
| -Negligence | 0.00 |
| -Civil Fraud | 0.00 |
| -Accuracy Penalties | 0.00 |
| Total Penalties* | 1,226.50 |
| Tax Deficiency and Penalties Subject to Interest | 6,132.50 |

| Type | Effective Dates | Days | Rate | Interest |
|---|---|---|---|---|
| COMPOUND | 04/15/94-06/30/94 | 76 | 07.00 | 90.03 |
| COMPOUND | 07/01/94-09/30/94 | 92 | 08.00 | 126.73 |
| COMPOUND | 10/01/94-12/31/94 | 92 | 09.00 | 145.66 |
| COMPOUND | 01/01/95-03/31/95 | 90 | 09.00 | 145.73 |
| COMPOUND | 04/01/95-06/30/95 | 91 | 10.00 | 167.62 |
| COMPOUND | 07/01/95-12/31/95 | 184 | 09.00 | 315.96 |
| COMPOUND | 01/01/96-03/31/96 | 91 | 09.00 | 161.20 |
| COMPOUND | 04/01/96-06/30/96 | 91 | 08.00 | 146.35 |
| COMPOUND | 07/01/96-12/31/96 | 184 | 09.00 | 343.94 |
| COMPOUND | 01/01/97-12/31/97 | 365 | 09.00 | 732.18 |
| COMPOUND | 01/01/98-01/15/98 | 15 | 09.00 | 31.52 |

| | |
|---|---|
| Total Interest | 2,406.92 |
| Total Underpayment | 4,906.00 |
| Total Penalties | 1,432.06 |
| Total Amount Due | 8,744.98 |

Additional interest will be charged at the current rate compounded daily. Interest is charged from the original due date of the return to a date 30 days after an agreement to the additional tax is signed, or to the date of payment, if earlier. Negligence and fraud penalties, if applicable, will also continue to be charged. Generally, if notice and demand is made for payment of any amount, and that amount is paid within 10 days after the date of the notice and demand, interest on the amount paid will not be charged after the date of the notice and demand. Since additional tax is due, you may want to pay it now and limit the interest and penalty charges.

* Interest on penalties became effective 7/19/84 (1/1/89 for Negligence and Civil Fraud) and is computed from the due date of the return unless a valid extension was filed. Extension date:

| FORM 886-A | EXPLANATION OF ITEMS | SCHEDULE/EXHIBIT |
|---|---|---|
| NAME OF TAXPAYER<br>ALEXANDER, JOHN HOWARD     -1186 | | YEAR/PERIOD ENDED<br>9312 |

STANDARD PARAGRAPHS:

|  | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| 1099 INCOME | 0.00 | 7,653.00 | 7,653.00 |

We have adjusted your income to include amounts shown on Form 1099-NEC
(non-employee compensation).

|  | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| OTHER INCOME | 0.00 | 13,027.00 | 13,027.00 |

Based on statistical information from the U.S. Department of Labor, we have
established amounts of personal living expenses and amounts of income
needed to pay for those expenses.  Since your income was not sufficient to
pay for all of your personal living expenses, we have adjusted your income
accordingly.

|  | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| INTEREST | 0.00 | 31.00 | 31.00 |

We adjusted your interest income to reflect the amounts shown on
Form 1099-INT.

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE

FORM 886-A (REV 4-68)

| FORM 886-A | EXPLANATION OF ITEMS | SCHEDULE/EXHIBIT |
|---|---|---|
| NAME OF TAXPAYER<br>ALEXANDER, JOHN HOWARD         ████-1186 | | YEAR/PERIOD ENDED<br>9312 |

STANDARD PARAGRAPHS:

|  | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|

FILING STATUS
Since you were not married during the tax year, we figured your tax
using the rates that apply to single individuals.

|  | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| SE AGI ADJUSTMENT | 0.00 | 1,461.00 | (1,461.00) |

The adjustments to your net income from self-employment shown in
this report resulted in a change to your self-employment tax. The
self-employment tax deduction has been adjusted to one-half of the
recomputed amount.

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE

FORM 886-A (REV 4-68)

Name of Taxpayer:   ALEXANDER, JOHN HOWARD                          12/16/97
. Identification Number:   ███-1186           TOTAL.              3,97.01

9412 SCHEDULE SE – COMPUTATION OF SELF–EMPLOYMENT TAX

Primary
JOHN HOWARD ALEXANDER                                    ███-1186

| | | |
|---|---|---|
| 1. Self-employment income | | 21,225.00 |
| 2. Multiply line 1 by 0.9235 | | 19,601.29 |
| 3. Farm Optional Method Income | | 0.00 |
| 4. Non Farm Optional Method Income | | 0.00 |
| 5. Earnings subject to self-employment tax (sum of 2, 3, 4) | | 19,601.29 |
| 6. Maximum earnings subject to social security | | 60,600.00 |
| 7. Social Security wages and tips from W-2 | 0.00 | |
| 8. Unreported tips from Form 4137 | 0.00 | |
| 9. Sum of lines 7 and 8 | | 0.00 |
| 10. Line 6 less line 9 | | 60,600.00 |
| 11. Multiply the smaller of line 5 or 10 by 0.1240 | | 2,430.56 |
| 12. Multiply line 5 by 0.0290 | | 568.44 |
| 13. Self-Employment Tax (sum of lines 11 and 12) | | 2,999.00 |

