# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF SOUTH CAROLINA
# ANDERSON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>) | Civil Case No. 6:08-cv-3760-GRA |
| v. )<br>)<br>)<br>JOHN HOWARD ALEXANDER, )<br>a/k/a HOWARD IRA SMALL, )<br>individually and as TRUSTEE OF THE )<br>ALEXANDER FAMILY TRUST )<br>)<br>)<br>Defendant. )<br>)<br>) | |

## DECLARATION OF ATTORNEY JESSICA SALVINI

I am a trial attorney licensed to practice in the State of California, State of South Carolina and the United States District Court in both States.

I am employed by the law firm of Salvini & Bennett, LLC, Attorneys at Law, which has been retained to represent the Defendant in this action.

Attached to this Declaration is a true and correct copy of the deposition of Heather Ferguson and John Howard Alexander.

I declare under penalty of perjury the foregoing is true and accurate.

_____
JESSICA SALVINI, ESQ.
SALVINI & BENNETT, LLC
101 W. Park Avenue
Greenville, SC 29601
Telephone No. (864) 232-5800
Facsimile No. (864) 232-5888

Greenville, SC
October 27, 2009