Secondary

| | | |
|---|---|---|
| 1. Self-employment income | | 0.00 |
| 2. Multiply line 1 by 0.9235 | | 0.00 |
| 3. Farm Optional Method Income | | 0.00 |
| 4. Non Farm Optional Method Income | | 0.00 |
| 5. Earnings subject to self-employment tax (sum of 2, 3, 4) | | 0.00 |
| 6. Maximum earnings subject to social security | | 60,600.00 |
| 7. Social Security wages and tips from W-2 | 0.00 | |
| 8. Unreported tips from Form 4137 | 0.00 | |
| 9. Sum of lines 7 and 8 | | 0.00 |
| 10. Line 6 less line 9 | | 0.00 |
| 11. Multiply the smaller of line 5 or 10 by 0.1240 | | 0.00 |
| 12. Multiply line 5 by 0.0290 | | 0.00 |
| 13. Self-Employment Tax (sum of lines 11 and 12) | | 0.00 |

6:08-cv-03760-GRA   Date Filed 09/25/09   Entry Number 22-9   Page 45 of 64

## EXPLANATION OF THE DELINQUENCY PENALTY

Since your income tax return was not filed within the time limit prescribed by law and/or the tax was not paid, and you have not shown that such failure was due to reasonable cause, an addition to the tax is charged as shown below, in accordance with Section 6651(a)(1) and/or Section 6651(a)(2) of the Internal Revenue Code.

9412 - DELINQUENCY PENALTY

| | | |
|---|---|---|
| 1. Delinquency penalty abated | | 0.00 |
| 2. Date return due | 04/15/95 | |
| 3. Date return filed | 07/22/97 | |
| 4. Failure to File penalty rate | 0.250 | |
| 5. Failure to Pay penalty rate | 0.000 | |
| 6. Total corrected tax, Form 4549, line 11 | | 5,020.00 |
| 7. Payments on or prior to due date of return | | 0.00 |
| 8. Line 6 less line 7 | | 5,020.00 |
| 9. Failure to File Penalty - line 8 multiplied by line 4 | | 1,255.00 |
| 10. Minimum penalty if over 60 days delinquent | | 100.00 |
| 11. Failure to File Penalty - Greater of line 9 or line 10 | | 1,255.00 |
| 12. Previously assessed Failure to File Penalty | | 0.00 |
| 13. Net Failure to File Penalty - line 11 less line 12 | | 1,255.00 |
| 14. Failure to Pay Penalty - line 8 multiplied by line 5 | | 0.00 |
| 15. Previously assessed Failure to Pay Penalty | | 0.00 |
| 16. Net Failure to Pay Penalty - line 14 less line 15 | | 0.00 |
| 17. Total Delinquency Penalty - Sum of line 13 and 16 | | 1,255.00 |

Name of Taxpayer:       ALEXANDER, JOHN HOWARD                    12/16/97
.Identification Number:  ████-1186          TOTAL                 3:97.01

9412 - EXPLANATION OF THE ESTIMATED TAX PENALTY

Since you did not pay sufficient estimated tax, addition to the tax is charged
as shown below, in accordance with Section 6654(a) of the Internal Revenue Code.

| | | | | |
|---|---|---|---|---|
| 1. Total corrected tax liability, Form 4549, line 11 | | | | 5,020.00 |
| 2. Withholding taxes | | | | 0.00 |
| 3. Line 1 less line 2 (if less than $500, estimated penalty does not apply) | | | | 5,020.00 |
| 4. 90% of line 1 | | | | 4,518.00 |
| 5. Prior year tax liability | | | | 0.00 |
| 6. The smaller of line 4 or 5 (as adjusted) | | | | 4,518.00 |
| 7. Payment Due Date | Apr 15, 1994 | Jun 15, 1994 | Sep 15, 1994 | Jan 15, 1995 |
| 8. Payment Required | 1,129.50 | 1,129.50 | 1,129.50 | 1,129.50 |
| 9. Payments and Credits | 0.00 | 0.00 | 0.00 | 0.00 |
| 10. Overpayment from Line 16 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11. Total of Lines 9 and 10 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12. Previous Qtr Underpayment | | 1,129.50 | 2,259.00 | 3,388.50 |
| 13. 11 minus 12 | 0.00 | 0.00 | 0.00 | 0.00 |
| 14. Remaining Underpayment | | 1,129.50 | 2,259.00 | |
| 15. Underpayment | 1,129.50 | 1,129.50 | 1,129.50 | 1,129.50 |
| 16. Overpayment | 0.00 | 0.00 | 0.00 | 0.00 |

CALCULATION OF QUARTERLY PENALTIES ATTACHED

| | | | | |
|---|---|---|---|---|
| 17. Penalty | 94.57 | 81.36 | 59.04 | 25.53 |
| 18. Previously Assessed Penalty | | | | 0.00 |
| 19. Estimated Tax Penalty | | | | 260.50 |

## 9412 - CALCULATION OF THE ESTIMATED TAX PENALTY

**1st Quarter Underpayment:**          1,129.50

| Payment Amt | Date Due | Payment Applied | No. of Days | Int. Rate | Penalty |
|---|---|---|---|---|---|
| 1,129.50 | 04/15/94-04/15/95 | | 076 | 7% | 16.46 |
| 1,129.50 | 04/15/94-04/15/95 | | 092 | 8% | 22.78 |
| 1,129.50 | 04/15/94-04/15/95 | | 092 | 9% | 25.62 |
| 1,129.50 | 04/15/94-04/15/95 | | 090 | 9% | 25.07 |
| 1,129.50 | 04/15/94-04/15/95 | | 015 | 10% | 4.64 |

1st Quarter Total $          94.57

**2nd Quarter Underpayment:**          1,129.50

| Payment Amt | Date Due | Payment Applied | No. of Days | Int. Rate | Penalty |
|---|---|---|---|---|---|
| 1,129.50 | 06/15/94-04/15/95 | | 015 | 7% | 3.25 |
| 1,129.50 | 06/15/94-04/15/95 | | 092 | 8% | 22.78 |
| 1,129.50 | 06/15/94-04/15/95 | | 092 | 9% | 25.62 |
| 1,129.50 | 06/15/94-04/15/95 | | 090 | 9% | 25.07 |
| 1,129.50 | 06/15/94-04/15/95 | | 015 | 10% | 4.64 |

2nd Quarter Total $          81.36

**3rd Quarter Underpayment:**          1,129.50

| Payment Amt | Date Due | Payment Applied | No. of Days | Int. Rate | Penalty |
|---|---|---|---|---|---|
| 1,129.50 | 09/15/94-04/15/95 | | 015 | 8% | 3.71 |
| 1,129.50 | 09/15/94-04/15/95 | | 092 | 9% | 25.62 |
| 1,129.50 | 09/15/94-04/15/95 | | 090 | 9% | 25.07 |
| 1,129.50 | 09/15/94-04/15/95 | | 015 | 10% | 4.64 |

3rd Quarter Total $          59.04

**4th Quarter Underpayment:**          1,129.50

| Payment Amt | Date Due | Payment Applied | No. of Days | Int. Rate | Penalty |
|---|---|---|---|---|---|
| 1,129.50 | 01/15/95-04/15/95 | | 075 | 9% | 20.89 |
| 1,129.50 | 01/15/95-04/15/95 | | 015 | 10% | 4.64 |

4th Quarter Total $          25.53

Total Estimated Tax Penalty                    $          260.50

Name of Taxpayer:       ALEXANDER, JOHN HOWARD                     12/16/97
Identification Number:   ■■■■ 1186          TOTAL              3.97.01

## 9412 - SUMMARY OF PROPOSED PENALTIES

| DESCRIPTION | AMOUNT |
|---|---|
| FAILURE TO FILE-IRC 6651(a)(1) | 1,255.00 |
| ESTIMATED TAX-IRC 6654 | 260.50 |
| TOTAL PENALTIES | 1,515.50 |

Name of Taxpayer:        ALEXANDER, JOHN HOWARD                        12/16/97
Identification Number:    ████-1186           TOTAL                    3.97.01

9412 - TAX YEAR INTEREST COMPUTATION TO 01/15/98

| | |
|---|---:|
| Total Tax Deficiency | 5,020.00 |

Plus Penalties*

| | |
|---|---:|
| --Overvaluation | 0.00 |
| --Substantial Understatement | 0.00 |
| --Failure to File | 1,255.00 |
| --Negligence | 0.00 |
| --Civil Fraud | 0.00 |
| --Accuracy Penalties | 0.00 |

| | |
|---|---:|
| Total Penalties* | 1,255.00 |
| Tax Deficiency and Penalties Subject to Interest | 6,275.00 |

| Type | Effective Dates | Days | Rate | Interest |
|---|---|---|---|---:|
| COMPOUND | 04/15/95-06/30/95 | 76 | 10.00 | 132.01 |
| COMPOUND | 07/01/95-12/31/95 | 184 | 09.00 | 297.34 |
| COMPOUND | 01/01/96-03/31/96 | 91 | 09.00 | 151.70 |
| COMPOUND | 04/01/96-06/30/96 | 91 | 08.00 | 137.72 |
| COMPOUND | 07/01/96-12/31/96 | 184 | 09.00 | 323.67 |
| COMPOUND | 01/01/97-12/31/97 | 365 | 09.00 | 689.03 |
| COMPOUND | 01/01/98-01/15/98 | 15 | 09.00 | 29.66 |

| | |
|---|---:|
| Total Interest | 1,761.13 |
| Total Underpayment | 5,020.00 |
| Total Penalties | 1,515.50 |
| Total Amount Due | 8,296.63 |

Additional interest will be charged at the current rate compounded daily. Interest is charged from the original due date of the return to a date 30 days after an agreement to the additional tax is signed, or to the date of payment, if earlier. Negligence and fraud penalties, if applicable, will also continue to be charged. Generally, if notice and demand is made for payment of any amount, and that amount is paid within 10 days after the date of the notice and demand, interest on the amount paid will not be charged after the date of the notice and demand. Since additional tax is due, you may want to pay it now and limit the interest and penalty charges.
* Interest on penalties became effective 7/19/84 (1/1/89 for Negligence and Civil Fraud) and is computed from the due date of the return unless a valid extension was filed. Extension date:

| FORM 886-A | EXPLANATION OF ITEMS | SCHEDULE/EXHIBIT |
|---|---|---|

| NAME OF TAXPAYER<br>ALEXANDER, JOHN HOWARD | ████ 1186 | YEAR/PERIOD ENDED<br>9412 |
|---|---|---|

STANDARD PARAGRAPHS:

|  | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| OTHER INCOME | 0.00 | 21,225.00 | 21,225.00 |

Based on statistical information from the U.S. Department of Labor, we have established amounts of personal living expenses and amounts of income needed to pay for those expenses. Since your income was not sufficient to pay for all of your personal living expenses, we have adjusted your income accordingly.

|  | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| INTEREST | 0.00 | 24.00 | 24.00 |

We adjusted your interest income to reflect the amounts shown on Form 1099-INT.

|  | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| FILING STATUS |  |  |  |

Since you were not married during the tax year, we figured your tax using the rates that apply to single individuals.

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE

FORM 886-A (REV 4-68)

| FORM 886-A | EXPLANATION OF ITEMS | SCHEDULE/EXHIBIT _____ |
|---|---|---|
| NAME OF TAXPAYER<br>ALEXANDER, JOHN HOWARD | ▇▇▇-1186 | YEAR/PERIOD ENDED<br>9412 |

STANDARD PARAGRAPHS:

|  | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| SE AGI ADJUSTMENT | 0.00 | 1,500.00 | (1,500.00) |

The adjustments to your net income from self-employment shown in
this report resulted in a change to your self-employment tax. The
self-employment tax deduction has been adjusted to one-half of the
recomputed amount.

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE

FORM 886-A (REV 4-68)

Name of Taxpayer:       ALEXANDER, JOHN HOWARD                    12/16/97
. Identification Number:        ███-1186         TOTAL            3.97.01

9512 SCHEDULE SE — COMPUTATION OF SELF-EMPLOYMENT TAX

Primary
JOHN HOWARD ALEXANDER                                 ███-1186

| | | |
|---|---|---|
| 1. Self-employment income | | 21,249.00 |
| 2. Multiply line 1 by 0.9235 | | 19,623.45 |
| 3. Farm Optional Method Income | | 0.00 |
| 4. Non Farm Optional Method Income | | 0.00 |
| 5. Earnings subject to self-employment tax (sum of 2, 3, 4) | | 19,623.45 |
| 6. Maximum earnings subject to social security | | 61,200.00 |
| 7. Social Security wages and tips from W-2 | 0.00 | |
| 8. Unreported tips from Form 4137 | 0.00 | |
| 9. Sum of lines 7 and 8 | | 0.00 |
| 10. Line 6 less line 9 | | 61,200.00 |
| 11. Multiply the smaller of line 5 or 10 by 0.1240 | | 2,433.31 |
| 12. Multiply line 5 by 0.0290 | | 569.08 |
| 13. Self-Employment Tax (sum of lines 11 and 12) | | 3,002.39 |

Secondary

| | | |
|---|---|---|
| 1. Self-employment income | | 0.00 |
| 2. Multiply line 1 by 0.9235 | | 0.00 |
| 3. Farm Optional Method Income | | 0.00 |
| 4. Non Farm Optional Method Income | | 0.00 |
| 5. Earnings subject to self-employment tax (sum of 2, 3, 4) | | 0.00 |
| 6. Maximum earnings subject to social security | | 61,200.00 |
| 7. Social Security wages and tips from W-2 | 0.00 | |
| 8. Unreported tips from Form 4137 | 0.00 | |
| 9. Sum of lines 7 and 8 | | 0.00 |
| 10. Line 6 less line 9 | | 0.00 |
| 11 Multiply the smaller of line 5 or 10 by 0.1240 | | 0.00 |
| 12. Multiply line 5 by 0.0290 | | 0.00 |
| 13. Self-Employment Tax (sum of lines 11 and 12) | | 0.00 |

Name of Taxpayer:     ALEXANDER, JOHN HOWARD                    12/16/97
Identification Number:    ███-1186          TOTAL              3.97.01

## EXPLANATION OF THE DELINQUENCY PENALTY

Since your income tax return was not filed within the time limit
prescribed by law and/or the tax was not paid, and you have not
shown that such failure was due to reasonable cause, an addition to
the tax is charged as shown below, in accordance with Section 6651(a)(1)
and/or Section 6651(a)(2) of the Internal Revenue Code.

9512 - DELINQUENCY PENALTY

| | | |
|---|---|---:|
| 1. | Delinquency penalty abated | 0.00 |
| 2. | Date return due                     04/15/96 | |
| 3. | Date return filed                    07/22/97 | |
| 4. | Failure to File penalty rate            0.250 | |
| 5. | Failure to Pay penalty rate             0.000 | |
| 6. | Total corrected tax, Form 4549, line 11 | 5,001.00 |
| 7. | Payments on or prior to due date of return | 0.00 |
| 8. | Line 6 less line 7 | 5,001.00 |
| 9. | Failure to File Penalty - line 8 multiplied by line 4 | 1,250.25 |
| 10. | Minimum penalty if over 60 days delinquent | 100.00 |
| 11. | Failure to File Penalty - Greater of line 9 or line 10 | 1,250.25 |
| 12. | Previously assessed Failure to File Penalty | 0.00 |
| 13. | Net Failure to File Penalty - line 11 less line 12 | 1,250.25 |
| 14. | Failure to Pay Penalty - line 8 multiplied by line 5 | 0.00 |
| 15. | Previously assessed Failure to Pay Penalty | 0.00 |
| 16. | Net Failure to Pay Penalty - line 14 less line 15 | 0.00 |
| 17. | Total Delinquency Penalty - Sum of line 13 and 16 | 1,250.25 |

Name of Taxpayer:        ALEXANDER, JOHN HOWARD                    12/16/97
Identification Number:    ████-1186        TOTAL                    3:97.Q1

9512 - EXPLANATION OF THE ESTIMATED TAX PENALTY

Since you did not pay sufficient estimated tax, addition to the tax is charged
as shown below, in accordance with Section 6654(a) of the Internal Revenue Code.

| | | | | |
|---|---|---|---|---|
| 1. | Total corrected tax liability, Form 4549, line 11 | | | 5,001.00 |
| 2. | Withholding taxes | | | 0.00 |
| 3. | Line 1 less line 2 (if less than $500, estimated penalty does not apply) | | | 5,001.00 |
| 4. | 90% of line 1 | | | 4,500.90 |
| 5. | Prior year tax liability | | | 0.00 |
| 6. | The smaller of line 4 or 5 (as adjusted) | | | 4,500.90 |

| | | Apr 15, 1995 | Jun 15, 1995 | Sep 15, 1995 | Jan 15, 1996 |
|---|---|---|---|---|---|
| 7. | Payment Due Date | Apr 15, 1995 | Jun 15, 1995 | Sep 15, 1995 | Jan 15, 1996 |
| 8. | Payment Required | 1,125.23 | 1,125.23 | 1,125.23 | 1,125.23 |
| 9. | Payments and Credits | 0.00 | 0.00 | 0.00 | 0.00 |
| 10. | Overpayment from Line 16 | | 0.00 | 0.00 | 0.00 |
| 11. | Total of Lines 9 and 10 | | 0.00 | 0.00 | 0.00 |
| 12. | Previous Qtr Underpayment | | 1,125.23 | 2,250.46 | 3,375.69 |
| 13. | 11 minus 12 | 0.00 | 0.00 | 0.00 | 0.00 |
| 14. | Remaining Underpayment | | 1,125.23 | 2,250.46 | |
| 15. | Underpayment | 1,125.23 | 1,125.23 | 1,125.23 | 1,125.23 |
| 16. | Overpayment | 0.00 | 0.00 | 0.00 | 0.00 |

CALCULATION OF QUARTERLY PENALTIES ATTACHED

| | | | | | |
|---|---|---|---|---|---|
| 17. | Penalty | 103.35 | 84.54 | 58.56 | 24.72 |
| 18. | Previously Assessed Penalty | | | | 0.00 |
| 19. | Estimated Tax Penalty | | | | 271.17 |

Name of Taxpayer:        ALEXANDER, JOHN HOWARD              12/16/97
Identification Number:     ■■■■■-1186       TOTAL          · 3.97.01

## 9512 – CALCULATION OF THE ESTIMATED TAX PENALTY

1st Quarter Underpayment:       1,125.23

| Payment Amt | Date Due | Payment Applied | No. of Days | Int. Rate | Penalty |
|---|---|---|---|---|---|
| 1,125.23 | 04/15/95 | 04/15/96 | 076 | 10% | 23.43 |
| 1,125.23 | 04/15/95 | 04/15/96 | 184 | 9% | 51.05 |
| 1,125.23 | 04/15/95 | 04/15/96 | 091 | 9% | 25.18 |
| 1,125.23 | 04/15/95 | 04/15/96 | 015 | 8% | 3.69 |
| | | | | 1st Quarter Total $ | 103.35 |

2nd Quarter Underpayment:       1,125.23

| Payment Amt | Date Due | Payment Applied | No. of Days | Int. Rate | Penalty |
|---|---|---|---|---|---|
| 1,125.23 | 06/15/95 | 04/15/96 | 015 | 10% | 4.62 |
| 1,125.23 | 06/15/95 | 04/15/96 | 184 | 9% | 51.05 |
| 1,125.23 | 06/15/95 | 04/15/96 | 091 | 9% | 25.18 |
| 1,125.23 | 06/15/95 | 04/15/96 | 015 | 8% | 3.69 |
| | | | | 2nd Quarter Total $ | 84.54 |

3rd Quarter Underpayment:       1,125.23

| Payment Amt | Date Due | Payment Applied | No. of Days | Int. Rate | Penalty |
|---|---|---|---|---|---|
| 1,125.23 | 09/15/95 | 04/15/96 | 107 | 9% | 29.69 |
| 1,125.23 | 09/15/95 | 04/15/96 | 091 | 9% | 25.18 |
| 1,125.23 | 09/15/95 | 04/15/96 | 015 | 8% | 3.69 |
| | | | | 3rd Quarter Total $ | 58.56 |

4th Quarter Underpayment:       1,125.23

| Payment Amt | Date Due | Payment Applied | No. of Days | Int. Rate | Penalty |
|---|---|---|---|---|---|
| 1,125.23 | 01/15/96 | 04/15/96 | 076 | 9% | 21.03 |
| 1,125.23 | 01/15/96 | 04/15/96 | 015 | 8% | 3.69 |
| | | | | 4th Quarter Total $ | 24.72 |

Total Estimated Tax Penalty                 $     271.17

Name of Taxpayer:        ALEXANDER, JOHN HOWARD                    12/16/97
Identification Number:    ▓▓▓-1186              TOTAL              3.97.01

9512 - SUMMARY OF PROPOSED PENALTIES

| DESCRIPTION | AMOUNT |
|---|---|
| FAILURE TO FILE-IRC 6651(a)(1) | 1,250.25 |
| ESTIMATED TAX-IRC 6654 | 271.17 |
| | |
| TOTAL PENALTIES | 1,521.42 |

Name of Taxpayer:        ALEXANDER, JOHN HOWARD                    12/16/97
Identification Number: ████-1186            TOTAL             , 3.97.01

9512 - TAX YEAR INTEREST COMPUTATION TO 01/15/98

Total Tax Deficiency                                          5,001.00
Plus Penalties*
-Overvaluation                          0.00
-Substantial Understatement             0.00
-Failure to File                    1,250.25
-Negligence                             0.00
-Civil Fraud                            0.00
-Accuracy Penalties                     0.00
                                 _____

Total Penalties*                                             1,250.25

Tax Deficiency and Penalties Subject to Interest             6,251.25

| Type | Effective Dates | Days | Rate | Interest |
|------|-----------------|------|------|----------|
| COMPOUND | 04/15/96-06/30/96 | 76 | 08.00 | 104.70 |
| COMPOUND | 07/01/96-12/31/96 | 184 | 09.00 | 294.15 |
| COMPOUND | 01/01/97-12/31/97 | 365 | 09.00 | 626.19 |
| COMPOUND | 01/01/98-01/15/98 | 15 | 09.00 | 26.96 |

                        Total Interest              1,052.00
                        Total Underpayment          5,001.00
                        Total Penalties             1,521.42

                        Total Amount Due            7,574.42

    Additional interest will be charged at the current rate compounded daily.
Interest is charged from the original due date of the return to a date 30 days
after an agreement to the additional tax is signed, or to the date of payment,
if earlier. Negligence and fraud penalties, if applicable, will also continue
to be charged. Generally, if notice and demand is made for payment of any
amount, and that amount is paid within 10 days after the date of the notice
and demand, interest on the amount paid will not be charged after the date of
the notice and demand. Since additional tax is due, you may want to pay it now
and limit the interest and penalty charges.
*  Interest on penalties became effective 7/19/84 (1/1/89 for Negligence and
   Civil Fraud) and is computed from the due date of the return unless a valid
   extension was filed. Extension date:

| FORM 886-A | EXPLANATION OF ITEMS | SCHEDULE/EXHIBIT |
|---|---|---|

| NAME OF TAXPAYER<br>ALEXANDER, JOHN HOWARD | ▮▮▮-1186 | YEAR/PERIOD ENDED<br>9512 |
|---|---|---|

STANDARD PARAGRAPHS:

|  | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| OTHER INCOME | 0.00 | 21,249.00 | 21,249.00 |

Based on statistical information from the U.S. Department of Labor, we have
established amounts of personal living expenses and amounts of income
needed to pay for those expenses. Since your income was not sufficient to
pay for all of your personal living expenses, we have adjusted your income
accordingly.

|  | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| FILING STATUS |  |  |  |

Since you were not married during the tax year, we figured your tax
using the rates that apply to single individuals.

|  | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| SE AGI ADJUSTMENT | 0.00 | 1,501.00 | (1,501.00) |

The adjustments to your net income from self-employment shown in
this report resulted in a change to your self-employment tax. The
self-employment tax deduction has been adjusted to one-half of the
recomputed amount.

DEPARTMENT OF THE TREASURY                          FORM 886-A (REV 4-68)
INTERNAL REVENUE SERVICE

GOVERNMENT
EXHIBIT

P

Form 668 (Y)(c)
(Rev. February 2004)

5219

Department of the Treasury - Internal Revenue Service

**Notice of Federal Tax Lien**

| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #3<br>Lien Unit Phone: (800) 913-6050 | Serial Number<br><br>397022907 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer JOHN HOWARD ALEXANDER

Residence       6350 WHITE HORSE ROAD
                GREENVILLE, SC 29611

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 6700 | 12/31/2001 | XXX-XX-1186 | 07/30/2007 | 08/29/2017 | 320000.00 |
| 6700 | 12/31/2002 | XXX-XX-1186 | 07/30/2007 | 08/29/2017 | 421000.00 |
| 6700 | 12/31/2003 | XXX-XX-1186 | 07/30/2007 | 08/29/2017 | 245000.00 |
| 6700 | 12/31/2004 | XXX-XX-1186 | 07/30/2007 | 08/29/2017 | 43000.00 |

2007104813       T/LIEN
Book:MI 22   Page:848-848   1 PG

October 22, 2007  03:22:20 PM
Rec:$10.00    Cnty Tax:$0.00    State Tax:$0.00

FILED IN GREENVILLE COUNTY,SC

FILED FOR RECORD IN GREENVILLE COUNTY,SC ROD
2007104813    Book:MI 22    Page:848-848
October 22, 2007  03:22:20 PM

*Timothy L Henney*

Place of Filing

REGISTER OF DEEDS
GREENVILLE SQUARE
GREENVILLE, SC 29601

| | Total | $ | 1029000.00 |

This notice was prepared and signed at _____ JACKSONVILLE, FL _____ , on this,

the ___11th___ day of ___October___ , ___2007___ .

| Signature  *R. A. Mitchell*<br>for CECELIA G HILL | Title<br>REVENUE OFFICER<br>(803) 253-3112       23-13-1732 |
|---|---|

**(NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form **668(Y)(c)** (Rev. 2-2004)
CAT. NO 60025X

US00314

GOVERNMENT
EXHIBIT

O
_____

4811

**Form 668 (Y)(c)**
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

## Notice of Federal Tax Lien

| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #3<br>Lien Unit Phone: (800) 913-6050 | Serial Number<br><br>393410507 | For Optional Use by Recording Office |
| --- | --- | --- |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer JOHN HOWARD ALEXANDER

Residence         6350 WHITE HORSE ROAD
                  GREENVILLE, SC 29611

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
| --- | --- | --- | --- | --- | --- |
| 6700 | 12/31/2000 | XXX-XX-1186 | 06/25/2007 | 07/25/2017 | 123000.00 |

2007098123    T/LIEN
              1 PG
Book:MI 21    Page 1931-1931
October 01, 2007  03:35:24 PM
Rec $10.00    Cnty Tax $0.00    State Tax $0.00

**FILED IN GREENVILLE COUNTY,SC**

FILED FOR RECORD IN GREENVILLE COUNTY,SC ROD
2007098123    Book:MI 21    Page:1931-1931
October 01, 2007  03:35:24 PM

*Timothy L. Kenney*

| Place of Filing<br><br>REGISTER OF DEEDS<br>GREENVILLE SQUARE<br>GREENVILLE, SC 29601 | Total | $ | 123000.00 |
| --- | --- | --- | --- |

This notice was prepared and signed at _____ JACKSONVILLE, FL _____ , on this,

the ___24th___ day of ___September___ ___2007___ .

| Signature  *R. A. Mitchell*<br>for CECELIA G HILL | Title<br>REVENUE OFFICER<br>(803) 253-3112 | 23-13-1732 |
| --- | --- | --- |

(**NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form **668(Y)(c)** (Rev. 2-2004)
CAT. NO 60025X

US00312

GOVERNMENT
EXHIBIT

N

| Form **668(Y)** (Rev. 10-1999) | Department of the Treasury - Internal Revenue Service<br>**Amended Notice of Federal Tax Lien** |
|---|---|

| Small Business/Self Employed Area: 03<br>Lien Unit Phone: (800) 913-6050 | Serial Number<br>213402405 | For Optional Use by Recording Office |
|---|---|---|

**As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.**

Name of Taxpayer
John Howard Alexander

Residence
2435 East North Suite105
Greenville, SC  29615

2008052584    T/LIEN
Book:MI 29    1 PG
Page:1906-1906

June 04, 2008   03:56:34 PM
Rec:$10.00    Cnty Tax:$0.00    State Tax:$0.00
FILED IN GREENVILLE COUNTY,SC

IMPORTANT RELEASE INFORMATION: For each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period Ended<br>(b) | Identifying Number<br>(c) | Date of Assessment<br>(d) | Last Day for Refiling<br>(e) | Unpaid Balance of Assessment<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1990 | ███-1186 | 11/23/1998 | 12/23/2008 | $11,036.62 |
| 1040 | 12/31/1991 | ███-1186 | 11/16/1998 | 12/16/2008 | $10,244.75 |
| 1040 | 12/31/1992 | ███-1186 | 11/16/1998 | 12/16/2008 | $10,064.53 |
| 1040 | 12/31/1993 | ███-1186 | 11/16/1998 | 12/16/2008 | $9,354.06 |
| 1040 | 12/31/1994 | ███-1186 | 11/16/1998 | 12/16/2008 | $8,869.80 |
| 1040 | 12/31/1995 | ███-1186 | 11/16/1998 | 12/16/2008 | $8,095.33 |

FILED FOR RECORD IN GREENVILLE COUNTY,SC ROD
2008052584    Book:MI 29    Page:1906-1906
June 04, 2008   03:56:34 PM

*Timothy L. Kenney*

**This Notice of Federal Tax Lien is filed to correct the assessment dates on the original lien recorded February 17, 2005 as Doc# 2005014106. All other information on the original notice filed is correct and that instrument remains in full force and effect.**

| Place of Filing<br>Register of Deeds<br>Greenville Square<br>Greenville, SC 29601 | Total | $57,665.09 |
|---|---|---|

This notice was prepared and signed at 1835 Assembly Street, Columbia SC, on this, the 3rd day of June , 2008 .

| Signature<br>Cecelia G. Hill, Employee # - 57-10048   *Cecelia Hill* | Title<br>Revenue Officer, Phone # - 803-253-3112 |
|---|---|

(NOTE: *Certificate of officer authorized by law to take acknowledgements is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971-2 C.B. 409)*

Part 1 - Recording Office                                   Form **668(Y)** (Rev. 10-1999)

US00318

GOVERNMENT
EXHIBIT

M

8662

| Form 668 (Y)(c) | Department of the Treasury - Internal Revenue Service |
|---|---|
| (Rev. February 2004) | **Notice of Federal Tax Lien** |

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #4 Lien Unit Phone: (410) 962-1871 | Serial Number 213402405 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.



FILED
FEB 17 2005
Timothy L. Nanney
Register of Deeds

Name of Taxpayer JOHN HOWARD ALEXANDER

Residence     2435 EAST NORTH STREET SUITE 105
              GREENVILLE, SC 29615

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1990 | -1186 | 09/29/1997 | 10/29/2007 | |
| 1040 | 12/31/1990 | -1186 | 08/23/1998 | 09/22/2008 | 11036.62 |
| 1040 | 12/31/1991 | -1186 | 09/29/1997 | 10/29/2007 | |
| 1040 | 12/31/1991 | -1186 | 08/16/1998 | 09/15/2008 | 10244.75 |
| 1040 | 12/31/1992 | -1186 | 09/29/1997 | 10/29/2007 | |
| 1040 | 12/31/1992 | -1186 | 08/16/1998 | 09/15/2008 | 10064.53 |
| 1040 | 12/31/1993 | -1186 | 09/29/1997 | 10/29/2007 | |
| 1040 | 12/31/1993 | -1186 | 08/16/1998 | 09/15/2008 | 9354.06 |
| 1040 | 12/31/1994 | -1186 | 09/29/1997 | 10/29/2007 | |
| 1040 | 12/31/1994 | -1186 | 08/16/1998 | 09/15/2008 | 8869.80 |
| 1040 | 12/31/1995 | -1186 | 09/29/1997 | 10/29/2007 | |
| 1040 | 12/31/1995 | -1186 | 08/16/1998 | 09/15/2008 | 8095.33 |

02-17-05
#
2005014106

FILED FOR RECORD IN GREENVILLE
COUNTY SC R.O.D. OFFICE AT 11:00 AM
02 17 05 RECORDED IN FED TAX
BOOK        PAGE 0000 THRU 0000
DOC # 2005014106

| Place of Filing | REGISTER OF DEEDS GREENVILLE SQUARE GREENVILLE, SC 29601 | Total | $ | 57665.09 |
|---|---|---|---|---|

RECORDING FEE 10.00

This notice was prepared and signed at _____ BALTIMORE, MD _____ , on this,

the  08th  day of  February , 2005.          FEB 17 2005          14100 ✓

| Signature for CECELIA G. HILL | Title SPF ADVISOR (803) 253-3112 | 24-03-1324 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

**Part 1 - Kept By Recording Office**

Form **668(Y)(c)** (Rev. 2-2004)
CAT. NO 60025X

US00311

GOVERNMENT
EXHIBIT

Q

Form **668(Y)**
(Rev. 10-1999)

Department of the Treasury - Internal Revenue Service

## Notice of Federal Tax Lien

Small Business/Self Employed Area: 03
Lien Unit Phone: (800) 913-6050

Serial Number
443395208

For Optional Use by Recording Office

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer
John-Howard Alexander, as Trustee
of the Alexander Family Trust,  nominee of John Howard Alexander

Residence
2435 E North St # 105
Greenville, SC 29615-1442

2008047682        T/LIEN
                  2 PGS
Book:MI 29        Page:1064-1065

May 20, 2008  02:00:26 PM
Rec:$10.00   Cnty Tax:$0.00    State Tax:$0.00

FILED IN GREENVILLE COUNTY,SC

IMPORTANT RELEASE INFORMATION: For each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1990 | XXX-XX-1186 | 11/23/1998 | 12/23/2008 | $12,176.12 |
| 1040 | 12/31/1991 | XXX-XX-1186 | 11/16/1998 | 12/16/2008 | $11,408.75 |
| 1040 | 12/31/1992 | XXX-XX-1186 | 11/16/1998 | 12/16/2008 | $11,295.77 |
| 1040 | 12/31/1993 | XXX-XX-1186 | 11/16/1998 | 12/16/2008 | $10,580.56 |
| 1040 | 12/31/1994 | XXX-XX-1186 | 11/16/1998 | 12/16/2008 | $10,124.80 |
| 1040 | 12/31/1995 | XXX-XX-1186 | 11/16/1998 | 12/16/2008 | $8,095.33 |
| Civ Pen | 12/31/2000 | XXX-XX-1186 | 06/25/2007 | 07/25/2017 | $123,010.00 |
| Civ Pen | 12/31/2001 | XXX-XX-1186 | 07/30/2007 | 08/29/2017 | $320,010.00 |
| Civ Pen | 12/31/2002 | XXX-XX-1186 | 07/30/2007 | 08/29/2017 | $421,000.00 |
| Civ Pen | 12/31/2003 | XXX-XX-1186 | 07/30/2007 | 08/29/2017 | $245,000.00 |
| Civ Pen | 12/31/2004 | XXX-XX-1186 | 07/30/2007 | 08/29/2017 | $43,000.00 |

## See Attachment for Description of Property

Place of Filing
  Register of Deeds
  Greenville County
  Greenville SC

Total        $1,215,701.33

This notice was prepared and signed at 1835 Assembly Street, Columbia SC, on this, the 19th day of May , 2008 .

Signature

Cecelia G. Hill,  Employee # - 57-10048

Title
Revenue Officer, Phone # - 803-253-3112

(NOTE: Certificate of officer authorized by law to take acknowledgements is not essential to the validity of Notice of Federal tax lien Rev. Rul. 71-466, 1971-2 C.B. 409)

Part 1 - Recording Office

Form 668(Y) (Rev. 10-1999)

# Attachment to Form 668y

In the matter of  **John-Howard Alexander, as Trustee of the Alexander Family Trust,  nominee of John Howard Alexander**

Property Description:

ALL that certain piece, parcel or lot of land, situate, lying and being in the State of South Carolina, County of Greenville, being known and designated as Lot No. 1 and part of Lot No. 2 on a plat of Farmington Acres recorded in the Office of the Register of Deeds for Greenville County, South Carolina, in Plat Book GGG at Page 183 and on a more recent survey prepared by Freeland & Associates dated October 25, 1979 and recorded in Plat Book 7-K at Page 92, reference to said plat is hereby craved for a complete metes and bounds description.

THIS BEING the same property conveyed unto Miriam Getz by deed of Jackie Lee Hammack dated November 3, 1994 and recorded November 4, 1994 in the Register of Deeds Office for Greenville County South Carolina in Book 1588 at Page 816.

```
FILED FOR RECORD IN GREENVILLE COUNTY,SC ROD
 2008047682    Book:MI 29    Page:1064-1065
   May 20, 2008  02:00:25 PM
```

*Timothy J. Nanney*